# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 24, 2025

Taylor Brooke Concannon Hausmann
HUSCH & BLACKWELL
Suite 1000
4801 Main Street
Kansas City, MO  64112

RE:  25-1573  Don Gibson, et al v. BHE

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc:     Alexander Aiken
       Yotam Barkai
       Steve Berman
       Matthew Robert Berry
       Brandon J.B. Boulware
       Robert Abraham Braun
       Benjamin D. Brown
       Eric L. Dirks
       Nathan Emmons
       Jeannie Evans
       Katherine B. Forrest
       Beatrice C. Franklin
       Andrew Gordon
       Anna R. Gressel
       Michael S. Ketchmark
       Scott A. McCreight
       Sabrina Merold
       Rio Pierce
       Marc M. Seltzer
       Floyd Short
       Daniel Hershey Silverman
       Jeffrey Simon
       Jeremy Suhr
       Michael Anthony Williams
       Paige A. Wymore-Wynn

District Court/Agency Case Number(s): 4:23-cv-00788-SRB

**Caption For Case Number: 25-1573**

Don Gibson, individually and on behalf of all others similarly situated; Lauren Criss, individually and on behalf of all others similarly situated; John Meiners, individually and on behalf of all others similarly situated; Daniel Umpa

        Plaintiffs - Appellees

v.

National Association of Realtors; Compass, Inc.; eXp World Holdings, Inc.; Redfin Corporation; Weichert Co.; United Real Estate; Douglas Elliman, Inc.

        Defendants

Berkshire Hathaway Energy Company

        Defendant - Appellant

HomeServices of America; BHH Affiliates, LLC; HSF Affiliates, LLC; The Long & Foster Companies, Inc.; Keller Williams Realty, Inc.; Five D I, LLC, doing business as United Real Estate; Premiere Plus Realty, Co.; Charles Rutenberg Realty - Orlando, LLC; Hanna Holdings, Inc.; Douglas Elliman Realty, LLC; At World Properties, LLC; The Real Brokerage, Inc.; Real Broker, LLC; Realty ONE Group, Inc.; HomeSmart International, LLC; Engel & Volkers GmbH; Engel & Volkers Americas, Inc.; NextHome, Inc.; EXIT Realty Corp. International; EXIT Realty Corp. USA; Windermere Real Estate Services Company, Inc.; William L Lyon & Associates, Inc.; William Raveis Real Estate, Inc.; John L. Scott Real Estate Affiliates, Inc.; The Keyes Company; Illustrated Properties, LLC; Parks Pilkerton Village Real Estate; Crye-Leike, Inc.; Baird & Warner Real Estate, Inc.; Real Estate One, Inc.; The K Company Realty, LLC, doing business as LoKation; eXp Realty, LLC; Weichert Real Estate Affiliates, Inc.; John L. Scott, Inc.; KNIE & SHEALY

        Defendants

**Addresses For Case Participants:   25-1573**

Taylor Brooke Concannon Hausmann
HUSCH & BLACKWELL
Suite 1000
4801 Main Street
Kansas City, MO  64112

Alexander Aiken
SUSMAN & GODFREY
Suite 3000
401 Union Street
Seattle, WA  98101-3000

Yotam Barkai
PAUL & WEISS
1285 Avenue of the Americas
New York, NY  10019-6064

Steve Berman
HAGENS & BERMAN
Suite 2000
1301 Second Avenue
Seattle, WA  98101

Matthew Robert Berry
SUSMAN & GODFREY
Suite 3000
401 Union Street
Seattle, WA  98101-3000

Brandon J.B. Boulware
BOULWARE LAW LLC.
Suite 956A
1600 Genessee Street
Kansas City, MO  64102

Robert Abraham Braun
COHEN & MILSTEIN
West Tower, Suite 800
1100 New York Avenue, N.W.
Washington, DC  20005-3934

Benjamin D. Brown
COHEN & MILSTEIN
West Tower, Suite 800
1100 New York Avenue, N.W.
Washington, DC  20005-3934

Eric L. Dirks
WILLIANS & DIRKS
Suite 2600
1100 Main Street
Kansas City, MO 64105

Nathan Emmons
HAGENS & BERMAN
Suite 2410
455 N. Cityfront Plaza Drive
Chicago, IL 60611

Jeannie Evans
HAGENS & BERMAN
Suite 2410
455 N. Cityfront Plaza Drive
Chicago, IL 60611

Katherine B. Forrest
PAUL & WEISS
1285 Avenue of the Americas
New York, NY 10019-6064

Beatrice C. Franklin
SUSMAN & GODFREY
Floor 50
One Manhattan, W.
New York, NY 10001

Andrew Gordon
PAUL & WEISS
1285 Avenue of the Americas
New York, NY 10019-6064

Anna R. Gressel
PAUL & WEISS
1285 Avenue of the Americas
New York, NY 10019-6064

Michael S. Ketchmark
KETCHMARK & MCCREIGHT
Suite 210
11161 Overbrook Road
Leawood, KS 66211

Scott A. McCreight
KETCHMARK & MCCREIGHT
Suite 210
11161 Overbrook Road
Leawood, KS 66211

Sabrina Merold
COHEN & MILSTEIN
West Tower, Suite 800
1100 New York Avenue, N.W.
Washington, DC 20005-3934

Rio Pierce
HAGENS & BERMAN
Suite 202
715 Hearst Avenue
Berkeley, CA 94710

Marc M. Seltzer
SUSMAN & GODFREY
Suite 1400
1900 Avenue of the Stars
Los Angeles, CA 90067

Floyd Short
SUSMAN & GODFREY
Suite 3000
401 Union Street
Seattle, WA 98101-3000

Daniel Hershey Silverman
COHEN & MILSTEIN
769 Centre Street
Boston, MA 02130

Jeffrey Simon
HUSCH & BLACKWELL
Suite 1000
4801 Main Street
Kansas City, MO 64112

Jeremy Suhr
BOULWARE LAW LLC.
Suite 956A
1600 Genessee Street
Kansas City, MO 64102

Michael Anthony Williams
WILLIAMS & DIRKS
Suite 2600
1100 Main Street
Kansas City, MO 64105

Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000