# U.S. District Court
## Western District of Missouri (Kansas City)
## CIVIL DOCKET FOR CASE #: <u>4:23−cv−00788−SRB</u>
### *Internal Use Only*

| | |
|---|---|
| Gibson et al v. National Association of Realtors et al | Date Filed: 10/31/2023 |
| Assigned to: District Judge Stephen R. Bough | Jury Demand: Both |
| Demand: $75,000 | Nature of Suit: 410 Anti−Trust |
| related Cases: 4:19−cv−00332−SRB | Jurisdiction: Federal Question |
| 4:25−cv−00055−SRB | |

Case in other court: 8th Circuit Court of Appeals, 24−03473

8th Circuit Court of Appeals, 24−03473

8th Circuit Court of Appeals, 24−03473

8th Circuit Court of Appeals, 24−03478

Cause: 15:1 Antitrust Litigation

**Plaintiff**

**Don Gibson**
*individually and on behalf of all others
similarly situated*

represented by **Alexander Aiken**
Susman Godfrey LLP
401 Union Street
Suite 3000
Seattle, WA 98101
206−516−3880
Email: <u>aaiken@susmangodfrey.com</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A Braun**
Cohen Milstein Sellers & Toll
1100 New York Ave NW
Eighth Floor
Washington, DC 20005
202−408−3697
Email: <u>rbraun@cohenmilstein.com</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Beatrice Franklin**
Susman Godfrey LLP
One Manhattan West
Ste 50th Fl.
New York, NY 10001
212−336−8330
Fax: 212−336−8340

Email: bfranklin@susmangodfrey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Brandon J.B. Boulware**
Boulware Law LLC
1600 Genessee Street
Suite 956a
Kansas City, MO 64102
816–492–2826
Email: brandon@boulware–law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Eric L. Dirks**
Williams Dirks Dameron LLC
1100 Main Street
Suite 2600
Kansas City, MO 64105
(816) 945–7110
Email: dirks@williamsdirks.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Erin D Lawrence**
Boulware Law LLC
1600 Genessee
Suite 416
Kansas City, MO 64102
816–492–2826
Email: erin@boulware–law.com
*TERMINATED: 05/30/2024*
*Bar Status: Inactive*

**Jeremy M. Suhr**
Boulware Law LLC
1600 Genessee
Suite 956a
Kansas City, MO 64102
816–492–2826
Email: jeremy@boulware–law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Matthew Lee Dameron**
Williams Dirks Dameron LLC
1100 Main Street
Suite 2600
Kansas City, MO 64105
(816) 945–7110
Fax: (816) 945–7118

Email: matt@williamsdirks.com
*TERMINATED: 10/24/2024*
*Bar Status: Active*

**Michael S. Ketchmark**
Ketchmark & McCreight PC
Two Hallbrook Place
11161 Overbrook Road
Suite 210
Leawood, KS 66211
(913) 266–4500
Fax: (913) 317–5030
Email: mike@ketchmclaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Michael Anthony Williams**
Williams Dirks Dameron LLC
1100 Main Street
Suite 2600
Kansas City, MO 64105
(816) 945–7110
Fax: (816) 945–7118
Email: mwilliams@williamsdirks.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Scott A McCreight**
Ketchmark & McCreight PC
Two Hallbrook Place
11161 Overbrook Road
Suite 210
Leawood, KS 66211
(913) 266–4500
Fax: (913) 317–5030
Email: smccreight@ketchmclaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Steve W. Berman**
1301 Second Ave
Suite 2000
Seattle, WA 98101
(206) 623–7292
Fax: (206) 623–0594
Email: steve@hbsslaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Plaintiff**

**Lauren Criss**
*individually and on behalf of all others*

represented by **Alexander Aiken**
(See above for address)

*similarly situated*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Benjamin D Brown**
Cohen Milstein Sellers & Toll
1100 New York Ave NW
Eighth Floor
Washington, DC 20005
(202) 408–4600
Email: bbrown@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Daniel H Silverman**
Cohen Milstein Sellers & Toll, PLLC
769 Centre Street
Suite 207
Boston, MA 02130
202–408–4628
Email: dsilverman@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Floyd Short**
Susman Godfrey L.L.P.
401 Union Street
Ste 3000
Seattle, WA 98101–3000
206–516–3880
Email: fshort@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jeannie Evans**
Hagens Berman Sobol Shapiro LLP
445 North Cityfront Plaza Dr.
Suite 2410
Chicago, IL 60611
708–628–4949
Email: jeannie@hbsslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Marc M. Seltzer**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 789–3100
Email: mseltzer@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew Robert Berry**
Susman Godfrey LLP
401 Union Street
Suite 3000
Seattle, WA 98101
206–373–7394
Email: mberry@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Nathan Emmons**
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
708–628–4949
Fax: 708–628–4950
Email: nathane@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Rio Pierce**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue
Suite 300
Berkeley, CA 94710
510–725–3042
Email: riop@hbsslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A Braun**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sabrina Merold**
Cohen Milstein Sellers & Toll
1100 New York Ave. NW
Eighth Floor
Washington, DC 20005
973–820–6303
Email: smerold@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Beatrice Franklin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Brandon J.B. Boulware**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Eric L. Dirks**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Erin D Lawrence**
(See above for address)
***TERMINATED: 05/30/2024***
*Bar Status: Inactive*

**Jeremy M. Suhr**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Matthew Lee Dameron**
(See above for address)
***TERMINATED: 10/24/2024***
*Bar Status: Active*

**Michael S. Ketchmark**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Michael Anthony Williams**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Scott A McCreight**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Plaintiff**

**John Meiners**
*individually and on behalf of all others
similarly situated*

represented by **Alexander Aiken**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A Braun**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Beatrice Franklin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Brandon J.B. Boulware**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Eric L. Dirks**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Erin D Lawrence**
(See above for address)
***TERMINATED: 05/30/2024***
*Bar Status: Inactive*

**Jeremy M. Suhr**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Matthew Lee Dameron**
(See above for address)
*TERMINATED: 10/24/2024*
*Bar Status: Active*

**Michael S. Ketchmark**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Michael Anthony Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Scott A McCreight**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Plaintiff**

**Daniel Umpa**                    represented by **Alexander Aiken**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Benjamin D Brown**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Daniel H Silverman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Floyd Short**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jeannie Evans**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jeremy M. Suhr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Marc M. Seltzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew Robert Berry**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Nathan Emmons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Rio Pierce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A Braun**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sabrina Merold**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Beatrice Franklin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Eric L. Dirks**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Scott A McCreight**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Brandon J.B. Boulware**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

**National Association of Realtors**          represented by  **Charles W. Hatfield**
Stinson LLP – JC
230 W. McCarty Street
Jefferson City, MO 65101
573–636–6263
Fax: 573–556–3632
Email: chuck.hatfield@stinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Georgina Inglis**
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004

202–842–7800
Email: ginglis@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sarah M. Topol**
55 Hudson Yards
New York, NY 10001
212–479–6000
Email: stopol@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Alexander Barrett**
Stinson LLP – JC
230 W. McCarty Street
Jefferson City, MO 65101
573–556–3601
Fax: 573–556–3637
Email: alexander.barrett@stinson.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Beatriz Mejia**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
415–693–2000
Email: MEJIAB@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ethan Glass**
Cooley LLP
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
202–776–2244
Email: eglass@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Samantha Strauss**
Cooley LLP
110 N. Wacker Dr.
Ste 4200
Chicago, IL 60606

312–881–6500
Email: sastrauss@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Compass, Inc.**                          represented by    **Chahira Solh**
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Ste 20th Floor
Irvine, CA 92614
949–263–8400
Fax: 949–263–8414
Email: csolh@crowell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Daniel Sasse**
Crowell & Moring – Irvine
3 Park Plaza
20th Floor
Irvine, CA 92614–8505
(949) 263–8400
Fax: (949) 263–8414
Email: dsasse@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Eric Fanchiang**
30 Park Plaza
20th Floor
Irvine, CA 92614
949–798–1338
Email: efanchiang@crowell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**eXp World Holdings, Inc.**               represented by    **James Andrew Morsch**
Saul Ewing Arnstein & Lehr LLP
161 North Clark
Ste 4200
Chicago, IL 60601
312–876–7866
Email: jim.morsch@saul.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark B. Schaffer**
Schaffer & Associates, Chartered
10561 Barkley St.
Ste. 620
Overland Park, KS 66212
913–345–0100
Fax: 913–345–1802
Email: mschaffer@schafflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Andrew D. Campbell**
Armstrong Teasdale LLP
100 North Riverside Plaza
Auite 1500
Chicago, IL 60606–1520
312–419–6900
Email: acampbell@Atllp.com
***TERMINATED: 10/07/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Elizabeth C. Wolicki**
Armstrong Teasdale LLP
100 North Riverside Plaza
Ste 1500
Chicago, IL 60606
312–419–6900
Email: ewolicki@atllp.com
***TERMINATED: 10/07/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Francis X Riley , III**
Saul Ewing LLP
Litigation Department
650 College Road East
Suite 400
Princeton, NJ 08540
609–452–3150
Email: Francis.Riley@saul.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Julie Johnston–Ahlen**

Armstrong Teasdale LLP
100 North Riverside Plaza
Suite 1500
Chicago, IL 60606−1520
312−419−6900
Fax: 312−419−6928
Email: jja@atllp.com
*TERMINATED: 10/07/2024*
*PRO HAC VICE*
*Bar Status: Phv*

**Karrie J. Clinkinbeard**
Armstrong Teasdale LLP−KCMO
2345 Grand Boulevard
Suite 1500
Kansas City, MO 64108
(816) 221−3420
Fax: (816) 221−0786
Email: kclinkinbeard@atllp.com
*TERMINATED: 10/07/2024*
*Bar Status: Active*

**Michael A Gehret**
222 S. Main Street
Ste. 1830
Salt Lake City, UT 84101
(401) 401−1608
Email: mgehret@atllp.com
*TERMINATED: 07/10/2024*
*PRO HAC VICE*
*Bar Status: Phv*

**Stephen Siegel**
Armstrong Teasdale LLP
100 North Riverside Plaza
Suite 1500
Chicago, IL 60606
312−419−6900
Email: ssiegel@atllp.com
*TERMINATED: 10/07/2024*
*PRO HAC VICE*
*Bar Status: Phv*

**Tyson H. Ketchum**
Armstrong Teasdale LLP−KCMO
2345 Grand Boulevard
Suite 1500
Kansas City, MO 64108
(816) 472−3136
Fax: (816) 221−0786
Email: tketchum@atllp.com
*TERMINATED: 05/30/2024*

*Bar Status: Active*

**Defendant**

**Redfin Corporation**    represented by    **Brian J. Madden**
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701−1100
Fax: (816) 531−2372
Email: bmadden@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Emily Parsons**
Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104
206−622−3150
Email: emilyparsons@dwt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Gerald A. Stein**
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
10020
New York, NY 10020
212−402−4095
Email: geraldstein@dwt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**MaryAnn T. Almeida**
Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104−1610
206−757−8187
Fax: 206−757−7700
Email: maryannalmeida@dwt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert J Maguire**
Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104
206–757–8094
Fax: 206–757–7094
Email: robmaguire@dwt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Bryon Patrick Becker**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
2001 K Street, NW
Washington, DC 20006
202–223–7345
Email: bpbecker@paulweiss.com
*TERMINATED: 12/19/2024*
*PRO HAC VICE*
*Bar Status: Phv*

**Eyitayo St. Matthew–Daniel**
Paul, Weiss, Rifkind, Wharton & Garrison
– NY
1285 Avenue of the Americas
New York, NY 10019–6064
212–373–3229
Email: tstmatthewdaniel@paulweiss.com
*TERMINATED: 12/19/2024*
*PRO HAC VICE*
*Bar Status: Phv*

**Karen L Dunn**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
2001 K Street, NW
Washington, DC 20006
202–223–7300
Email: kdunn@paulweiss.com
*TERMINATED: 12/19/2024*
*PRO HAC VICE*
*Bar Status: Phv*

**Martha Goodman**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
2001 K Street, NW
Washington, DC 20006

202–223–7300
Email: mgoodman@paulweiss.com
***TERMINATED: 12/19/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Tyson H. Ketchum**
(See above for address)
***TERMINATED: 05/30/2024***
*Bar Status: Active*

**William A. Isaacson**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
2001 K Street, NW
Washington, DC 20006
202–223–7300
Email: wisaacson@paulweiss.com
***TERMINATED: 12/19/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Defendant**

**Weichert Co.**                    represented by    **William D. Beil**
GM Law PC – KC
1201 Walnut St.
20th Floor
Kansas City, MO 64106
816–471–7700
Fax: 816–471–2221
Email: billb@gmlawpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Adam Hudes**
Vinson & Elkins LLP
2200 Pennsylvania Ave. NW
Suite 500 West
Washington, DC 20037
202–639–6632
Fax: 202–879–8822
Email: ahudes@velaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Dylan Ballard**
Vinson & Elkins
555 Mission Street
Suite 2000
San Francisco, CA 94105

415–979–6955
Email: dballard@velaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Michael Scarborough**
Vinson & Elkins LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
415–979–6935
Email: mscarborough@velaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stephen M. Medlock**
Vinson & Elkins LLP
2200 Pennsylvania Ave. NW
Suite 500 West
Washington, DC 20037
202–639–6578
Email: smedlock@velaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tyson H. Ketchum**
(See above for address)
***TERMINATED: 05/30/2024***
*Bar Status: Active*

**Defendant**

**United Real Estate**                     represented by  **James Dale Lawrence**
Bryan Cave Leighton Paisner LLP
3800 One Kansas City Place
1200 Main Street
Kansas City, MO 64105
816–374–3378
Fax: 816–855–3378
Email: jim.lawrence@bclplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lindsay Sklar Johnson**
1201 W. Peachtree St
14th Floor
Atlanta, GA 30309
404–572–6732
Email: lindsay.johnson@bclplaw.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Timothy R. Beyer**
1700 Lincoln Street
Suite 4100
Denver, CO 80203
303–861–7000
Email: tim.beyer@bclplaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Emilee Hargis**
Bryan Cave Leighton Paisner, LLP – StL
211 North Broadway
Suite 3600
St. Louis, MO 63102–2750
618–973–6283
Email: emilee.hargis@bclplaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

| **Howard Hanna Real Estate Services** *TERMINATED: 01/17/2024* | represented by | **Robert T. Adams** |
|---|---|---|

**Robert T. Adams**
Shook, Hardy & Bacon, LLP–KCMO
2555 Grand Boulevard
Kansas City, MO 64108–2613
(816) 474–6550
Fax: (816)421–5547
Email: rtadams@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**David Gringer**
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212–230–8864
Email: david.gringer@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Emily Barnet**
Wilmer Cutler Pickering Hale and Dorr
LLP

7 World Trade Center
250 Greenwich Street
New York, NY 10007
212–230–8868
Email: emily.barnet@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Hannah Smith**
Shook, Hardy & Bacon, LLP–KCMO
2555 Grand Boulevard
Kansas City, MO 64108–2613
816–474–6550
Fax: 816–421–5547
Email: hsmith@shb.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Karin Dryhurst**
Wilmer Cutler Pickering Hale and Dorr
LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
202–663–6248
Email: karin.dryhurst@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Seth P. Waxman**
Wilmer Cutler Pickering Hale and Dorr
LLP
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
202–663–6800
Fax: 202–663–6363
Email: seth.waxman@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Douglas Elliman, Inc.**            represented by  **Daniel Patrick Johnson**
Ogletree Deakins
700 West 47th Street
Suite 500
Kansas City, MO 64112
816–410–2233
Fax: 816–471–1303
Email:
daniel.johnson@ogletreedeakins.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Trina R Ricketts**
Ogletree Deakins
700 West 47th Street
Suite 500
Kansas City, MO 64112
816–471–1301
Fax: 816–471–1303
Email: trina.ricketts@ogletree.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Constantine Z. Pamphilis**
Kasowitz, Benson, Torres & Friedman,
LLP
1633 Broadway
New York, NY 10019
212–506–1700
Email: dpamphilis@kasowitz.com
***TERMINATED: 12/10/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Edward M Spiro**
Morvillo Abramowitz Grand Iason &
Anello P.C.
565 Fifth Avenue
New York, NY 10017
212–880–9460
Fax: 212–856–9494
Email: espiro@maglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Hector Torres**
Kasowitz Benson Torres LLP
1441 Brickell Avenue
Suite 1420
Miami, FL 33131
212–506–1730
Email: HTorres@kasowitz.com
***TERMINATED: 12/10/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Kenneth R. David**
Kasowitz Benson Torres LLP

1633 Broadway
New York, NY 10019
212–506–1893
Email: KDavid@kasowitz.com
*TERMINATED: 12/10/2024*
*PRO HAC VICE*
*Bar Status: Phv*

**Marc E. Kasowitz**
Kasowitz, Benson, Torres LLP
1633 Broadway
New York, NY 10019
212–506–1710
Email: mkasowitz@kasowitz.com
*TERMINATED: 12/10/2024*
*PRO HAC VICE*
*Bar Status: Phv*

**Michael Wilson**
Kasowitz Benson Torres LLP
Accounting
1633 Broadway
22nd FL
New York, NY 10019
713–220–8821
Email: mwilson@kasowitz.com
*TERMINATED: 12/10/2024*
*PRO HAC VICE*
*Bar Status: Phv*

**Robert J Anello**
Morvillo Abramowitz Grand Iason &
Anello P.C.
565 Fifth Avenue
New York, NY 10017
212–880–9520
Email: ranello@maglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Berkshire Hathaway Energy
Company**

represented by **Jeffrey J. Simon**
Husch Blackwell LLP – KCMO
4801 Main Street
Suite 1000
Kansas City, MO 64112–2551
816–329–4711
Fax: 816–983–8080
Email: jeff.simon@huschblackwell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**Yotam Barkai**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019–6064
212–763–0883
Email: ybarkai@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Andrew G. Gordon**
Paul, Weiss, Rifkind, Wharton & Garrison
– NY
1285 Avenue of the Americas
New York, NY 10019–6064
212–373–3000
Email: agordon@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Anna Rebecca Gressel**
Paul, Weiss, Rifkind, Wharton & Garrison
– NY
1285 Avenue of the Americas
New York, NY 10019–6064
212–373–3000
Email: agressel@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Katherine Forrest**
Paul, Weiss, Rifkind, Wharton & Garrison
– NY
1285 Avenue of the Americas
New York, NY 10019–6064
212–373–3000
Email: kforrest@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Taylor Brooke Concannon Hausmann**
Husch Blackwell LLP – KCMO
4801 Main Street
Suite 1000
Kansas City, MO 64112–2551

816–983–8000
Fax: 816–983–8080
Email:
taylor.hausmann@huschblackwell.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Tyson H. Ketchum**
(See above for address)
***TERMINATED: 05/30/2024***
*Bar Status: Active*

**Defendant**

**HomeServices of America, Inc.**          represented by          **Brian C Fries**
Lathrop GPM LLP
2345 Grand Avenue
Suite 2200
Kansas City, MO 64108–2618
816–292–2000
Fax: 816–292–2001
Email: brian.fries@lathropgpm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ian T Hampton**
Foley & Lardner LLP
777 E. Wisconsin Ave
Milwaukee, WI 53202
(414) 297–4912
Email: ihampton@foley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jennifer M. Keas**
Foley & Lardner LLP
3000 K Street NW
Suite 600
Washington, DC 20007
202–672–5436
Fax: 202–672–5399
Email: jkeas@foley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jay N. Varon**
Foley & Lardner LLP
3000 K Street, N.W.

Suite 600
Washington, DC 20007–5109
202–672–5380
Fax: 202–672–5399
Email: jvaron@foley.com
*TERMINATED: 07/09/2024*
*PRO HAC VICE*
*Bar Status: Phv*

**Jordan C Satterthwaite**
MacGILL PC
156 E. Market Street
Suite 1200
Indianapolis, IN 46204
317–961–5392
Email:
cecelia.satterthwaite@MacGillLaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew T Ciulla**
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
317–961–5086
Email: matthew.ciulla@macgilllaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert D MacGill**
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
317–961–5085
Email: robert.macgill@macgilllaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

BHH Affiliates, LLC      represented by   **Brian C Fries**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ian T Hampton**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jay N. Varon**
(See above for address)
***TERMINATED: 07/09/2024***
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jennifer M. Keas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew T Ciulla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert D MacGill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**HSF Affiliates, LLC**                    represented by  **Brian C Fries**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ian T Hampton**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jay N. Varon**
(See above for address)
***TERMINATED: 07/09/2024***
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jennifer M. Keas**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew T Ciulla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert D MacGill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

| | | |
|---|---|---|
| **The Long & Foster Companies, Inc.** | represented by | **Brian C Fries** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ian T Hampton**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jay N. Varon**
(See above for address)
***TERMINATED: 07/09/2024***
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jennifer M. Keas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew T Ciulla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert D MacGill**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Keller Williams Realty, Inc.**

**Defendant**

**Five D I, LLC**                    represented by   **Emilee Hargis**
*d/b/a United Real Estate*                           (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: Active*

                                                     **James Dale Lawrence**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: Active*

                                                     **Tyson H. Ketchum**
                                                     (See above for address)
                                                     *TERMINATED: 05/30/2024*
                                                     *Bar Status: Active*

**Defendant**

**Hanna Holdings, Inc.**             represented by   **Hannah Smith**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: Active*

                                                     **Robert T. Adams**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: Active*

                                                     **Claire Murphy Bergeron**
                                                     Wilmer Cutler Pickering Hale and Dorr
                                                     LLP
                                                     2100 Pennsylvania Avenue NW
                                                     Washington, DC 20037
                                                     202–663–6414
                                                     Fax: 202–663–6363
                                                     Email: claire.bergeron@wilmerhale.com
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: Phv*

                                                     **David Gringer**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Emily Barnet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Karin Dryhurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Seth P. Waxman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tyson H. Ketchum**
(See above for address)
*TERMINATED: 05/30/2024*
*Bar Status: Active*

**Defendant**

**Douglas Elliman Realty, LLC**          represented by     **Daniel Patrick Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Trina R Ricketts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Constantine Z. Pamphilis**
(See above for address)
*TERMINATED: 12/10/2024*
*PRO HAC VICE*
*Bar Status: Phv*

**Edward M Spiro**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Hector Torres**
(See above for address)
***TERMINATED: 12/10/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Kenneth R. David**
(See above for address)
***TERMINATED: 12/10/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Marc E. Kasowitz**
(See above for address)
***TERMINATED: 12/10/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Michael Wilson**
(See above for address)
***TERMINATED: 12/10/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Robert J Anello**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**At World Properties, LLC**     represented by     **Elizabeth A. Vasseur–Browne**
Cooling & Herbers, PC
2400 City Center Square
1100 Main Street
Kansas City, MO 64105
(816) 474–0777
Fax: (816) 472–0790
Email: lbrowne@coolinglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Molly K McGinley**
Honigman LLP
321 N. Clark Street
Suite 500
Chicago, IL 60654
312–429–6032
Email: MMcGinley@honigman.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert J Palmersheim**
Honigman LLP
321 N. Clark St.
Suite 500
Chicago, IL 60654
312–701–9300
Fax: 312–701–9335
Email: Rpalmersheim@honigman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Timothy G Parilla**
155 N. Wacker Drive
Suite 3100
Chicago, IL 60606
(312) 429–6026
Email: tparilla@honigman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**The Real Brokerage, Inc.**                represented by    **David Marroso**
O'Melveny & Meyers LLP
1999 Avenue of the Starts
8th Floor
Los Angeles, CA 90067
310–553–6700
Fax: 310–246–6779
Email: dmarroso@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jennifer B. Wieland**
Berkowitz Oliver LLP–KCMO
2600 Grand Boulevard
Suite 1200
Kansas City, MO 64108
(816) 627–0266
Fax: (816) 561–1888
Email: jwieland@berkowitzoliver.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Craig P Bloom**

1999 Avenue of the Stars 8th Floor
Los Angeles, CA 90067
310–246–6877
Email: cbloom@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stephen McIntyre**
O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071
213–430–6000
Email: stephenmcintyre@paulhastings.com
*TERMINATED: 02/27/2025*
*PRO HAC VICE*
*Bar Status: Phv*

**Defendant**

**Real Broker, LLC**                represented by   **David Marroso**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jennifer B. Wieland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Craig P Bloom**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stephen McIntyre**
(See above for address)
*TERMINATED: 02/27/2025*
*PRO HAC VICE*
*Bar Status: Phv*

**Defendant**

**Realty ONE Group, Inc.**          represented by   **Amanda Pennington Ketchum**
Dysart Taylor McMonigle Brumitt &
Wilcox, P.C.
700 West 47th Street
Suite 410

Kansas City, MO 64112
816–931–2700
Fax: 816–931–7377
Email: aketchum@dysarttaylor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ann O'Brien**
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, St. 100
Suite 100
Washington, DC 20006
202–747–1900
Email: aobrien@sheppardmullin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Anne Lindner Saghir**
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut St.
Suite 1950
Kansas City, MO 64106
816–268–9400
Fax: 816–268–9409
Email: asaghir@sakg.com
***TERMINATED: 05/22/2024***
*Bar Status: Active*

**Christopher M. Loveland**
Sheppard Mullin Richter & Hampton, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006
202–747–1924
Email: cloveland@sheppardmullin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Helen Cho Eckert**
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Ctr.
San Francisco, CA 94111
415–434–9100
Fax: 415–434–3947
Email: heckert@sheppardmullin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Leo Caseria**
Sheppard Mullin Richter & Hampton LLP
350 South Grand Avenue
Ste 40th Floor
Los Angeles, CA 90071–3460
213–617–4206
Email: lcaseria@sheppardmullin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew William Geary**
Dysart Taylor McMonigle Brumitt &
Wilcox, P.C.
700 W. 47th Street
Suite 410
Kansas City, MO 64112
816–931–2700
Fax: 816–931–7377
Email: mgeary@dysarttaylor.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Michael Judy**
Dysart Taylor McMonigle Brumitt &
Wilcox, P.C.
700 W. 47th Street
Suite 410
Kansas City, MO 64112
816–931–2700
Fax: 816–931–7377
Email: mjudy@dysarttaylor.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**HomeSmart International, LLC**             represented by

**Christopher M. Harper**
Franke, Schultz & Mullen – KCMO
8900 Ward Parkway
Kansas City, MO 64114
(816) 421–7100
Fax: 816–421–7915
Email: charper@fsmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**John L. Mullen**
Franke, Schultz & Mullen – KCMO
8900 Ward Parkway
Kansas City, MO 64114
(816) 421–7100

Fax: (816) 421–7915
Email: jmullen@fsmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Inactive*

**Cameron N. Regnery**
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
470–228–3500
Email: cameron.regnery@fmglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jacob Scott Madsen**
Freeman, Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
770–818–0000
Email: jacob.madsen@fmglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew Foree**
Freeman Mathis & Gary, LLP
100 Galleria Pkwy
Ste 1600
Atlanta, GA 30339
770–818–4245
Email: mforee@fmglaw.com
***TERMINATED: 09/09/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Scott Eric Anderson**
Freeman Mathis & Gary, LLP
100 Galleria Pkwy
Ste 1600
Atlanta, GA 30339
770–303–8638
Email: scott.anderson@fmglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tyson H. Ketchum**
(See above for address)

*TERMINATED: 05/30/2024*
*Bar Status: Active*

**Defendant**

**Engel & Vlkers GmbH**          represented by   **Kenneth W. Taber**
                                                 Pillsbury Winthrop Shaw Pittman LLP
                                                 31 West 52nd Street
                                                 New York, NY 10019
                                                 212–858–1813
                                                 Fax: 212–858–1500
                                                 Email: kenneth.taber@pillsburylaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Bar Status: Phv*

                                                 **Lauren E. Tucker McCubbin**
                                                 Polsinelli – KCMO
                                                 900 W. 48th Place
                                                 Kansas City, MO 64112
                                                 (816) 753–1000
                                                 Fax: (816) 753–1536
                                                 Email: ltucker@polsinelli.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Bar Status: Active*

                                                 **Michael L. Sibarium**
                                                 Pillsbury Winthrop Shaw Pittman LLP
                                                 1200 17th St. N.W.
                                                 Washington, DC 20036
                                                 202–663–9202
                                                 Email:
                                                 michael.sibarium@pillsburylaw.com
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Bar Status: Phv*

**Defendant**

**Engel & Volkers Americas, Inc.**   represented by   **Lauren E. Tucker McCubbin**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Bar Status: Active*

                                                 **Kenneth W. Taber**
                                                 (See above for address)
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Bar Status: Phv*

                                                 **Michael L. Sibarium**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**NextHome, Inc.**                          represented by   **Michael T. Crabb**
Kuckelman Torline Kirkland
10740 Nall Avenue
Suite 250
Overland Park, KS 66211
(913) 951–5651
Fax: (913) 948–8611
Email: mcrabb@ktk–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stephen J. Torline**
Kuckelman Torline Kirkland
10740 Nall Avenue
Suite 250
Overland Park, KS 66211
(913) 948–8613
Fax: (913) 948–8611
Email: storline@ktk–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Daniel Meany**
Kuckelman Torline Kirkland
10740 Nall Avenue
Suite 250
Overland Park, KS 66211
913–948–8610
Fax: 913–948–8611
Email: dmeany@ktk–law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**David H Bamberger**
DLA Piper LLP
500 Eighth Street, NW
Washington, DC 20004
202–799–4500
Fax: 202–799–5500
Email: david.bamberger@us.dlapiper.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Julie G Cooker**
DLA Piper LLP
4365 Executive Drive
Suite 1100
San Diego, CA 92121
858–677–1400
Fax: 619–699–2701
Email: julie.cooker@us.dlapiper.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**EXIT Realty Corp. International**    represented by    **James M Brodzik**
Hinshaw & Culbertson LLP
701 Market St.
Suite 260
Saint Louis, MO 63101
618–310–2325
Email: jbrodzik@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**David M. Schultz**
Hinshaw & Culbertson–Chicago
151 N. Franklin Street
Suite 2500
Chicago, IL 60606
312–704–3701
Fax: 312–704–3001
Email: dschultz@hinshawlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Michael F Iasparro**
Hinshaw & Culbertson LLP
100 Park Avenue
Rockford, IL 61101
815–490–4945
Fax: 815–490–4901
Email: miasparro@hinshawlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**EXIT Realty Corp. USA**    represented by    **James M Brodzik**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**David M. Schultz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Michael F Iasparro**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Windermere Real Estate Services Company, Inc.**

represented by **Edward C Duckers**
Stoel Rives LLP
CA
1 Montgomery Street
Suite 3230
San Francisco, CA 94104
415−617−8900
Fax: 415−617−8907
Email: ed.duckers@stoel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Shazzie Naseem**
Berkowitz Oliver LLP−KCMO
2600 Grand Boulevard
Suite 1200
Kansas City, MO 64108
(816) 627−0264
Email: snaseem@berkowitzoliver.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**William L Lyon & Associates, Inc.**

represented by **Edward C Duckers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Shazzie Naseem**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**William Raveis Real Estate, Inc.**          represented by   **Christopher Kaufman**
Shook, Hardy & Bacon, LLP–KCMO
2555 Grand Boulevard
Kansas City, MO 64108–2613
(816) 474–6550
Fax: (816) 421–5547
Email: ckaufman@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Benjamin Diessel**
Wiggin and Dana LLP
265 Church Street
New Haven, CT 06510
203–498–4400
Email: bdiessel@wiggin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**John Doroghazi**
Wiggin and Dana LLP
One Century Tower
265 Church St
New Haven, CT 06510
203–498–4400
Email: jdoroghazi@wiggin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**John L. Scott Real Estate Affiliates,**          represented by   **Jonathan Thomas Barton**
**Inc.**
Stanton Barton LLC
8000 Maryland Avenue
Suite 450
St. Louis, MO 63105
314–455–6502
Email: jbarton@stantonbarton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Joby Celoza**
Davis Wright Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
206–757–8027
Email: jobyceloza@dwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Yoni M Rosenzweig**
Davis Wright Tremaine LLP
350 South Grand Avenue
Ste 2700
Los Angeles, CA 90071
213–633–6800
Fax: 213–633–6899
Email: yonirosenzweig@dwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

| | | |
|---|---|---|
| **The Keyes Company** | represented by | **Derick C. Albers** |

Lewis Rice LLC–StL
600 Washington Ave.
Ste. 2500
St. Louis, MO 63101
314–444–7649
Fax: 314–612–7649
Email: dalbers@lewisrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alyssa Chamberlin**
Gunster, Yoakley & Stewart, P.A.
600 Brickell Ave.
Suite 3500
Miami, FL 33131
305–376–6063
Email: achamberlin@gunster.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Becky N Saka**
Gunster, Yoakley & Stewart, P.A.
600 Brickell Ave.
Suite 3500
Miami, FL 33131
305–376–6063
Email: bsaka@gunster.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Timothy J McGinn**
Gunster, Yoakley & Stewart, P.A.
600 Brickell Ave.
Suite 3500
Miami, FL 33131
305–376–6084
Fax: 305–376–6010
Email: tmcginn@gunster.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Illustrated Properties, LLC**     represented by   **Derick C. Albers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alyssa Chamberlin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Becky N Saka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Timothy J McGinn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Parks Pilkerton Village Real Estate**

**Defendant**

**Crye–Leike, Inc.**     represented by   **Thomas W. Collins , III**
Blanton, Nickell, Collins, Douglas,
Hanschen & Peters, LLC
219 South Kingshighway
P.O. Box 805
Sikeston, MO 63801

(573) 471–1000
Fax: (573) 471–1012
Email: tcollins@blantonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alexandra Harrington Austin**
1230 Main Street
Suite 700
Columiba, SC 29201
803–253–8275
Email: aaustin@maynardnexsen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Carl S. Burkhalter**
1230 Main Street
Suite 700
Columbia, SC 29201
803–253–8275
Email: cburkhalter@maynardnexsen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Diedre A Peters**
Blanton, Nickell, Collins, Douglas,
Hanschen & Peters, LLC
219 South Kingshighway
P.O. Box 805
Sikeston, MO 63801
573–471–1000
Fax: 573–471–1012
Email: dpeters@blantonlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Joseph C Blanton , Jr**
Blanton, Rice, Nickell, Cozean & Collins,
LLC
219 South Kingshighway
P.O. Box 805
Sikeston, MO 63801
(573)471–1000
Fax: 573/471–1012
Email: jblanton@blantonlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Marcus Angelo Manos**

Maynard Nexsen PC
1230 Main Street
Ste 7th Floor
Columbia, SC 29201
803–253–8275
Fax: 803–727–1467
Email: MManos@maynardnexsen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark D. Blanton**
Blanton, Nickell, Collins, Douglas,
Hanschen & Peters, LLC
219 South Kingshighway
P.O. Box 805
Sikeston, MO 63801
573–471–1000
Email: mblanton@blantonlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Shaune D. Hanschen**
P.O. Box 805
219 S. Kingshighway
Sikeston, MO 63801
573–471–1000
Email: shanschen@blantonlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Baird & Warner Real Estate, Inc.**          represented by   **Arsenio Lenell Mims**
Dowd Bennett LLP
7676 Forsyth Blvd.
Ste. 1900
Clayton, MO 63105
314–889–7300
Fax: 314–863–2111
Email: amims@dowdbennett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**M. Patrick Yingling**
Reed Smith
10 S. Wacker Dr., 40th Fl.
Chicago, IL 60606
312–207–2834
Email: mpyingling@reedsmith.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Michelle Ann Mantine**
Reed Smith LLP – Pittsburgh
Reed Smith Centre
225 Fifth Ave.
Ste. 1200
Pittsburgh, PA 15222
412–288–4268
Fax: 412–288–3063
Email: mmantine@reedsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Real Estate One, Inc.**                    represented by    **Thomas Butler Alleman**
Dykema Gossett PLLC
1717 Main
Ste 4200
Dallas, TX 75201
214–698–7830
Fax: 855–216–6218
Email: talleman@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Cody D Rockey**
2723 South State Street
Suite 400
Ann Arbor, MI 48104
(734) 214–7655
Email: crockey@dykema.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Howard B Iwrey**
Dykema Gossett PLLC
39577 Woodward Ave.
Suite 300
Bloomfield Hills, MI 48304
248–203–0526
Fax: 855–232–1791
Email: hiwrey@dykema.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**The K Company Realty, LLC**
*doing business as*
LoKation

represented by **Christopher M. Harper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**John L. Mullen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Inactive*

**Jonathan Vine**
Cole, Scott & Kissane
222 Lakeview Ave.
Ste. 120
West Palm Beach, FL 33401
(561) 383–9200
Email: jonathan.vine@csklegal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Joshua Molina**
Cole, Scott & Kissane
9150 S. Dadeland Blvd.
Miami, FL 33156
(561) 383–9200
Email: joshua.molina@csklegal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**eXp Realty, LLC**

represented by **Francis X Riley , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**James Andrew Morsch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark B. Schaffer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**Andrew D. Campbell**
(See above for address)
***TERMINATED: 10/07/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Elizabeth C. Wolicki**
(See above for address)
***TERMINATED: 10/07/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Julie Johnston–Ahlen**
(See above for address)
***TERMINATED: 10/07/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Michael A Gehret**
(See above for address)
***TERMINATED: 07/10/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Stephen Siegel**
(See above for address)
***TERMINATED: 10/07/2024***
*PRO HAC VICE*
*Bar Status: Phv*

**Tyson H. Ketchum**
(See above for address)
***TERMINATED: 05/30/2024***
*Bar Status: Active*

**Defendant**

**Weichert Real Estate Affiliates, Inc.**          represented by   **Dylan Ballard**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**John L. Scott, Inc.**          represented by   **Jonathan Thomas Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Joby Celoza**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Yoni M Rosenzweig**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Knie & Shealy**
P.O. Box 5159
Spartanburg, SC 29304
United Sta
8645825118

**interested party**

**Hao Zhe Wang**

**interested party**

**Benny Cheatham**                    represented by    **Bert S Braud**
The Popham Law Firm, P.C.
712 Broadway
Ste. 100
Kansas City, MO 64105
(816) 221–2288
Fax: (816) 221–3999
Email: bbraud@pophamlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Matthew W. Shealy**
P.O. Box 5159
Spartanburg, SC 23904
864–582–5118
Email: matt@knieshealy.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Patrick E. Knie**
Patrick E. Knie, P.A.
P.O. Box 5159
Spartanburg, SC 29304
864–582–5118
Fax: 864–585–1615

Email: pat@knieshealy.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Paul L Redfearn , III**
The Redfearn Law Firm
3731 N.E. Troon Drive
Lee's Summit, MO 64064
816–421–5301
Fax: 816–421–3785
Email: predfearn@redfearnlawfirm.com
***TERMINATED: 10/10/2024***
*Bar Status: Active*

**Sam Mitchell Slade , Jr.**
Mitch Slade Law Office, P.A.
P.O. Box 1007
Spartanburg, SC 29304
864–582–4212
Email: mitch@mitchsladelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**interested party**

**Khyber Zaffarkhan**

**interested party**

**Terry Wischer**

V.

**Objector**

**James Mullis**                    represented by    **Steven M Berezney**
Korein Tillery LLC
505 N. 7th Street
Suite 3600
St. Louis, MO 63101
314–241–4844
Fax: 314–241–3525
Email: sberezney@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Randall Paul Ewing , Jr.**
Korein Tillery
205 North Michigan Avenue
Suite 1950

Chicago, IL 60601
312–641–9750
Email: rewing@koreintillery.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Objector**

**Robert Friedman**                    represented by   **Daniel Z. Goldman**
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
973–476–5485
Email: dgoldman@bklwlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Steven J. Buttacavoli**
Berman Tabacco
One Liberty Square
Boston, MA 02109
617–542–8300
Email: sbuttacavoli@bermantabacco.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Todd Seaver**
Berman Tabacco
425 California Street,
Suite 2300
San Francisco, CA 94104
415–433–3200
Email: tseaver@bermantabacco.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Objector**

**Monty March**                        represented by   **Bert S Braud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Matthew Van Tine**
Miller Law LLC

53 W Jackson Boulevard
Suite 1320
Chicago, IL 60604
312–332–3400
Email: mvantine@millerlawllc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Michael Morris Buchman**
Motley Rice LLC
800 Third Avenue
Suite 2401
New York, NY 10022
212–577–0050
Email: mbuchman@motleyrice.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Objector**

| | | |
|---|---|---|
| **Mr. Mitch Slade**<br>P.O. Box 1007<br>Spartanburg, SC 29304<br>8645824212 | represented by | **Patrick E. Knie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Phv* |

**Objector**

| | | |
|---|---|---|
| **Knie & Shealy**<br>P.O. Box 5159<br>Spartanburg, SC 29304<br>8645825118 | represented by | **Patrick E. Knie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Phv* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2023 | 1 | COMPLAINT against Compass, Inc., Douglas Elliman, Inc., Howard Hanna Real Estate Services, National Association of Realtors, Redfin Corporation, United Real Estate, Weichert Realtors, eXp World Holdings, Inc. filed by Matthew Lee Dameron on behalf of All Plaintiffs. Filing fee $402, receipt number AMOWDC–8692782. Service due by 1/29/2024 unless otherwise directed by the court. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Dameron, Matthew) (Entered: 10/31/2023) |
| 10/31/2023 | 2 | **NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS.** |

| | | |
|---|---|---|
| | | **Notice of MAP assignment to outside neutral category I.** (Attachments: # 1 MAP General Order)(Woods, Gloria) (Entered: 10/31/2023) |
| 11/01/2023 | 3 | With the consent of the Honorable Stephen Bough, the above−styled action is hereby transferred to U.S. District Judge Boughs docket for all further proceedings. Signed on 11/1/2023 by District Judge Fernando J. Gaitan, Jr. (Houston, Kiambu) (Entered: 11/01/2023) |
| 11/01/2023 | 4 | ORDER REASSIGNING CASE. Case reassigned to District Judge Stephen R. Bough for all further proceedings. District Judge Fernando J. Gaitan, Jr no longer assigned to case. Please note the new case number of **4:23−cv−00788−SRB**. Signed on 11/1/2023 by Clerk of Court. This is a TEXT ONLY ENTRY. No document is attached. (Houston, Kiambu) (Entered: 11/01/2023) |
| 11/02/2023 | | SUMMONS ISSUED as to All Defendants. (Woods, Gloria) (Entered: 11/02/2023) |
| 11/17/2023 | 5 | NOTICE of appearance by Alexander Barrett on behalf of National Association of Realtors (Attorney Alexander Barrett added to party National Association of Realtors(pty:dft))(Barrett, Alexander) (Entered: 11/17/2023) |
| 11/17/2023 | 6 | Motion to allow Ethan Glass to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8724221) filed by Alexander Barrett on behalf of National Association of Realtors. (Barrett, Alexander) (Entered: 11/17/2023) |
| 11/17/2023 | 7 | Motion to allow Beatriz Mejia to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8724224) filed by Alexander Barrett on behalf of National Association of Realtors. (Barrett, Alexander) (Entered: 11/17/2023) |
| 11/17/2023 | 8 | Motion to allow Samantha Strauss to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8724226) filed by Alexander Barrett on behalf of National Association of Realtors. (Barrett, Alexander) (Entered: 11/17/2023) |
| 11/17/2023 | 9 | DISCLOSURE OF CORPORATE INTERESTS filed by Alexander Barrett on behalf of Defendant National Association of Realtors.(Barrett, Alexander) (Entered: 11/17/2023) |
| 11/17/2023 | 10 | NOTICE of appearance by Charles W. Hatfield on behalf of National Association of Realtors (Attorney Charles W. Hatfield added to party National Association of Realtors(pty:dft))(Hatfield, Charles) (Entered: 11/17/2023) |
| 11/20/2023 | 11 | ORDER granting 6 , 7 , and 8 motion to appear pro hac vice entered by Clerk of Court. Attorney Ethan Glass, Beatriz Mejia, and Samantha Strauss for National Association of Realtors allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. <br><br> Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 11/20/2023) |
| 11/22/2023 | 12 | NOTICE of appearance by James Dale Lawrence on behalf of United Real Estate (Attorney James Dale Lawrence added to party United Real Estate(pty:dft))(Lawrence, James) (Entered: 11/22/2023) |

| 11/22/2023 | 13 | MOTION for extension of time *Unopposed for Defendants to File Responsive Pleadings and Setting a Briefing Schedule* filed by Karrie J. Clinkinbeard on behalf of eXp World Holdings, Inc.. Suggestions in opposition/response due by 12/6/2023 unless otherwise directed by the court. (Attorney Karrie J. Clinkinbeard added to party eXp World Holdings, Inc.(pty:dft))(Clinkinbeard, Karrie) (Entered: 11/22/2023) |
|---|---|---|
| 11/22/2023 | 14 | Motion to allow Karin Dryhurst to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8729610) filed by Hannah Smith on behalf of Howard Hanna Real Estate Services. (Attorney Hannah Smith added to party Howard Hanna Real Estate Services(pty:dft))(Smith, Hannah) (Entered: 11/22/2023) |
| 11/22/2023 | 15 | Motion to allow David Z. Gringer to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8729636) filed by Hannah Smith on behalf of Howard Hanna Real Estate Services. (Smith, Hannah) (Entered: 11/22/2023) |
| 11/22/2023 | 16 | Motion to allow Emily Barnet to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8729638) filed by Hannah Smith on behalf of Howard Hanna Real Estate Services. (Smith, Hannah) (Entered: 11/22/2023) |
| 11/22/2023 | 17 | Motion to allow Seth P. Waxman to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8729641) filed by Hannah Smith on behalf of Howard Hanna Real Estate Services. (Attachments: # 1 US District Court Admissions)(Smith, Hannah) (Entered: 11/22/2023) |
| 11/27/2023 | 18 | Before the Court is Defendants' Unopposed Motion for Order Extending Time for Defendants to File Responsive Pleadings and Setting a Briefing Schedule. (Doc. #13.) Upon review, the motion is GRANTED. It is hereby ORDERED that: (1) Defendants shall file a responsive pleading to Plaintiff's Complaint on or before January 18, 2024; (2) Plaintiffs shall file their opposition brief on or before February 15, 2024; and (3) Defendants shall file their reply brief on or before March 14, 2024. Signed on 11/27/23 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 11/27/2023) |
| 11/27/2023 | 19 | ORDER granting 14 , 15 , 16 & 17 motion to appear pro hac vice entered by Clerk of Court. Attorney Karin Dryhurst, David Z. Gringer, Emily Barnet and Seth P. Waxman for Howard Hanna Real Estate Services allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 11/27/2023) |
| 11/28/2023 | 20 | Motion to allow Timothy R. Beyer to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8733644) filed by James Dale Lawrence on behalf of United Real Estate. (Lawrence, James) (Entered: 11/28/2023) |
| 11/29/2023 | 21 | ORDER granting 20 motion to appear pro hac vice entered by Clerk of Court. Attorney Timothy R. Beyer for United Real Estate allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. |

| | | |
|---|---|---|
| | | Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at <u>PACER</u>. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Lock, Tania) (Entered: 11/29/2023) |
| 11/29/2023 | <u>22</u> | Motion to allow Lindsay Sklar Johnson to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8735256) filed by James Dale Lawrence on behalf of United Real Estate. (Lawrence, James) (Entered: 11/29/2023) |
| 11/29/2023 | 23 | ORDER granting <u>22</u> motion to appear pro hac vice entered by Clerk of Court. Attorney Lindsay Sklar Johnson for United Real Estate allowed to appear pro hac vice. <span style="color:red">This entry will serve as authorization for the pro hac participation by the attorney.</span><br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at <u>PACER</u>. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Lock, Tania) (Entered: 11/29/2023) |
| 11/29/2023 | <u>24</u> | NOTICE of appearance by Karrie J. Clinkinbeard on behalf of eXp World Holdings, Inc. (Clinkinbeard, Karrie) (Entered: 11/29/2023) |
| 11/30/2023 | <u>25</u> | NOTICE of appearance by Emilee Hargis on behalf of United Real Estate (Attorney Emilee Hargis added to party United Real Estate(pty:dft))(Hargis, Emilee) (Entered: 11/30/2023) |
| 11/30/2023 | <u>26</u> | Motion to allow Stephen P. Siegel to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8738656) filed by Karrie J. Clinkinbeard on behalf of eXp World Holdings, Inc.. (Clinkinbeard, Karrie) (Entered: 11/30/2023) |
| 12/01/2023 | 27 | ORDER granting <u>26</u> motion to appear pro hac vice entered by Clerk of Court. Attorney Stephen J. Siegel for eXp World Holdings, Inc. allowed to appear pro hac vice. <span style="color:red">This entry will serve as authorization for the pro hac participation by the attorney.</span><br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at <u>PACER</u>. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Warren, Melissa) (Entered: 12/01/2023) |
| 12/01/2023 | <u>28</u> | NOTICE of appearance by Daniel Patrick Johnson on behalf of Douglas Elliman, Inc. (Attorney Daniel Patrick Johnson added to party Douglas Elliman, Inc.(pty:dft))(Johnson, Daniel) (Entered: 12/01/2023) |
| 12/01/2023 | <u>29</u> | NOTICE of appearance by Trina R Ricketts on behalf of Douglas Elliman, Inc. (Attorney Trina R Ricketts added to party Douglas Elliman, Inc.(pty:dft))(Ricketts, Trina) (Entered: 12/01/2023) |
| 12/01/2023 | <u>30</u> | |

| | | |
|---|---|---|
| | | Motion to allow Marc E. Kasowitz to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8740363) filed by Daniel Patrick Johnson on behalf of Douglas Elliman, Inc.. (Johnson, Daniel) (Entered: 12/01/2023) |
| 12/01/2023 | 31 | Motion to allow Kenneth R. David to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8740378) filed by Daniel Patrick Johnson on behalf of Douglas Elliman, Inc.. (Johnson, Daniel) (Entered: 12/01/2023) |
| 12/01/2023 | 32 | Motion to allow Hector Torres to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8740399) filed by Daniel Patrick Johnson on behalf of Douglas Elliman, Inc.. (Johnson, Daniel) (Entered: 12/01/2023) |
| 12/01/2023 | 33 | Motion to allow Constantine "Dean" Z. Pamphilis to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8740414) filed by Daniel Patrick Johnson on behalf of Douglas Elliman, Inc.. (Johnson, Daniel) (Entered: 12/01/2023) |
| 12/04/2023 | 34 | ORDER granting 30 , 31 , 32 , & 33 motions to appear pro hac vice entered by Clerk of Court. Attorneys Hector Torres, Constantine "Dean" Z. Pamphilis, Kenneth R. David and Marc E. Kasowitz for Douglas Elliman, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER.  This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 12/04/2023) |
| 12/04/2023 | 35 | Motion to allow Francis X. Riley, III to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8742847) filed by Karrie J. Clinkinbeard on behalf of eXp World Holdings, Inc.. (Clinkinbeard, Karrie) (Entered: 12/04/2023) |
| 12/05/2023 | 36 | ORDER granting 35 motion to appear pro hac vice entered by Clerk of Court. Attorney Francis X. Riley for eXp World Holdings, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER.  This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 12/05/2023) |
| 12/07/2023 | 37 | Motion to allow Julie Johnson−Ahlen to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8748217) filed by Karrie J. Clinkinbeard on behalf of eXp World Holdings, Inc.. (Clinkinbeard, Karrie) (Entered: 12/07/2023) |
| 12/08/2023 | 38 | ORDER granting 37 motion to appear pro hac vice entered by Clerk of Court. Attorney Julie Johnston−Ahlen for eXp World Holdings, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. |

| | | Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 12/08/2023) |
|---|---|---|
| 12/12/2023 | <u>39</u> | NOTICE of appearance by Daniel Sasse on behalf of Compass, Inc. (Attorney Daniel Sasse added to party Compass, Inc.(pty:dft))(Sasse, Daniel) (Entered: 12/12/2023) |
| 12/12/2023 | <u>40</u> | DISCLOSURE OF CORPORATE INTERESTS filed by Daniel Sasse on behalf of Defendant Compass, Inc..(Sasse, Daniel) (Entered: 12/12/2023) |
| 12/12/2023 | <u>41</u> | Motion to allow Chahira Solh to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8756066) filed by Daniel Sasse on behalf of Compass, Inc.. (Sasse, Daniel) (Entered: 12/12/2023) |
| 12/12/2023 | <u>42</u> | Motion to allow Eric Fanchiang to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8756108) filed by Daniel Sasse on behalf of Compass, Inc.. (Sasse, Daniel) (Entered: 12/12/2023) |
| 12/13/2023 | 43 | ORDER granting <u>41</u> & <u>42</u> motions to appear pro hac vice entered by Clerk of Court. Attorney Chahira Solh and attorney Eric Fanchiang for Compass, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. <br><br> Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 12/13/2023) |
| 12/13/2023 | <u>44</u> | DISCLOSURE OF CORPORATE INTERESTS *PURSUANT TO F.R.C.P 7.1 AND LOCAL RULE 7.1* filed by Karrie J. Clinkinbeard on behalf of Defendant eXp World Holdings, Inc..(Clinkinbeard, Karrie) (Entered: 12/13/2023) |
| 12/13/2023 | <u>45</u> | DISCLOSURE OF CORPORATE INTERESTS filed by Daniel Johnson on behalf of Defendant Douglas Elliman, Inc..(Attorney Daniel Johnson added to party Douglas Elliman, Inc.(pty:dft))(Johnson,Daniel) Modified on 12/14/2023 at the request of counsel to correct name only. NEF regenerated to all parties. (Kern, Kendra) (Entered: 12/13/2023) |
| 12/13/2023 | <u>46</u> | NOTICE of appearance by Marc E. Kasowitz on behalf of Douglas Elliman, Inc. (Kasowitz, Marc) (Entered: 12/13/2023) |
| 12/13/2023 | <u>47</u> | NOTICE of appearance by Kenneth R. David on behalf of Douglas Elliman, Inc. (David, Kenneth) (Entered: 12/13/2023) |
| 12/13/2023 | <u>48</u> | NOTICE of appearance by Hector Torres on behalf of Douglas Elliman, Inc. (Torres, Hector) (Entered: 12/13/2023) |
| 12/14/2023 | <u>49</u> | NOTICE of appearance by Constantine Z. Pamphilis on behalf of Douglas Elliman, Inc. (Pamphilis, Constantine) (Entered: 12/14/2023) |
| 12/15/2023 | <u>50</u> | |

| | | NOTICE of appearance by William D. Beil on behalf of Weichert Realtors (Attorney William D. Beil added to party Weichert Realtors(pty:dft))(Beil, William) (Entered: 12/15/2023) |
|---|---|---|
| 12/15/2023 | 51 | DISCLOSURE OF CORPORATE INTERESTS *of Weichert Real Estate Affiliates, Inc., d/b/a Weichert, Realtors'* filed by William D. Beil on behalf of Defendant Weichert Realtors.(Beil, William) (Entered: 12/15/2023) |
| 12/15/2023 | 52 | Motion to allow Dylan I. Ballard to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8761763) filed by William D. Beil on behalf of Weichert Realtors. (Beil, William) (Entered: 12/15/2023) |
| 12/15/2023 | 53 | Motion to allow Adam L. Hudes to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8761814) filed by William D. Beil on behalf of Weichert Realtors. (Beil, William) (Entered: 12/15/2023) |
| 12/15/2023 | 54 | Motion to allow Stephen M. Medlock to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8761836) filed by William D. Beil on behalf of Weichert Realtors. (Beil, William) (Entered: 12/15/2023) |
| 12/15/2023 | 55 | Motion to allow Michael W. Scarborough to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8761844) filed by William D. Beil on behalf of Weichert Realtors. (Beil, William) (Entered: 12/15/2023) |
| 12/18/2023 | 56 | ORDER granting 52 , 53 , 54 & 55 motion to appear pro hac vice entered by Clerk of Court. Attorney Dylan I. Ballard, Adam L. Hudes, Stephen M. Medlock and Michael W. Scarborough for Weichert Realtors allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 12/18/2023) |
| 12/18/2023 | 57 | NOTICE of appearance by Michael Scarborough on behalf of Weichert Realtors (Scarborough, Michael) (Entered: 12/18/2023) |
| 12/18/2023 | 58 | NOTICE of appearance by Dylan Ballard on behalf of Weichert Realtors (Ballard, Dylan) (Entered: 12/18/2023) |
| 12/18/2023 | 59 | NOTICE of appearance by Stephen M. Medlock on behalf of Weichert Realtors (Medlock, Stephen) (Entered: 12/18/2023) |
| 12/19/2023 | 60 | NOTICE of appearance by Adam Hudes on behalf of Weichert Realtors (Hudes, Adam) (Entered: 12/19/2023) |
| 12/21/2023 | 61 | DISCLOSURE OF CORPORATE INTERESTS filed by Emilee Hargis on behalf of Defendant United Real Estate.(Hargis, Emilee) (Entered: 12/21/2023) |
| 12/27/2023 | 62 | MOTION to stay filed by Ethan Glass on behalf of National Association of Realtors. Suggestions in opposition/response due by 1/10/2024 unless otherwise directed by the court. (Glass, Ethan) (Entered: 12/27/2023) |
| 12/29/2023 | 63 | |

| Date | # | Description |
|---|---|---|
| | | NOTICE of appearance by Brian J. Madden on behalf of Redfin Corporation (Attorney Brian J. Madden added to party Redfin Corporation(pty:dft))(Madden, Brian) (Entered: 12/29/2023) |
| 12/29/2023 | 64 | MOTION to join *[EXP WORLD HOLDINGS, INC., REDFIN CORPORATION, WEICHERT REALTORS, UNITED REAL ESTATE, HOWARD HANNA REAL ESTATE, AND DOUGLAS ELLIMAN, INC.'S JOINDER IN NATIONAL ASSOCIATION OF REALTORS' MOTION TO STAY]* filed by Karrie J. Clinkinbeard on behalf of Compass, Inc., Douglas Elliman, Inc., Howard Hanna Real Estate Services, Redfin Corporation, United Real Estate, Weichert Realtors, eXp World Holdings, Inc.. Suggestions in opposition/response due by 1/12/2024 unless otherwise directed by the court. (Clinkinbeard, Karrie) (Entered: 12/29/2023) |
| 01/02/2024 | 65 | Before the Court is Defendants eXp World Holdings, Inc.; Redfin Corporation; Weichert Realtors; United Real Estate; Howard Hanna Real Estate; and Douglas Elliman, Inc.'s Motion to Join in the National Association of Realtor's Motion to Stay. (Doc. #64.) For good cause shown, the motion is GRANTED. Signed on 1/2/24 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 01/02/2024) |
| 01/02/2024 | 66 | SUGGESTIONS in opposition re 62 MOTION to stay filed by Jeremy M. Suhr on behalf of Plaintiffs Lauren Criss, Don Gibson, John Meiners. Reply suggestions due by 1/16/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1–Partial Transcript, # 2 Exhibit 2–JPML Filings)(Related document(s) 62 ) (Suhr, Jeremy) (Entered: 01/02/2024) |
| 01/10/2024 | 67 | DISCLOSURE OF CORPORATE INTERESTS filed by Brian J. Madden on behalf of Defendant Redfin Corporation.(Madden, Brian) (Entered: 01/10/2024) |
| 01/10/2024 | 68 | Motion to allow Bryon P. Becker to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8799189) filed by Brian J. Madden on behalf of Redfin Corporation. (Madden, Brian) Modified on 1/10/2024 to correct attorney name (Houston, Kiambu). (Entered: 01/10/2024) |
| 01/10/2024 | 69 | Motion to allow Karen L. Dunn to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8799202) filed by Brian J. Madden on behalf of Redfin Corporation. (Madden, Brian) (Entered: 01/10/2024) |
| 01/10/2024 | 70 | Motion to allow Martha Goodman to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8799208) filed by Brian J. Madden on behalf of Redfin Corporation. (Madden, Brian) (Entered: 01/10/2024) |
| 01/10/2024 | 71 | Motion to allow Eyitayo St. Matthew–Daniel to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8799214) filed by Brian J. Madden on behalf of Redfin Corporation. (Madden, Brian) (Entered: 01/10/2024) |
| 01/10/2024 | 72 | Motion to allow William A. Isaacson to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8799222) filed by Brian J. Madden on behalf of Redfin Corporation. (Madden, Brian) (Entered: 01/10/2024) |
| 01/10/2024 | 73 | DISCLOSURE OF CORPORATE INTERESTS filed by Robert T. Adams on behalf of Defendant Howard Hanna Real Estate Services.(Attorney Robert T. Adams added to party Howard Hanna Real Estate Services(pty:dft))(Adams, Robert) (Entered: 01/10/2024) |
| 01/11/2024 | 74 | |

| | | ORDER granting 68 , 69 , 70 , 71 , and 72 motion to appear pro hac vice entered by Clerk of Court. Attorney Bryon P. Becker, Karen L. Dunn, Martha Goodman, Eyitayo St. Matthew–Daniel, and William A. Isaacson for Redfin Corporation allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.

Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 01/11/2024) |
|---|---|---|
| 01/16/2024 | 75 | REPLY SUGGESTIONS to motion re 62 MOTION to stay filed by Ethan Glass on behalf of Defendant National Association of Realtors. (Related document(s) 62 ) (Glass, Ethan) (Entered: 01/16/2024) |
| 01/16/2024 | 76 | Joint MOTION for extension of time *for Defendants to Respond to Complaint to January 25, 2024* filed by Daniel Sasse on behalf of Compass, Inc.. Suggestions in opposition/response due by 1/30/2024 unless otherwise directed by the court. (Sasse, Daniel) (Entered: 01/16/2024) |
| 01/17/2024 | 77 | Before the Court is a Joint Motion for Order Extending Time for Defendants to Respond to the Complaint. (Doc. #76.) Upon good cause shown, the motion is GRANTED. Defendants shall file answers or otherwise respond to the complaint on or before January 25, 2024, Plaintiffs shall file an opposition brief, if necessary, on or before February 22, 2024, and Defendants shall file replies, if necessary, on or before March 21, 2024. Signed on 1/17/24 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 01/17/2024) |
| 01/17/2024 | 78 | ORDER denying 62 motion to stay. Signed on 1/17/24 by District Judge Stephen R. Bough. (Diefenbach, Tracy) (Entered: 01/17/2024) |
| 01/17/2024 | 79 | NOTICE of voluntary dismissal by Lauren Criss, Don Gibson, John Meiners (Dirks, Eric) (Entered: 01/17/2024) |
| 01/17/2024 | 80 | Before the Court is a Notice of Voluntary Dismissal. (Doc. #79.) Upon review, the dismissal is GRANTED. It is hereby ORDERED that Plaintiffs' claims against Howard Hanna Real Estate Services are DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorney's fees. Signed on 1/17/24 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 01/17/2024) |
| 01/19/2024 | 81 | NOTICE of appearance by Michael Anthony Williams on behalf of Lauren Criss, Don Gibson, John Meiners (Attorney Michael Anthony Williams added to party Lauren Criss(pty:pla), Attorney Michael Anthony Williams added to party Don Gibson(pty:pla), Attorney Michael Anthony Williams added to party John Meiners(pty:pla))(Williams, Michael) (Entered: 01/19/2024) |
| 01/23/2024 | 82 | Motion to allow Elizabeth C. Wolicki to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8821900) filed by Karrie J. Clinkinbeard on behalf of eXp World Holdings, Inc.. (Clinkinbeard, Karrie) (Entered: 01/23/2024) |
| 01/24/2024 | 83 | |

| | | |
|---|---|---|
| | | ORDER granting <u>82</u> motion to appear pro hac vice entered by Clerk of Court. Attorney Elizabeth C. Wolicki for eXp World Holdings, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 01/24/2024) |
| 01/24/2024 | <u>84</u> | Joint MOTION for order For a Coordinated Scheduling Order filed by Daniel Sasse on behalf of Compass, Inc.. Suggestions in opposition/response due by 2/7/2024 unless otherwise directed by the court. (Sasse, Daniel) (Entered: 01/24/2024) |
| 01/25/2024 | 85 | Before the Court is a Joint Motion for a Coordinated Scheduling Order. (Doc. #84.) For good cause stated, the motion is GRANTED. It is hereby ORDERED that:<br><br>(1) All Defendants' responsive pleadings to the complaint are due on or before February 26, 2024;<br><br>(2) Plaintiffs' opposition briefs, if necessary, are due on or before March 25, 2024;<br><br>(3) Defendants' reply briefs, if necessary, are due on or before April 22, 2024;<br><br>(4) The parties shall hold a joint conference in accordance with Federal Rule of Civil Procedure 26 the week of February 12, 2024;<br><br>(5) The parties may serve discovery requests after the Rule 26 conference, but responses to those discovery requests are not due until thirty (30) days after the JPML rules on Plaintiffs' Motion to Transfer; and<br><br>(6) The parties shall exchange initial disclosures in accordance with Rule 26 fourteen (14) days after the JPML rules on Plaintiffs Motion to Transfer.<br><br>This order does not limit Defendants' rights to enforce arbitration agreements later in the litigation.<br><br>Signed on 1/25/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Murphy−Carr, Shauna) (Entered: 01/25/2024) |
| 02/01/2024 | <u>86</u> | Motion to allow Andrew D. Campbell to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8841783) filed by Karrie J. Clinkinbeard on behalf of eXp World Holdings, Inc.. (Clinkinbeard, Karrie) (Entered: 02/01/2024) |
| 02/02/2024 | 87 | ORDER granting <u>86</u> motion to appear pro hac vice entered by Clerk of Court. Attorney Andrew D. Campbell for eXp World Holdings, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to |

| | | |
|---|---|---|
| | | immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 02/02/2024) |
| 02/22/2024 | 88 | Motion to allow J. Michael Wilson to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8878102) filed by Daniel Patrick Johnson on behalf of Douglas Elliman, Inc.. (Johnson, Daniel) (Entered: 02/22/2024) |
| 02/23/2024 | 89 | ORDER granting <u>88</u> motion to appear pro hac vice entered by Clerk of Court. Attorney J. Michael Wilson for Douglas Elliman, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 02/23/2024) |
| 02/23/2024 | 90 | Amended DISCLOSURE OF CORPORATE INTERESTS filed by Emilee Hargis on behalf of Defendant United Real Estate.(Hargis, Emilee) (Entered: 02/23/2024) |
| 02/23/2024 | 91 | NOTICE of appearance by Tyson H. Ketchum on behalf of eXp World Holdings, Inc. (Attorney Tyson H. Ketchum added to party eXp World Holdings, Inc.(pty:dft))(Ketchum, Tyson) (Entered: 02/23/2024) |
| 02/23/2024 | 92 | NOTICE of appearance by Tyson H. Ketchum on behalf of eXp World Holdings, Inc. (Ketchum, Tyson) (Entered: 02/23/2024) |
| 02/23/2024 | 93 | NOTICE of appearance by Michael Wilson on behalf of Douglas Elliman, Inc. (Wilson, Michael) (Entered: 02/23/2024) |
| 02/23/2024 | 94 | MOTION for leave to file excess pages filed by Brian J. Madden on behalf of Redfin Corporation. Suggestions in opposition/response due by 3/8/2024 unless otherwise directed by the court. (Madden, Brian) (Entered: 02/23/2024) |
| 02/23/2024 | 95 | Before the Court is Defendant Redfin Corporation's Unopposed Motion for Leave to Exceed Page Limit. (Doc. #94.) Upon review, the motion is GRANTED. Accordingly, it is hereby ORDERED that Defendant Redfin Corporation may file their suggestions in support of its motion to dismiss not exceeding twenty−five (25) pages. Signed on 2/23/24 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 02/23/2024) |
| 02/23/2024 | 96 | Joint MOTION for leave to file *excess pages* filed by Daniel Sasse on behalf of Compass, Inc.. Suggestions in opposition/response due by 3/8/2024 unless otherwise directed by the court. (Sasse, Daniel) (Entered: 02/23/2024) |
| 02/26/2024 | 97 | Before the Court is Certain Defendants' Unopposed Joint Motion for Leave to Exceed Page Limit. (Doc. #96.) For good cause shown, the motion is GRANTED. Certain Defendants' Joint Motion to Dismiss shall not exceed thirty−five (35) pages. Signed on 2/26/24 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 02/26/2024) |
| 02/26/2024 | 98 | |

| | | |
|---|---|---|
| | | Motion to allow Sarah M. Topol to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8883134) filed by Alexander Barrett on behalf of National Association of Realtors. (Barrett, Alexander) (Entered: 02/26/2024) |
| 02/26/2024 | 99 | Motion to allow Georgina Inglis to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8883145) filed by Alexander Barrett on behalf of National Association of Realtors. (Barrett, Alexander) (Entered: 02/26/2024) |
| 02/26/2024 | 100 | ORDER granting 98 & 99 motions to appear pro hac vice entered by Clerk of Court. Attorneys Georgina Inglis and Sarah M. Topol for National Association of Realtors allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. <br><br> Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 02/26/2024) |
| 02/26/2024 | 101 | MOTION to dismiss for lack of jurisdiction *and improper venue* filed by Marc E. Kasowitz on behalf of Douglas Elliman, Inc.. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Kasowitz, Marc) (Entered: 02/26/2024) |
| 02/26/2024 | 102 | SUGGESTIONS in support re 101 MOTION to dismiss for lack of jurisdiction *and improper venue* filed by Marc E. Kasowitz on behalf of Defendant Douglas Elliman, Inc.. (Attachments: # 1 Exhibit A – Declaration of James Bryant Kirkland III)(Related document(s) 101 ) (Kasowitz, Marc) (Entered: 02/26/2024) |
| 02/26/2024 | 103 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by James Dale Lawrence on behalf of United Real Estate. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Lawrence, James) (Entered: 02/26/2024) |
| 02/26/2024 | 104 | SUGGESTIONS in support re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by James Dale Lawrence on behalf of Defendant United Real Estate. (Related document(s) 103 ) (Lawrence, James) (Entered: 02/26/2024) |
| 02/26/2024 | 105 | MOTION to strike *Class Allegations to Protect Arbitration and Class Action Waiver Rights* filed by James Dale Lawrence on behalf of United Real Estate. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Lawrence, James) (Entered: 02/26/2024) |
| 02/26/2024 | 106 | SUGGESTIONS in support re 105 MOTION to strike *Class Allegations to Protect Arbitration and Class Action Waiver Rights* filed by James Dale Lawrence on behalf of Defendant United Real Estate. (Attachments: # 1 Affidavit, # 2 Exhibit A)(Related document(s) 105 ) (Lawrence, James) (Entered: 02/26/2024) |
| 02/26/2024 | 107 | MOTION to dismiss for lack of jurisdiction filed by Dylan Ballard on behalf of Weichert Realtors. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Ballard, Dylan) (Entered: 02/26/2024) |
| 02/26/2024 | 108 | SUGGESTIONS in support re 107 MOTION to dismiss for lack of jurisdiction filed by Dylan Ballard on behalf of Defendant Weichert Realtors. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Affidavit of William A. Scavone, # 2 Exhibit 1)(Related document(s) 107 ) (Ballard, Dylan) (Entered: 02/26/2024) |
| 02/26/2024 | 109 | MOTION to strike *Defendant EXP World Holdings, Inc's Rule 12(f) Motion to Strike Class Allegations as to Arbitrating Class Members* filed by Stephen Siegel on behalf of eXp World Holdings, Inc.. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Siegel, Stephen) (Entered: 02/26/2024) |
| 02/26/2024 | 110 | SUGGESTIONS in support re 109 MOTION to strike *Defendant EXP World Holdings, Inc's Rule 12(f) Motion to Strike Class Allegations as to Arbitrating Class Members Defendant EXP World Holdings, Inc.'s Suggestions in Support of its Separate Rule 12(f) Motion to Strike Class Allegations as to Arbitrating Class Members* filed by Stephen Siegel on behalf of Defendant eXp World Holdings, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit)(Related document(s) 109 ) (Siegel, Stephen) (Entered: 02/26/2024) |
| 02/26/2024 | 111 | MOTION to dismiss case filed by Stephen Siegel on behalf of eXp World Holdings, Inc. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Siegel, Stephen) **Modified on 2/27/2024:** Docket text changed to reflect document title at request of filing counsel. NEF regenerated. (Melvin, Greg) (Entered: 02/26/2024) |
| 02/26/2024 | 112 | SUGGESTIONS in support re 111 MOTION to dismiss case *Defendant EXP World Holdings, Inc.'s Suggestions in Support of its Separate Rule 12(b)(6) Motion to Dismiss Defendant EXP World Holdings, Inc.'s Suggestions in Support of its Separate Rule 12(b)(6) Motion to Dismiss* filed by Stephen Siegel on behalf of Defendant eXp World Holdings, Inc.. (Related document(s) 111 ) (Siegel, Stephen) (Entered: 02/26/2024) |
| 02/26/2024 | 113 | MOTION to strike *Class Allegations as to Arbitrating Class Members* filed by Daniel Sasse on behalf of Compass, Inc.. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Sasse, Daniel) (Entered: 02/26/2024) |
| 02/26/2024 | 114 | SUGGESTIONS in support re 113 MOTION to strike *Class Allegations as to Arbitrating Class Members* filed by Daniel Sasse on behalf of Defendant Compass, Inc.. (Attachments: # 1 Affidavit of Chahira Solh, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Related document(s) 113 ) (Sasse, Daniel) (Entered: 02/26/2024) |
| 02/26/2024 | 115 | Amended MOTION to dismiss for lack of jurisdiction *and Improper Venue* filed by Marc E. Kasowitz on behalf of Douglas Elliman, Inc.. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Kasowitz, Marc) (Entered: 02/26/2024) |
| 02/26/2024 | 116 | MOTION to dismiss for lack of jurisdiction *and improper venue* filed by Daniel Sasse on behalf of Compass, Inc.. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Sasse, Daniel) (Entered: 02/26/2024) |
| 02/26/2024 | 117 | MOTION to dismiss case filed by Eyitayo St. Matthew–Daniel on behalf of Redfin Corporation. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (St. Matthew–Daniel, Eyitayo) (Entered: 02/26/2024) |

| 02/26/2024 | 118 | SUGGESTIONS in support re 116 MOTION to dismiss for lack of jurisdiction *and improper venue* filed by Daniel Sasse on behalf of Defendant Compass, Inc.. (Attachments: # 1 Affidavit of Kristy Hairston, # 2 Affidavit of Eduard Monteagudo, # 3 Exhibit A to Monteagudo Declaration)(Related document(s) 116 ) (Sasse, Daniel) (Entered: 02/26/2024) |
|---|---|---|
| 02/26/2024 | 119 | SUGGESTIONS in support re 117 MOTION to dismiss case filed by Eyitayo St. Matthew–Daniel on behalf of Defendant Redfin Corporation. (Related document(s) 117 ) (St. Matthew–Daniel, Eyitayo) Modified on 2/27/2024 main document 119 replaced to correct fling oversight. NEF regenerated to all parties.(Kern, Kendra) (Entered: 02/26/2024) |
| 02/26/2024 | 120 | Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Daniel Sasse on behalf of Compass, Inc.. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Sasse, Daniel) (Entered: 02/26/2024) |
| 02/26/2024 | 121 | SUGGESTIONS in support re 120 Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Daniel Sasse on behalf of Defendant Compass, Inc.. (Related document(s) 120 ) (Sasse, Daniel) (Entered: 02/26/2024) |
| 02/26/2024 | 122 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Ethan Glass on behalf of National Association of Realtors. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Glass, Ethan) (Entered: 02/26/2024) |
| 02/26/2024 | 123 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to strike *Class Allegations Pursuant To Rules 12(F) And 23(D)(1)(D)* filed by Marc E. Kasowitz on behalf of Douglas Elliman, Inc.. Suggestions in opposition/response due by 3/11/2024 unless otherwise directed by the court. (Kasowitz, Marc) (Entered: 02/26/2024) |
| 02/26/2024 | 124 | SUGGESTIONS in support re 123 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to strike *Class Allegations Pursuant To Rules 12(F) And 23(D)(1)(D)* filed by Marc E. Kasowitz on behalf of Defendant Douglas Elliman, Inc.. (Attachments: # 1 Declaration Of Martha Pomares, # 2 Exhibit A)(Related document(s) 123 ) (Kasowitz, Marc) (Entered: 02/26/2024) |
| 02/26/2024 | 125 | SUGGESTIONS in support re 122 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Ethan Glass on behalf of Defendant National Association of Realtors. (Attachments: # 1 Inglis Declaration, # 2 Inglis Decl. Exhibit A, # 3 Inglis Decl. Exhibit B, # 4 Appendix A)(Related document(s) 122 ) (Glass, Ethan) (Entered: 02/26/2024) |
| 02/27/2024 | 126 | Motion to allow Michael A. Gehret to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8886680) filed by Tyson H. Ketchum on behalf of eXp World Holdings, Inc.. (Ketchum, Tyson) (Entered: 02/27/2024) |
| 02/28/2024 | 127 | ORDER granting 126 motion to appear pro hac vice entered by Clerk of Court. Attorney Michael A Gehret for eXp World Holdings, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to |

| | | |
|---|---|---|
| | | immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 02/28/2024) |
| 03/01/2024 | <u>128</u> | Consent MOTION for extension of time *to File Parties' Proposed Scheduling Order* filed by Ethan Glass on behalf of National Association of Realtors. Suggestions in opposition/response due by 3/15/2024 unless otherwise directed by the court. (Glass, Ethan) (Entered: 03/01/2024) |
| 03/04/2024 | 129 | Before the Court is an Unopposed Motion for an Extension of Time to File Parties' Proposed Scheduling Order. (Doc. #128.) For good cause shown, the motion is GRANTED. The parties shall submit a proposed scheduling order on or before March 12, 2024. Signed on 3/4/24 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 03/04/2024) |
| 03/04/2024 | <u>130</u> | AMENDED COMPLAINT against Compass, Inc., Douglas Elliman, Inc., National Association of Realtors, Redfin Corporation, United Real Estate, Weichert Realtors, eXp World Holdings, Inc., Berkshire Hathaway Energy Company filed by Eric L. Dirks on behalf of John Meiners, Lauren Criss, Don Gibson.(Dirks, Eric) (Entered: 03/04/2024) |
| 03/04/2024 | | SUMMONS ISSUED as to Berkshire Hathaway Energy Company. (Woods, Gloria) (Entered: 03/04/2024) |
| 03/12/2024 | <u>131</u> | Consent MOTION for extension of time *to file Parties' Proposed Scheduling Order* filed by Daniel Sasse on behalf of Compass, Inc.. Suggestions in opposition/response due by 3/26/2024 unless otherwise directed by the court. (Sasse, Daniel) (Entered: 03/12/2024) |
| 03/13/2024 | 132 | Before the Court is a Joint Motion for an Extension of Time to File Parties' Proposed Scheduling Order. (Doc. #131.) For good cause shown, the motion is GRANTED. The parties shall submit a proposed scheduling order on or before March 15, 2024. Signed on 3/13/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Murphy–Carr, Shauna) (Entered: 03/13/2024) |
| 03/15/2024 | 133 | Joint PROPOSED SCHEDULING ORDER by Compass, Inc.. (Sasse, Daniel) (Entered: 03/15/2024) |
| 03/18/2024 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 3/15/2024 as Document No. 133, Proposed Scheduling Order. The document has been deleted per Administrative Procedures wherein it is stated proposed scheduling orders should not contain a signature line for the presiding judge. The proposed scheduling order should include the electronic signature of both the filing and opposing counsel. This is a text entry only – no document is attached. (Crocker, Susan) (Entered: 03/18/2024) |
| 03/18/2024 | <u>134</u> | Joint PROPOSED SCHEDULING ORDER *(Corrected)* by Compass, Inc.. (Sasse, Daniel) (Entered: 03/18/2024) |
| 03/22/2024 | <u>135</u> | NOTICE of settlement *Notice of Pending Settlement and Joint Motion to Stay Case as to Defendant Compass, Inc.* by Compass, Inc. (Sasse, Daniel) (Entered: 03/22/2024) |
| 03/22/2024 | <u>136</u> | |

| | | |
|---|---|---|
| | | NOTICE of settlement *NOTICE OF PENDING SETTLEMENT AND JOINT MOTION TO STAY CASE AS TO DEFENDANT NATIONAL ASSOCIATION OF REALTORS* by National Association of Realtors (Glass, Ethan) (Entered: 03/22/2024) |
| 03/25/2024 | 137 | Before the Court is a Notice of Pending Settlement and Joint Motion to Stay Case as to Compass, Inc. (Doc. # 135 .) Accordingly, the deadlines and proceedings in this case as they pertain to Compass, Inc. are hereby STAYED. Signed on 03/25/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 03/25/2024) |
| 03/25/2024 | 138 | Before the Court is a Notice of Pending Settlement and Joint Motion to Stay Case as to Defendant National Association of Realtors. (Doc. # 136 .) Accordingly, the deadlines and proceedings in this case as they pertain to Defendant National Association of Realtors are hereby STAYED. Signed on 03/25/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 03/25/2024) |
| 03/25/2024 | 139 | NOTICE of appearance by Jeffrey J. Simon on behalf of Berkshire Hathaway Energy Company (Attorney Jeffrey J. Simon added to party Berkshire Hathaway Energy Company(pty:dft))(Simon, Jeffrey) (Entered: 03/25/2024) |
| 03/25/2024 | 140 | DISCLOSURE OF CORPORATE INTERESTS filed by Jeffrey J. Simon on behalf of Defendant Berkshire Hathaway Energy Company.(Simon, Jeffrey) (Entered: 03/25/2024) |
| 03/25/2024 | 141 | MOTION for extension of time to file answer re 130 Amended Complaint, *Unopposed Motion to Extend BHE's Deadline to Answer, Move to Dismiss, or Otherwise Respond to Plaintiffs' Amended Complaint* filed by Taylor Brooke Concannon Hausmann on behalf of Berkshire Hathaway Energy Company. Suggestions in opposition/response due by 4/8/2024 unless otherwise directed by the court. (Related document(s) 130 ) (Attorney Taylor Brooke Concannon Hausmann added to party Berkshire Hathaway Energy Company(pty:dft))(Concannon Hausmann, Taylor) (Entered: 03/25/2024) |
| 03/25/2024 | 142 | Before the Court is an Unopposed Motion to Extend Berkshire Hathaway Energy Companys Deadline to Answer, Move to Dismiss, or Otherwise Respond to Plaintiffs' Amended Complaint. (Doc. # 141 .) For good cause shown, the motion is GRANTED. Defendant Berkshire Hathaway Energy Company may answer or otherwise respond to Plaintiffs' Amended Complaint on or before May 6, 2024. Signed on 03/25/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 03/25/2024) |
| 03/26/2024 | 143 | Plaintiffs filed an Amended Complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B). (Doc. # 130 .) Consequently, Defendants' Motions to Dismiss and Strike (Doc. # 101 ; Doc. # 103 ; Doc. # 105 ; Doc. # 107 ; Doc. # 109 ; Doc. # 111 ; Doc. # 113 ; Doc. # 115 ; Doc. # 116 ; Doc. # 117 ; Doc. # 120 ; Doc. # 122 ; Doc. # 123 ) are DENIED AS MOOT and WITHOUT PREJUDICE. Signed on 03/26/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 03/26/2024) |
| 04/19/2024 | 144 | Consent MOTION to consolidate cases *Gibson, No. 23−cv−788 and Umpa, No. 23−cv−0945*, Consent MOTION for leave to file *Consolidated Amended Class Action Complaint* filed by Brandon J.B. Boulware on behalf of All Plaintiffs. Suggestions in opposition/response due by 5/3/2024 unless otherwise directed by the |

| | | |
|---|---|---|
| | | court. (Attachments: # 1 Exhibit Proposed Consolidated Amended Class Action Complaint)(Boulware, Brandon) (Entered: 04/19/2024) |
| 04/23/2024 | 145 | Before the Court is Plaintiffs' Unopposed Motion to Consolidate and for Leave to File Consolidated Amended Class Action Complaint. (Doc. # 144 .) Upon review, the motion is GRANTED. Signed on 4/23/24 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 04/23/2024) |
| 04/23/2024 | 146 | AMENDED COMPLAINT *[Consolidated Class Action Complaint]* against Berkshire Hathaway Energy Company, Compass, Inc., Douglas Elliman, Inc., National Association of Realtors, Redfin Corporation, Weichert Realtors, eXp World Holdings, Inc., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc., Keller Williams Realty, Inc., Five D I, LLC, Hanna Holdings, Inc., Douglas Elliman Realty, LLC, At World Properties, LLC, The Real Brokerage, Inc., Real Broker, LLC, Realty ONE Group, Inc., HomeSmart International, LLC, Engel & Volkers, Engel & Volkers Americas, Inc., NextHome, Inc., EXIT Realty Corp. International, EXIT Realty Corp. USA, Windermere Real Estate Services Company, Inc., Lyon Real Estate, William Raveis Real Estate, Inc., John L. Scott Real Estate Affiliates, Inc., The Keyes Company, Illustrated Properties, LLC, Parks Pilkerton Village Real Estate, Crye–Leike Real Estate Services, Baird & Warner Real Estate, Inc., Real Estate One Family of Companies, LoKation Real Estate LLC, eXp Realty, LLC filed by Brandon J.B. Boulware on behalf of All Plaintiffs.(Boulware, Brandon) (Entered: 04/23/2024) |
| 04/23/2024 | 147 | NOTICE of settlement *Notice of Pending Settlement and Joint Motion to Stay as to Defendant Realty One Group, Inc.* by Realty ONE Group, Inc. (Caseria, Leo) (Entered: 04/23/2024) |
| 04/24/2024 | 148 | Before the Court is a Notice of Pending Settlement and Joint Motion to Stay Case as to Realty One Group, Inc. (Doc. # 147 .) Accordingly, the deadlines and proceedings in this case as they pertain to Defendant Realty One Group, Inc. are hereby STAYED. Signed on 4/24/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 04/24/2024) |
| 04/24/2024 | 149 | NOTICE of settlement *Notice of Pending Settlement and Joint Motion to Stay Case as to Defendant At World Properties, LLC* by All Plaintiffs (Braun, Robert) (Entered: 04/24/2024) |
| 04/24/2024 | 150 | Before the Court is a Notice of Pending Settlement and Joint Motion to Stay Case as to At World Properties, LLC. (Doc. # 149 .) Accordingly, the deadlines and proceedings in this case as they pertain to Defendant At World Properties, LLC are hereby STAYED. Signed on 4/24/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 04/24/2024) |
| 04/25/2024 | | SUMMONS ISSUED as to Baird & Warner Real Estate, Inc., Crye–Leike Real Estate Services, EXIT Realty Corp. International, EXIT Realty Corp. USA, Engel & Volkers, Illustrated Properties, LLC, John L. Scott Real Estate Affiliates, Inc., LoKation Real Estate LLC, Lyon Real Estate, NextHome, Inc., Parks Pilkerton Village Real Estate, Real Estate One Family of Companies, The Keyes Company, William Raveis Real Estate, Inc., Windermere Real Estate Services Company, Inc.. (Woods, Gloria) (Entered: 04/25/2024) |
| 04/26/2024 | 151 | NOTICE of settlement *Notice of Pending Settlement and Joint Motion to Stay Case as to the HomeServices Defendant* by All Plaintiffs (Braun, Robert) (Entered: |

| | | |
|---|---|---|
| | | 04/26/2024) |
| 04/26/2024 | <u>152</u> | Motion to allow Anna R. Gressel to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8981587) filed by Taylor Brooke Concannon Hausmann on behalf of Berkshire Hathaway Energy Company. (Concannon Hausmann, Taylor) (Entered: 04/26/2024) |
| 04/26/2024 | <u>153</u> | Motion to allow Andrew G. Gordon to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8981604) filed by Taylor Brooke Concannon Hausmann on behalf of Berkshire Hathaway Energy Company. (Concannon Hausmann, Taylor) (Entered: 04/26/2024) |
| 04/26/2024 | <u>154</u> | Motion to allow Katherine B. Forrest to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8981615) filed by Taylor Brooke Concannon Hausmann on behalf of Berkshire Hathaway Energy Company. (Concannon Hausmann, Taylor) (Entered: 04/26/2024) |
| 04/26/2024 | 155 | ORDER granting <u>152</u> , <u>153</u> , and <u>154</u> motion to appear pro hac vice entered by Clerk of Court. Attorney Anna R. Gressel, Andrew Gordon, and Katherine B. Forrest for Berkshire Hathaway Energy Company allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. <br><br> Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 04/26/2024) |
| 04/26/2024 | <u>156</u> | MOTION to appoint counsel *Plaintiffs' Motion for Appointment of Interim Co−Lead Class Counsel* filed by Beatrice Franklin on behalf of Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. Suggestions in opposition/response due by 5/10/2024 unless otherwise directed by the court. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F)(Attorney Beatrice Franklin added to party Lauren Criss(pty:pla), Attorney Beatrice Franklin added to party Don Gibson(pty:pla), Attorney Beatrice Franklin added to party John Meiners(pty:pla), Attorney Beatrice Franklin added to party Daniel Umpa(pty:pla))(Franklin, Beatrice) (Entered: 04/26/2024) |
| 04/29/2024 | <u>157</u> | NOTICE of settlement */Notice of Pending Settlement and Joint Motion to Stay Case as to Douglas Elliman Inc. and Douglas Elliman Realty, LLC* by Douglas Elliman Realty, LLC, Douglas Elliman, Inc. (Kasowitz, Marc) (Entered: 04/29/2024) |
| 04/29/2024 | 158 | Before the Court is a Notice of Pending Settlement and Joint Motion to Stay Case as to the HomeServices Defendants. (Doc. # <u>151</u> .) Accordingly, the deadlines and proceedings in this case as they pertain to the HomeServices Defendants are hereby STAYED. Signed on 4/29/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 04/29/2024) |
| 04/29/2024 | 159 | Before the Court is a Notice of Pending Settlement and Joint Motion to Stay Case as to Defendants Douglas Elliman Inc. and Douglas Elliman Realty, LLC. (Doc. # <u>157</u> .) Accordingly, the deadlines and proceedings in this case as they pertain to the Defendants Douglas Elliman Inc. and Douglas Elliman Realty, LLC are hereby STAYED. Signed on 4/29/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 04/29/2024) |

| | | |
|---|---|---|
| 04/29/2024 | 160 | MOTION for leave to file excess pages filed by Steve W. Berman on behalf of Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. Suggestions in opposition/response due by 5/13/2024 unless otherwise directed by the court. (Attorney Steve W. Berman added to party Lauren Criss(pty:pla), Attorney Steve W. Berman added to party Don Gibson(pty:pla), Attorney Steve W. Berman added to party John Meiners(pty:pla), Attorney Steve W. Berman added to party Daniel Umpa(pty:pla))(Berman, Steve) (Entered: 04/29/2024) |
| 04/29/2024 | 161 | MOTION for order Plaintiffs Motion and Suggestions in Support of Motion for Preliminary Approval of Settlements With Compass, Real Brokerage, Realty ONE, @properties, and Douglas Elliman; Certification of Settlement Classes; and Appointment of Class Representatives and Settlement Class Counsel filed by Steve W. Berman on behalf of Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. Suggestions in opposition/response due by 5/13/2024 unless otherwise directed by the court. (Attachments: # 1 Declaration of Steve W. Berman, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Declaration of Eric L. Dirks, # 8 Declaration of Jennifer M. Keough)(Berman, Steve) (Entered: 04/29/2024) |
| 04/30/2024 | 162 | Before the Court is Plaintiffs' Motion for Leave to File Excess Pages. (Doc. # 160 .) Upon review, the motion is GRANTED. Accordingly, it is hereby ORDERED that Plaintiffs may file their suggestions in support of their motion for preliminary approval of settlements not exceeding thirty–five (35) pages. Signed on 4/30/2024 by District Judge Stephen R. Bough. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Peters, Tracey) (Entered: 04/30/2024) |
| 04/30/2024 | 163 | Before the Court is 161 Plaintiffs' Motion for Preliminary Approval of Settlements with the following five Defendant families: Compass, Inc., The Real Brokerage, Inc. and Real Broker, LLC, Realty ONE Group, Inc., At World Properties LLC, and Douglas Elliman Inc. and Douglas Elliman Realty, LLC. Upon review, the Motion is GRANTED. Signed on 4/30/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 04/30/2024) |
| 05/01/2024 | 164 | MOTION for order Court to set deadlines re 146 Amended Complaint,,,, *Certain Defendants' Unopposed Motion To Set Initial Dates* filed by Tyson H. Ketchum on behalf of Berkshire Hathaway Energy Company, Five D I, LLC, Hanna Holdings, Inc., HomeSmart International, LLC, Redfin Corporation, Weichert Realtors, eXp Realty, LLC, eXp World Holdings, Inc.. Suggestions in opposition/response due by 5/15/2024 unless otherwise directed by the court. (Related document(s) 146 ) (Attorney Tyson H. Ketchum added to party Berkshire Hathaway Energy Company(pty:dft), Attorney Tyson H. Ketchum added to party Five D I, LLC(pty:dft), Attorney Tyson H. Ketchum added to party Hanna Holdings, Inc.(pty:dft), Attorney Tyson H. Ketchum added to party HomeSmart International, LLC(pty:dft), Attorney Tyson H. Ketchum added to party Redfin Corporation(pty:dft), Attorney Tyson H. Ketchum added to party Weichert Realtors(pty:dft))(Ketchum, Tyson) (Entered: 05/01/2024) |
| 05/06/2024 | 165 | Before the Court is Certain Defendants' Unopposed Motion to Set Initial Dates. (Doc. # 164 .) For good cause shown, the motion is GRANTED. Signed on 5/6/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 05/06/2024) |
| 05/06/2024 | 166 | NOTICE of settlement *(Notice of Pending Settlement and Joint Motion to Stay Case as to Defendant Redfin Corporation)* by Redfin Corporation (St. Matthew–Daniel, Eyitayo) (Entered: 05/06/2024) |

| 05/07/2024 | 167 | Before the Court is a Notice of Pending Settlement and Joint Motion to Stay Case as to Defendant Redfin Corporation. (Doc. # 166 .) Accordingly, the deadlines and proceedings in this case as they pertain to the Defendant Redfin Corporation are hereby STAYED. Signed on 5/6/2027 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 05/07/2024) |
|---|---|---|
| 05/10/2024 | 168 | Motion to allow Yotam Barkai to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9006361) filed by Taylor Brooke Concannon Hausmann on behalf of Berkshire Hathaway Energy Company. (Concannon Hausmann, Taylor) (Entered: 05/10/2024) |
| 05/10/2024 | 169 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Engel & Volkers Americas, Inc. served on 4/29/2024, answer due 5/20/2024. (Braun, Robert) (Entered: 05/10/2024) |
| 05/10/2024 | 170 | RETURN OF SERVICE of complaint executed by All Plaintiffs. EXIT Realty Corp. International served on 5/2/2024, answer due 5/23/2024. (Braun, Robert) (Entered: 05/10/2024) |
| 05/10/2024 | 171 | RETURN OF SERVICE of complaint executed by All Plaintiffs. EXIT Realty Corp. USA served on 4/29/2024, answer due 5/20/2024. (Braun, Robert) (Entered: 05/10/2024) |
| 05/10/2024 | 172 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Lyon Real Estate served on 4/29/2024, answer due 5/20/2024. (Braun, Robert) (Entered: 05/10/2024) |
| 05/10/2024 | 173 | RETURN OF SERVICE of complaint executed by All Plaintiffs. William Raveis Real Estate, Inc. served on 4/30/2024, answer due 5/21/2024. (Braun, Robert) (Entered: 05/10/2024) |
| 05/10/2024 | 174 | RETURN OF SERVICE of complaint executed by All Plaintiffs. John L. Scott Real Estate Affiliates, Inc. served on 4/30/2024, answer due 5/21/2024. (Braun, Robert) (Entered: 05/10/2024) |
| 05/10/2024 | 175 | RETURN OF SERVICE of complaint executed by All Plaintiffs. The Keyes Company served on 4/30/2024, answer due 5/21/2024. (Braun, Robert) (Entered: 05/10/2024) |
| 05/10/2024 | 176 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Illustrated Properties, LLC served on 4/30/2024, answer due 5/21/2024. (Braun, Robert) (Entered: 05/10/2024) |
| 05/10/2024 | 177 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Baird & Warner Real Estate, Inc. served on 5/1/2024, answer due 5/22/2024. (Braun, Robert) (Entered: 05/10/2024) |
| 05/10/2024 | 178 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Real Estate One Family of Companies served on 4/29/2024, answer due 5/20/2024. (Braun, Robert) (Entered: 05/10/2024) |
| 05/13/2024 | 179 | ORDER granting 168 motion to appear pro hac vice entered by Clerk of Court. Attorney Yotam Barkai for Berkshire Hathaway Energy Company allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. |

| | | |
|---|---|---|
| | | Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 05/13/2024) |
| 05/14/2024 | 180 | Before the Court is Plaintiffs' Motion for Appointment of Interim Co−Lead Class Counsel (Doc. # 156 .) After reviewing the relevant factors pursuant to Federal Rule of Civil Procedure 23(g) and without opposition from Defendants, the motion is GRANTED. Signed on 5/14/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 05/14/2024) |
| 05/14/2024 | 181 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Cameron N. Regnery on behalf of Defendant HomeSmart International, LLC.(Regnery, Cameron) (Entered: 05/14/2024) |
| 05/14/2024 | 182 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Emilee Hargis on behalf of Defendants Five D I, LLC, United Real Estate.(Attorney Emilee Hargis added to party Five D I, LLC(pty:dft))(Hargis, Emilee) (Entered: 05/14/2024) |
| 05/14/2024 | 183 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Taylor Brooke Concannon Hausmann on behalf of Defendant Berkshire Hathaway Energy Company.(Concannon Hausmann, Taylor) (Entered: 05/14/2024) |
| 05/14/2024 | 184 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by David Gringer on behalf of Defendant Hanna Holdings, Inc..(Gringer, David) (Entered: 05/14/2024) |
| 05/14/2024 | 185 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Dylan Ballard on behalf of Defendant Weichert Realtors.(Ballard, Dylan) (Entered: 05/14/2024) |
| 05/14/2024 | 186 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Julie Johnston−Ahlen on behalf of Defendants eXp Realty, LLC, eXp World Holdings, Inc..(Johnston−Ahlen, Julie) (Entered: 05/14/2024) |
| 05/14/2024 | 187 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Eric L. Dirks on behalf of Plaintiffs Lauren Criss, Don Gibson, John Meiners, Daniel Umpa.(Attorney Eric L. Dirks added to party Daniel Umpa(pty:pla))(Dirks, Eric) (Entered: 05/14/2024) |
| 05/17/2024 | 188 | NOTICE of appearance by Lauren E. Tucker McCubbin on behalf of Engel & Volkers Americas, Inc. (Attorney Lauren E. Tucker McCubbin added to party Engel & Volkers Americas, Inc.(pty:dft))(McCubbin, Lauren) (Entered: 05/17/2024) |
| 05/17/2024 | 189 | DISCLOSURE OF CORPORATE INTERESTS filed by Lauren E. Tucker McCubbin on behalf of Defendant Engel & Volkers Americas, Inc..(McCubbin, Lauren) (Entered: 05/17/2024) |
| 05/20/2024 | 190 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Crye−Leike Real Estate Services served on 4/30/2024, answer due 5/21/2024. (Braun, Robert) (Entered: 05/20/2024) |
| 05/20/2024 | 191 | |

| | | |
|---|---|---|
| | | RETURN OF SERVICE of complaint executed by All Plaintiffs. LoKation Real Estate LLC served on 5/1/2024, answer due 5/22/2024. (Braun, Robert) (Entered: 05/20/2024) |
| 05/20/2024 | 192 | RETURN OF SERVICE of complaint executed by All Plaintiffs. NextHome, Inc. served on 4/30/2024, answer due 5/21/2024. (Braun, Robert) (Entered: 05/20/2024) |
| 05/20/2024 | 193 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Parks Pilkerton Village Real Estate served on 4/30/2024, answer due 5/21/2024. (Braun, Robert) (Entered: 05/20/2024) |
| 05/20/2024 | 194 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Windermere Real Estate Services Company, Inc. served on 4/30/2024, answer due 5/21/2024. (Braun, Robert) (Entered: 05/20/2024) |
| 05/21/2024 | 195 | Motion to withdraw as attorney *Notice of Withdrawal of Counsel* by Realty ONE Group, Inc. Suggestions in Opposition/Response Deadline 6/4/2024. The following deadlines will apply unless otherwise directed by the court. (Saghir, Anne) Modified on 5/22/2024 to correct filing event and set deadlines. NEF regenerated to all parties. (Kern, Kendra) (Entered: 05/21/2024) |
| 05/21/2024 | 196 | Motion to withdraw as attorney *Amended Notice of Withdrawal of Counsel* by Realty ONE Group, Inc. Suggestions in Opposition/Response Deadline 6/4/2024. The following deadlines will apply unless otherwise directed by the court. (Saghir, Anne) Modified on 5/22/2024 to correct filing event and set deadlines. NEF regenerated to all parties. (Kern, Kendra) (Entered: 05/21/2024) |
| 05/21/2024 | | Set/Reset Deadlines as to 195 MOTION to withdraw as attorney, 196 MOTION to withdraw as attorney. Suggestions in opposition/response due by 6/4/2024 unless otherwise directed by the court. (Kern, Kendra) (Entered: 05/22/2024) |
| 05/22/2024 | 197 | Before the Court is Attorney Anne L. Saghir's Amended Notice of Withdrawal. (Doc. # 196 .) For good cause shown, Attorney Anne L. Saghir is hereby WITHDRAWN as counsel for Defendant Realty ONE Group, Inc. Realty ONE Group, Inc. shall continue to be represented by its other counsel of record. Signed on 5/21/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 05/22/2024) |
| 05/22/2024 | 198 | NOTICE of appearance by John L. Mullen on behalf of LoKation Real Estate LLC (Attorney John L. Mullen added to party LoKation Real Estate LLC(pty:dft))(Mullen, John) (Entered: 05/22/2024) |
| 05/22/2024 | 199 | MOTION for extension of time to file response/reply filed by John L. Mullen on behalf of LoKation Real Estate LLC. Suggestions in opposition/response due by 6/5/2024 unless otherwise directed by the court. (Mullen, John) (Entered: 05/22/2024) |
| 05/22/2024 | 200 | Consent MOTION for extension of time to file response/reply filed by John L. Mullen on behalf of LoKation Real Estate LLC. Suggestions in opposition/response due by 6/5/2024 unless otherwise directed by the court. (Mullen, John) (Entered: 05/22/2024) |
| 05/23/2024 | 201 | Before the Court is Defendant Lokation Real Estate, LLC's Consent Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint. (Doc. # 200 .) For good cause shown, the motion is GRANTED. Defendant Lokation Real Estate, LLC's response to Plaintiffs' Amended Complaint shall be due on or before July 1, 2024. It |

| | | |
|---|---|---|
| | | is further ORDERED that Defendant Lokation Real Estate, LLC's Motion for Extension of Time to Respond to Plaintiffs' Complaint (Doc. # 199 ) is DENIED AS MOOT. Signed on 5/23/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 05/23/2024) |
| 05/23/2024 | 202 | NOTICE of appearance by Phillip James Richard Zeeck on behalf of Engel & Volkers Americas, Inc. (Zeeck, Phillip) (Entered: 05/23/2024) |
| 05/28/2024 | 203 | NOTICE of settlement *Notice of Pending Settlement and Joint Motion to Stay Case as to Defendant Parks Pilkerton Village Real Estate* by Lauren Criss, Don Gibson, John Meiners, Daniel Umpa (Berman, Steve) (Entered: 05/28/2024) |
| 05/28/2024 | 204 | Before the Court is a Notice of Pending Settlement and Joint Motion to Stay Case as to Defendant Parks Pilkerton Village Real Estate. (Doc. # 203 .) Accordingly, the deadlines and proceedings in this case as they pertain to Defendant Parks Pilkerton Village Real Estate are hereby STAYED. Signed on 5/28/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 05/28/2024) |
| 05/30/2024 | 205 | MOTION to withdraw as attorney filed by Erin D Lawrence on behalf of All Plaintiffs. Suggestions in opposition/response due by 6/13/2024 unless otherwise directed by the court. (Lawrence, Erin) (Entered: 05/30/2024) |
| 05/30/2024 | 206 | Before the Court is a Motion to Withdraw as Counsel for Plaintiffs. (Doc. # 205 .) For good cause shown, Attorney Erin Lawrence is hereby WITHDRAWN as counsel for Plaintiffs. Plaintiffs shall continue to be represented by their other counsel of record. Signed on 5/30/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 05/30/2024) |
| 05/30/2024 | 207 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Berkshire Hathaway Energy Company served on 3/6/2024, answer due 5/6/2024. (Dirks, Eric) (Entered: 05/30/2024) |
| 05/30/2024 | 208 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Compass, Inc. served on 11/3/2023, answer due 11/24/2023. (Dirks, Eric) (Entered: 05/30/2024) |
| 05/30/2024 | 209 | RETURN OF SERVICE of complaint executed by Lauren Criss, Don Gibson, John Meiners. Douglas Elliman, Inc. served on 11/2/2023, answer due 11/23/2023. (Dirks, Eric) (Entered: 05/30/2024) |
| 05/30/2024 | 210 | RETURN OF SERVICE of complaint executed by Lauren Criss, Don Gibson, John Meiners. eXp World Holdings, Inc. served on 11/2/2023, answer due 11/23/2023. (Dirks, Eric) (Entered: 05/30/2024) |
| 05/30/2024 | 211 | RETURN OF SERVICE of complaint executed by Lauren Criss, Don Gibson, John Meiners. National Association of Realtors served on 11/2/2023, answer due 11/23/2023. (Dirks, Eric) (Entered: 05/30/2024) |
| 05/30/2024 | 212 | RETURN OF SERVICE of complaint executed by Lauren Criss, Don Gibson, John Meiners. Redfin Corporation served on 11/20/2023, answer due 12/11/2023. (Dirks, Eric) (Entered: 05/30/2024) |
| 05/30/2024 | 213 | RETURN OF SERVICE of complaint executed by Lauren Criss, Don Gibson, John Meiners. United Real Estate served on 11/2/2023, answer due 11/23/2023. (Dirks, Eric) (Entered: 05/30/2024) |

| 05/30/2024 | 214 | RETURN OF SERVICE of complaint executed by Lauren Criss, Don Gibson, John Meiners. Weichert Realtors served on 11/6/2023, answer due 11/27/2023. (Dirks, Eric) (Entered: 05/30/2024) |
|---|---|---|
| 05/30/2024 | 215 | Joint PROPOSED SCHEDULING ORDER by Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. (Aiken, Alexander) (Entered: 05/30/2024) |
| 06/01/2024 | 216 | NOTICE of change of address by Brandon J.B. Boulware (Boulware, Brandon) (Entered: 06/01/2024) |
| 06/03/2024 | 217 | NOTICE of appearance by Joseph C Blanton, Jr on behalf of Crye–Leike Real Estate Services (Attorney Joseph C Blanton, Jr added to party Crye–Leike Real Estate Services(pty:dft))(Blanton, Joseph) (Entered: 06/03/2024) |
| 06/03/2024 | 218 | NOTICE of appearance by Diedre A Peters on behalf of Crye–Leike Real Estate Services (Attorney Diedre A Peters added to party Crye–Leike Real Estate Services(pty:dft))(Peters, Diedre) (Entered: 06/03/2024) |
| 06/03/2024 | 219 | NOTICE of appearance by Mark D. Blanton on behalf of Crye–Leike Real Estate Services (Attorney Mark D. Blanton added to party Crye–Leike Real Estate Services(pty:dft))(Blanton, Mark) (Entered: 06/03/2024) |
| 06/03/2024 | 220 | NOTICE of appearance by Thomas W. Collins, III on behalf of Crye–Leike Real Estate Services (Attorney Thomas W. Collins, III added to party Crye–Leike Real Estate Services(pty:dft))(Collins, Thomas) (Entered: 06/03/2024) |
| 06/03/2024 | 221 | Motion to allow Shaun D. Hanschen to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9038877) filed by Diedre A Peters on behalf of Crye–Leike Real Estate Services. (Peters, Diedre) (Main Document 221 replaced on 6/3/2024 to reflect signatures) (Warren, Melissa). (Entered: 06/03/2024) |
| 06/03/2024 | 222 | ORDER granting 221 motion to appear pro hac vice entered by Clerk of Court. Attorney Shaune D. Hanschen for Crye–Leike Real Estate Services allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 06/03/2024) |
| 06/04/2024 | 223 | Motion to allow Kenneth W. Taber to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9040870) filed by Lauren E. Tucker McCubbin on behalf of Engel & Volkers Americas, Inc.. (McCubbin, Lauren) (Entered: 06/04/2024) |
| 06/04/2024 | 224 | ORDER granting 223 motion to appear pro hac vice entered by Clerk of Court. Attorney Kenneth W. Taber for Engel & Volkers Americas, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will |

| | | |
|---|---|---|
| | | enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 06/04/2024) |
| 06/06/2024 | <u>225</u> | Motion to allow Carl S. Burkhalter to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9045891) filed by Joseph C Blanton, Jr on behalf of Crye–Leike Real Estate Services. (Blanton, Joseph) (Entered: 06/06/2024) |
| 06/06/2024 | 226 | ORDER granting <u>225</u> motion to appear pro hac vice entered by Clerk of Court. Attorney Carl S. Burkhalter for Crye–Leike Real Estate Services allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 06/06/2024) |
| 06/07/2024 | <u>227</u> | MOTION for leave to file *Consolidated Amended Class Action Complaint and MOTION for leave to Amend Certain Summonses* filed by Robert A Braun on behalf of All Plaintiffs. Suggestions in opposition/response due by 6/21/2024 unless otherwise directed by the court. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Attorney Robert A Braun added to party Don Gibson(pty:pla); Attorney Robert A Braun added to party John Meiners(pty:pla))(Braun, Robert) (Entered: 06/07/2024) |
| 06/10/2024 | 229 | Before the Court is Plaintiffs' Motion for Leave to File their Consolidated Amended Class Action Complaint and Motion for Leave to Amend Certain Summonses. (Doc. # <u>227</u> .) As no party objects and leave should be freely given when justice so requires pursuant to Federal Rule of Civil Procedure 15(a)(2), the motion is GRANTED. Plaintiffs are directed to file their Consolidated Amended Class Action Complaint (Doc. #227–2) on or before June 14, 2024. Further, pursuant to Federal Rule of Civil Procedure 4(a)(2) and given that no party objects, Plaintiffs may amend their summons to correct the misnomers. Signed on 6/10/24 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 06/10/2024) |
| 06/10/2024 | 230 | **WITHDRAWN PER ORDER OF COURT ISSUED 6/11/2024.** Before the Court is Plaintiffs' Motion for Service on Defendant Engel & Vlkers GmbH (E&V) under Federal Rule of Civil Procedure 4(f)(3). (Doc. # 228 .) For the reasons stated in the attached order, the motion is GRANTED. Signed on 6/10/2024 by District Judge Stephen R. Bough. (Peters, Tracey) Modified on 6/12/2024 document removed from formal record per order of the Court. (Kern, Kendra) (Entered: 06/10/2024) |
| 06/11/2024 | 231 | Given that Defendants Engel & Volkers Americas, Inc. and Engel & Volkers GmbH have indicated that they intend to file a response to the Plaintiffs' Motion for Service on Defendant Engel & Volkers GmbH under Federal Rule of Civil Procedure 4(f)(3), the Court hereby withdraws its Order (Doc. # 230 ) on the motion. Signed on 6/10/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 06/11/2024) |
| 06/11/2024 | <u>232</u> | AMENDED COMPLAINT *Consolidated Amended Class Action Complaint* against At World Properties, LLC, BHH Affiliates, LLC, Baird & Warner Real Estate, Inc., |

| | | |
|---|---|---|
| | | Berkshire Hathaway Energy Company, Compass, Inc., Crye–Leike Real Estate Services, Douglas Elliman Realty, LLC, Douglas Elliman, Inc., EXIT Realty Corp. International, EXIT Realty Corp. USA, Engel & Volkers, Engel & Volkers Americas, Inc., Five D I, LLC, HSF Affiliates, LLC, Hanna Holdings, Inc., HomeServices of America, Inc., HomeSmart International, LLC, Illustrated Properties, LLC, John L. Scott Real Estate Affiliates, Inc., Keller Williams Realty, Inc., LoKation Real Estate LLC, Lyon Real Estate, National Association of Realtors, NextHome, Inc., Parks Pilkerton Village Real Estate, Real Broker, LLC, Real Estate One Family of Companies, Realty ONE Group, Inc., Redfin Corporation, The Keyes Company, The Long & Foster Companies, Inc., The Real Brokerage, Inc., Weichert Realtors, William Raveis Real Estate, Inc., Windermere Real Estate Services Company, Inc., eXp Realty, LLC, eXp World Holdings, Inc., Weichert Real Estate Affiliates, Inc., John L. Scott, Inc. filed by Robert A Braun on behalf of All Plaintiffs.(Braun, Robert) (Entered: 06/11/2024) |
| 06/11/2024 | | **AMENDED** SUMMONS ISSUED as to Crye–Leike, Inc., Real Estate One, Inc., The K Company Realty, LLC, Weichert Co., William L Lyon & Associates, Inc.. (Woods, Gloria) (Entered: 06/12/2024) |
| 06/12/2024 | 233 | Motion to allow Marcus Angelo Manos to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9054370) filed by Joseph C Blanton, Jr on behalf of Crye–Leike Real Estate Services. (Blanton, Joseph) (Entered: 06/12/2024) |
| 06/12/2024 | | SUMMONS ISSUED as to John L. Scott, Inc., Weichert Real Estate Affiliates, Inc.. (Woods, Gloria) (Entered: 06/12/2024) |
| 06/12/2024 | 234 | ORDER granting 233 motion to appear pro hac vice entered by Clerk of Court. Attorney Marcus A. Manos for Crye–Leike, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. <br><br> Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 06/12/2024) |
| 06/12/2024 | 235 | NOTICE of appearance by Thomas Butler Alleman on behalf of Real Estate One, Inc. (Attorney Thomas Butler Alleman added to party Real Estate One, Inc.(pty:dft))(Alleman, Thomas) (Entered: 06/12/2024) |
| 06/12/2024 | 236 | Motion to allow Howard B. Iwrey to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9056219) filed by Thomas Butler Alleman on behalf of Real Estate One, Inc.. (Alleman, Thomas) (Entered: 06/12/2024) |
| 06/12/2024 | 237 | Motion to allow Cody D. Rockey to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9056255) filed by Thomas Butler Alleman on behalf of Real Estate One, Inc.. (Alleman, Thomas) (Entered: 06/12/2024) |
| 06/12/2024 | 238 | DISCLOSURE OF CORPORATE INTERESTS filed by Thomas Butler Alleman on behalf of Defendant Real Estate One, Inc..(Alleman, Thomas) (Entered: 06/12/2024) |
| 06/13/2024 | 239 | Motion to allow Jonathan Vine to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9056788) filed by Christopher M. Harper on behalf of The K Company Realty, LLC. (Harper, Christopher) (Entered: 06/13/2024) |

| 06/13/2024 | 240 | Motion to allow Joshua Molina to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9056800) filed by Christopher M. Harper on behalf of The K Company Realty, LLC. (Harper, Christopher) (Entered: 06/13/2024) |
|---|---|---|
| 06/13/2024 | 241 | ORDER granting 236 & 237 motion to appear pro hac vice entered by Clerk of Court. Attorney Howard B. Iwrey and Cody D. Rockey for Real Estate One, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 06/13/2024) |
| 06/13/2024 | 242 | ORDER granting 239 & 240 motion to appear pro hac vice entered by Clerk of Court. Attorney Jonathan Vine and Joshua Molina for The K Company Realty, LLC allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 06/13/2024) |
| 06/17/2024 | 243 | NOTICE of appearance by Christopher Kaufman on behalf of William Raveis Real Estate, Inc. (Attorney Christopher Kaufman added to party William Raveis Real Estate, Inc.(pty:dft))(Kaufman, Christopher) (Entered: 06/17/2024) |
| 06/17/2024 | 244 | Motion to allow John M. Doroghazi to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9062249) filed by Christopher Kaufman on behalf of William Raveis Real Estate, Inc.. (Kaufman, Christopher) (Main Document 244 replaced due to clerical error on 6/17/2024 − NEF Regenerated) (Woods, Gloria). (Entered: 06/17/2024) |
| 06/17/2024 | 245 | Motion to allow Benjamin H. Diessel to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9062267) filed by Christopher Kaufman on behalf of William Raveis Real Estate, Inc.. (Kaufman, Christopher) (Entered: 06/17/2024) |
| 06/17/2024 | 246 | DISCLOSURE OF CORPORATE INTERESTS filed by Christopher Kaufman on behalf of Defendant William Raveis Real Estate, Inc..(Kaufman, Christopher) (Entered: 06/17/2024) |
| 06/18/2024 | 247 | ORDER granting 244 & 245 motion to appear pro hac vice entered by Clerk of Court. Attorney John M. Doroghazi and Benjamin H. Diessel for William Raveis Real Estate, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will |

| | | enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 06/18/2024) |
|---|---|---|
| 06/19/2024 | <u>248</u> | NOTICE of appearance by Lauren E. Tucker McCubbin on behalf of Engel & Vlkers GmbH (Attorney Lauren E. Tucker McCubbin added to party Engel & Vlkers GmbH(pty:dft))(McCubbin, Lauren) (Entered: 06/19/2024) |
| 06/19/2024 | <u>249</u> | NOTICE of settlement *Notice of Pending Settlement and Joint Motion to Stay Case as to ENGEL & VOLKERS GMBH AND ENGEL & VOLKERS AMERICAS, INC.* by Lauren Criss, Don Gibson, John Meiners, Daniel Umpa (Braun, Robert) (Entered: 06/19/2024) |
| 06/20/2024 | 250 | Before the Court is a Notice of Pending Settlement and Joint Motion to Stay Case as to Defendants Engel & Volkers GmbH and Engel & Volkers Americas, Inc. (Doc. # <u>249</u> .) Accordingly, the deadlines and proceedings in this case as they pertain to Defendants Engel & Volkers GmbH and Engel & Volkers Americas, Inc. are hereby STAYED. Signed on 6/20/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 06/20/2024) |
| 06/20/2024 | <u>251</u> | NOTICE of appearance by Kenneth W. Taber on behalf of Engel & Vlkers GmbH (Attorney Kenneth W. Taber added to party Engel & Vlkers GmbH(pty:dft))(Taber, Kenneth) (Entered: 06/20/2024) |
| 06/20/2024 | <u>252</u> | RETURN OF SERVICE of complaint executed by All Plaintiffs. John L. Scott, Inc. served on 6/12/2024, answer due 7/3/2024. (Braun, Robert) (Entered: 06/20/2024) |
| 06/20/2024 | <u>253</u> | RETURN OF SERVICE of complaint executed by All Plaintiffs. Weichert Real Estate Affiliates, Inc. served on 6/13/2024, answer due 7/8/2024. (Braun, Robert) (Entered: 06/20/2024) |
| 06/20/2024 | 254 | Before the Court is Plaintiffs' Proposed Scheduling Order. (Doc. # <u>215</u> .) Given the parties agreement, the Court hereby ORDERS that: (1) motions to dismiss shall be due on or before July 15, 2024; and (2) requests for production shall be due on or before July 1, 2024. Signed on 6/20/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 06/20/2024) |
| 06/21/2024 | <u>255</u> | RETURN OF WAIVER OF SERVICE filed by Lauren Criss, Daniel Umpa, Don Gibson, John Meiners. Waiver sent to Engel & Vlkers GmbH on 6/13/2024, answer due 9/11/2024. (Braun, Robert) (Entered: 06/21/2024) |
| 06/21/2024 | <u>256</u> | NOTICE of filing *Notice of Withdrawal of Motion for Service on Defendant Engel & Vlkers GmbH Under Federal Rule of Civil Procedure 4(f)(3)* by Lauren Criss, Don Gibson, John Meiners, Daniel Umpa re 228 MOTION for order Plaintiffs Motion and Suggestions in Support of Motion for Service on Defendant Engel & Volkers GmbH Under Federal Rule of Civil Procedure 4(f)(3) (Braun, Robert) (Entered: 06/21/2024) |
| 06/24/2024 | 257 | Before the Court is Plaintiffs' Notice of Withdrawal of Motion for Service on Defendant Engel & Volkers GmbH Under Federal Rule of Civil Procedure 4(f)(3). (Doc. # <u>256</u> .) Plaintiffs voluntarily withdraw their motion. Accordingly, Plaintiffs' motion for service (Doc. # 228 ) is DENIED AS MOOT. Signed on 6/24/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 06/24/2024) |
| 06/24/2024 | <u>258</u> | |

| | | SCHEDULING ORDER: Pretrial Conference set for 10/7/2027 at 9:00 AM and Jury Trial set for 11/8/2027 at 8:30 AM in Courtroom 7B, Kansas City (SRB) before District Judge Stephen R. Bough. Signed on 6/24/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 06/24/2024) |
|---|---|---|
| 06/24/2024 | 259 | RULES OF TRIAL. Signed on 6/24/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 06/24/2024) |
| 06/24/2024 | 260 | Plaintiffs' requests for production shall be due on or before July 1, 2024. Defendants' requests for production shall be due on or before July 25, 2024. Signed on 6/24/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 06/24/2024) |
| 06/24/2024 | 261 | NOTICE of appearance by Arsenio Lenell Mims on behalf of Baird & Warner Real Estate, Inc. (Attorney Arsenio Lenell Mims added to party Baird & Warner Real Estate, Inc.(pty:dft))(Mims, Arsenio) (Entered: 06/24/2024) |
| 06/24/2024 | 262 | Motion to allow Michelle A. Mantine to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9072598) filed by Arsenio Lenell Mims on behalf of Baird & Warner Real Estate, Inc.. (Mims, Arsenio) (Entered: 06/24/2024) |
| 06/24/2024 | 263 | Motion to allow Michael Patrick Yingling to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9072600) filed by Arsenio Lenell Mims on behalf of Baird & Warner Real Estate, Inc.. (Mims, Arsenio) (Entered: 06/24/2024) |
| 06/25/2024 | 264 | ORDER granting 262 & 263 motion to appear pro hac vice entered by Clerk of Court. Attorney Michelle A. Mantine and Michael P. Yingling for Baird & Warner Real Estate, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER.  This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 06/25/2024) |
| 06/25/2024 | 265 | MOTION for electronic filing privileges filed by Hao Zhe Wang. Suggestions in opposition/response due by 7/9/2024 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Grube, Cheyenne) (Entered: 06/25/2024) |
| 06/26/2024 | 266 | Before the Court is Hao Zhe Wang's pro se motion to file documents electronically to potentially object to some of the settlements in this case. (Doc. # 265 .) For good cause shown, the motion is GRANTED. Signed on 6/26/2024 by District Judge Stephen R. Bough.<br><br>A copy of this order was mailed to: Hao Zhe Wang, PO Box 7075, New York, NY 10150. (Peters, Tracey) (Entered: 06/26/2024) |
| 06/26/2024 | 267 | NOTICE of appearance by James M Brodzik on behalf of EXIT Realty Corp. International, EXIT Realty Corp. USA (Attorney James M Brodzik added to party EXIT Realty Corp. International(pty:dft), Attorney James M Brodzik added to party EXIT Realty Corp. USA(pty:dft))(Brodzik, James) (Entered: 06/26/2024) |
| 06/26/2024 | 268 | |

| | | |
|---|---|---|
| | | DISCLOSURE OF CORPORATE INTERESTS filed by James M Brodzik on behalf of Defendant EXIT Realty Corp. International.(Brodzik, James) (Entered: 06/26/2024) |
| 06/26/2024 | <u>269</u> | DISCLOSURE OF CORPORATE INTERESTS filed by James M Brodzik on behalf of Defendant EXIT Realty Corp. USA.(Brodzik, James) (Entered: 06/26/2024) |
| 06/28/2024 | <u>270</u> | Motion to allow Alexandra H. Austin to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9079340) filed by Joseph C Blanton, Jr on behalf of Crye–Leike, Inc.. (Blanton, Joseph) (Entered: 06/28/2024) |
| 06/28/2024 | 271 | ORDER granting <u>270</u> motion to appear pro hac vice entered by Clerk of Court. Attorney Alexandra Harrington Austin for Crye–Leike, Inc. allowed to appear pro hac vice. <span style="color:red">This entry will serve as authorization for the pro hac participation by the attorney.</span><br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at <u>PACER</u>. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Warren, Melissa) (Entered: 06/28/2024) |
| 06/28/2024 | <u>272</u> | MOTION to stay filed by James M Brodzik on behalf of EXIT Realty Corp. International, EXIT Realty Corp. USA. Suggestions in opposition/response due by 7/12/2024 unless otherwise directed by the court. (Attachments: # <u>1</u> Exhibit Exhibit A)(Brodzik, James) (Entered: 06/28/2024) |
| 07/02/2024 | <u>273</u> | SUGGESTIONS in opposition re <u>272</u> MOTION to stay *Plaintiffs' Opposition to Exit Realty's Motion to Stay* filed by Eric L. Dirks on behalf of Plaintiffs Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. Reply suggestions due by 7/16/2024 unless otherwise directed by the court. (Related document(s) <u>272</u> ) (Dirks, Eric) (Entered: 07/02/2024) |
| 07/03/2024 | 274 | Before the Court is Defendants Exit Realty Corp. USA and Exit Realty Corp. Internationals (collectively Exit) Motion to Stay. (Doc. # <u>272</u> .) Exit argues that the Court should order a stay because they timely agreed to pursue mediation with Plaintiffs and there are upcoming responsive pleading deadlines. Plaintiffs argue that the Court should deny the motion because no settlement has been reached and a stay will only unnecessarily delay the litigation.<br><br>[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. Cottrell v. Duke, 737 F.3d 1238, 1248 (8th Cir. 2013). In considering whether a stay is appropriate, district courts must weigh the competing interests of the parties, including the potential of prejudice or hardship to either party as well as concerns of judicial economy. See Gould v. Farmers Ins. Exch., 326 F.R.D. 530, 531 (E.D. Mo. 2018).<br><br>After considering the parties arguments, the relevant factors, and the circumstances of this case, Exits motion is GRANTED for a period of thirty (30) days. Absent extraordinary circumstances, no further extension of the stay shall be granted.Signed on 7/3/2024 by District Judge Stephen R. Bough. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Sandusky, Karri) (Entered: 07/03/2024) |

| 07/08/2024 | 275 | Motion to allow David M. Schultz to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9089967) filed by James M Brodzik on behalf of EXIT Realty Corp. International, EXIT Realty Corp. USA. (Attachments: # 1 Supplement Attorney Admissions, # 2 Supplement Certificate of Good Standing)(Brodzik, James) (Entered: 07/08/2024) |
|---|---|---|
| 07/09/2024 | 276 | ORDER granting 275 motion to appear pro hac vice entered by Clerk of Court. Attorney David M. Schultz for EXIT Realty Corp. International and EXIT Realty Corp. USA allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. <br><br> Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 07/09/2024) |
| 07/09/2024 | 277 | MOTION for leave to file excess pages *for Motions to Dismiss and Motions to Strike* filed by David Gringer on behalf of Hanna Holdings, Inc.. Suggestions in opposition/response due by 7/23/2024 unless otherwise directed by the court. (Gringer, David) (Entered: 07/09/2024) |
| 07/09/2024 | 278 | MOTION to withdraw as attorney *Jay N. Varon* filed by Jennifer M. Keas on behalf of BHH Affiliates, LLC, HSF Affiliates, LLC, HomeServices of America, Inc., The Long & Foster Companies, Inc.. Suggestions in opposition/response due by 7/23/2024 unless otherwise directed by the court. (Keas, Jennifer) (Entered: 07/09/2024) |
| 07/09/2024 | 279 | Motion to allow David H. Bamberger to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9092791) filed by Stephen J. Torline on behalf of NextHome, Inc.. (Attorney Stephen J. Torline added to party NextHome, Inc.(pty:dft))(Torline, Stephen) (Entered: 07/09/2024) |
| 07/09/2024 | 280 | Motion to allow Julie G. Cooker to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9092807) filed by Stephen J. Torline on behalf of NextHome, Inc.. (Torline, Stephen) (Entered: 07/09/2024) |
| 07/09/2024 | 281 | Before the Court is Defendants' Unopposed Motion for Leave to Exceed Page Limit for Motions to Dismiss and Motions to Strike. (Doc. # 277 .) For good cause shown, the motion is GRANTED. Defendants joint suggestions in support of their motion to dismiss may not exceed 35 pages, and each moving Defendants motion to dismiss and/or motion to strike may not exceed 20 pages. Signed on 7/9/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 07/09/2024) |
| 07/09/2024 | 282 | Before the Court is a Motion to Withdraw Jay N. Varon as Counsel. (Doc. # 278 .) For good cause shown, Attorney Jay N. Varon is hereby WITHDRAWN as counsel for the HomeServices Defendants. The HomeServices Defendants shall continue to be represented by their other counsel of record. Signed on 7/9/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 07/09/2024) |
| 07/09/2024 | 283 | Motion to allow Michael F. Iasparro to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9093191) filed by James M Brodzik on behalf of EXIT Realty |

| | | Corp. International, EXIT Realty Corp. USA. (Attachments: # 1 Supplement Attorney Admissions, # 2 Supplement Certificates of Good Standing)(Brodzik, James) (Entered: 07/09/2024) |
|---|---|---|
| 07/10/2024 | 284 | ORDER granting 279 & 280 motion to appear pro hac vice entered by Clerk of Court. Attorney David H. Bamberger and Julie G. Cooker for NextHome, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 07/10/2024) |
| 07/10/2024 | 285 | ORDER granting 283 motion to appear pro hac vice entered by Clerk of Court. Attorney Michael F. Iasparro for EXIT Realty Corp. International and EXIT Realty Corp. USA allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 07/10/2024) |
| 07/10/2024 | 286 | NOTICE of appearance by Stephen J. Torline on behalf of NextHome, Inc. (Torline, Stephen) (Entered: 07/10/2024) |
| 07/10/2024 | 287 | NOTICE of appearance by Michael T. Crabb on behalf of NextHome, Inc. (Attorney Michael T. Crabb added to party NextHome, Inc.(pty:dft))(Crabb, Michael) (Entered: 07/10/2024) |
| 07/10/2024 | 288 | NOTICE of appearance by Daniel Meany on behalf of NextHome, Inc. (Attorney Daniel Meany added to party NextHome, Inc.(pty:dft))(Meany, Daniel) (Entered: 07/10/2024) |
| 07/10/2024 | 289 | MOTION to withdraw as attorney *[Michael A. Gehret − Notice of Withdrawal As Counsel for Defendants eXp World Holdings, Inc. and eXp Realty, LLC]* filed by Stephen Siegel on behalf of eXp Realty, LLC, eXp World Holdings, Inc.. Suggestions in opposition/response due by 7/24/2024 unless otherwise directed by the court. (Siegel, Stephen) (Entered: 07/10/2024) |
| 07/10/2024 | 290 | Before the Court is a Motion to Withdraw as Counsel for Defendants eXp World Holdings, Inc. and eXp Realty, LLC. (Doc. # 289 .) For good cause shown, Attorney Michael A. Gehret is hereby WITHDRAWN as counsel for Defendants eXp World Holdings, Inc. and eXp Realty, LLC. Defendants eXp World Holdings, Inc. and eXp Realty, LLC shall continue to be represented by their other counsel of record. Signed on 7/10/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 07/10/2024) |
| 07/10/2024 | 291 | DISCLOSURE OF CORPORATE INTERESTS filed by Stephen J. Torline on behalf of Defendant NextHome, Inc..(Torline, Stephen) (Entered: 07/10/2024) |

| 07/12/2024 | 292 | MOTION for order to Approve Form of Notices *Unopposed Motion to Approve Form of Notices* filed by Eric L. Dirks on behalf of All Plaintiffs. Suggestions in opposition/response due by 7/26/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Dirks, Eric) (Entered: 07/12/2024) |
|---|---|---|
| 07/12/2024 | 293 | Motion to allow Michael L. Sibarium to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9099217) filed by Lauren E. Tucker McCubbin on behalf of Engel & Vlkers GmbH, Engel & Volkers Americas, Inc.. (McCubbin, Lauren) (Entered: 07/12/2024) |
| 07/12/2024 | 294 | MOTION for order Plaintiffs' Motion and Suggestions in Support of Motion for Preliminary Approval of Settlements with Defendants Redfin and Engel & Volkers; Certification of Settlement Classes; and Appointment of Class Representatives and Settlement Class Counsel filed by Eric L. Dirks on behalf of All Plaintiffs. Suggestions in opposition/response due by 7/26/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1 Declaration of Steve Berman, # 2 Exhibit 2 Declaration of Eric Dirks)(Dirks, Eric) (Entered: 07/12/2024) |
| 07/15/2024 | 295 | ORDER granting 293 motion to appear pro hac vice entered by Clerk of Court. Attorney Michael L. Sibarium for Engel & Vlkers GmbH and Engel & Volkers Americas, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 07/15/2024) |
| 07/15/2024 | 296 | Before the Court is an Unopposed Motion to Approve Form of Notices. (Doc. # 292 .) Upon review, the motion is GRANTED. The content of the notices is approved. Signed on 7/15/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 07/15/2024) |
| 07/15/2024 | 297 | Before the Court is Plaintiffs' Motion for Preliminary Approval of Settlements (Doc. # 294 ) with Defendant Redfin Corporation (Redfin) and Defendants Engel & Vlkers GmbH and Engel & Vlkers Americas, Inc., and their affiliate Engel & Vlkers New York Real Estate LLC (together Engel & Vlkers) (together the Settling Defendants, and together with Plaintiffs, the Settling Parties). Upon review, the Motion is GRANTED. Signed on 7/15/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 07/15/2024) |
| 07/15/2024 | 298 | MOTION to dismiss for lack of jurisdiction filed by Christopher M. Harper on behalf of The K Company Realty, LLC. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Harper, Christopher) (Entered: 07/15/2024) |
| 07/15/2024 | 299 | SUGGESTIONS in support re 298 MOTION to dismiss for lack of jurisdiction filed by Christopher M. Harper on behalf of Defendant The K Company Realty, LLC. (Attachments: # 1 Affidavit Declaration of Nathan Klutznick)(Related document(s) 298 ) (Harper, Christopher) (Entered: 07/15/2024) |
| 07/15/2024 | 300 | |

| | | |
|---|---|---|
| | | MOTION to dismiss party *Real Estate One, Inc. for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim* filed by Howard B Iwrey on behalf of Real Estate One, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Iwrey, Howard) (Entered: 07/15/2024) |
| 07/15/2024 | 301 | SUGGESTIONS in support re 300 MOTION to dismiss party *Real Estate One, Inc. for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim* filed by Howard B Iwrey on behalf of Defendant Real Estate One, Inc.. (Attachments: # 1 Exhibit A –– Declaration of Kevin Dunivin)(Related document(s) 300 ) (Iwrey, Howard) (Entered: 07/15/2024) |
| 07/15/2024 | 302 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Stephen J. Torline on behalf of NextHome, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Torline, Stephen) (Entered: 07/15/2024) |
| 07/15/2024 | 303 | MOTION for order Plaintiffs' Unopposed Motion for Preliminary Approval of Settlements filed by Eric L. Dirks on behalf of All Plaintiffs. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1)(Dirks, Eric) (Entered: 07/15/2024) |
| 07/15/2024 | 304 | SUGGESTIONS in support re 302 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Stephen J. Torline on behalf of Defendant NextHome, Inc.. (Related document(s) 302 ) (Torline, Stephen) (Entered: 07/15/2024) |
| 07/15/2024 | 305 | MOTION to dismiss for lack of jurisdiction filed by Benjamin Diessel on behalf of William Raveis Real Estate, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Attachments: # 1 Suggestions in Support, # 2 Declaration of Daniel Farr)(Diessel, Benjamin) (Entered: 07/15/2024) |
| 07/15/2024 | 306 | MOTION to strike *Class Action Allegations* filed by Benjamin Diessel on behalf of William Raveis Real Estate, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Attachments: # 1 Suggestions in Support, # 2 Declaration of Elizabeth Bennett, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11)(Diessel, Benjamin) (Entered: 07/15/2024) |
| 07/15/2024 | 307 | NOTICE of settlement *and Joint Motion to Stay Case as to Defendant Five D I, LLC (dba United Real Estate)* by Five D I, LLC, United Real Estate (Lawrence, James) (Entered: 07/15/2024) |
| 07/15/2024 | 308 | MOTION to dismiss for lack of jurisdiction *or to transfer* filed by Seth P. Waxman on behalf of Hanna Holdings, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Waxman, Seth) (Entered: 07/15/2024) |
| 07/15/2024 | 309 | SUGGESTIONS in support re 308 MOTION to dismiss for lack of jurisdiction *or to transfer* filed by Seth P. Waxman on behalf of Defendant Hanna Holdings, Inc.. (Attachments: # 1 Declaration of Tracy Rossetti Delvaux)(Related document(s) 308 ) (Waxman, Seth) (Entered: 07/15/2024) |
| 07/15/2024 | 310 | DISCLOSURE OF CORPORATE INTERESTS *of Weichert Co.* filed by Dylan Ballard on behalf of Defendant Weichert Co..(Ballard, Dylan) (Entered: 07/15/2024) |
| 07/15/2024 | 311 | |

| | | |
|---|---|---|
| | | MOTION to dismiss for lack of jurisdiction filed by Dylan Ballard on behalf of Weichert Co.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Ballard, Dylan) (Entered: 07/15/2024) |
| 07/15/2024 | 312 | SUGGESTIONS in support re 311 MOTION to dismiss for lack of jurisdiction filed by Dylan Ballard on behalf of Defendant Weichert Co.. (Attachments: # 1 Affidavit Declaration of Aram Minnetian)(Related document(s) 311 ) (Ballard, Dylan) (Entered: 07/15/2024) |
| 07/15/2024 | 313 | MOTION to dismiss for lack of jurisdiction filed by Dylan Ballard on behalf of Weichert Real Estate Affiliates, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Attorney Dylan Ballard added to party Weichert Real Estate Affiliates, Inc.(pty:dft))(Ballard, Dylan) (Entered: 07/15/2024) |
| 07/15/2024 | 314 | SUGGESTIONS in support re 313 MOTION to dismiss for lack of jurisdiction filed by Dylan Ballard on behalf of Defendant Weichert Real Estate Affiliates, Inc.. (Attachments: # 1 Declaration of William A. Scavone, # 2 Exhibit 1)(Related document(s) 313 ) (Ballard, Dylan) (Entered: 07/15/2024) |
| 07/15/2024 | 315 | MOTION to dismiss for lack of jurisdiction *and improper venue* filed by Marcus Angelo Manos on behalf of Crye–Leike, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Manos, Marcus) (Entered: 07/15/2024) |
| 07/15/2024 | 316 | MOTION to dismiss for lack of jurisdiction filed by Jonathan Thomas Barton on behalf of John L. Scott Real Estate Affiliates, Inc., John L. Scott, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Attorney Jonathan Thomas Barton added to party John L. Scott Real Estate Affiliates, Inc.(pty:dft), Attorney Jonathan Thomas Barton added to party John L. Scott, Inc.(pty:dft))(Barton, Jonathan) (Entered: 07/15/2024) |
| 07/15/2024 | 317 | SUGGESTIONS in support re 315 MOTION to dismiss for lack of jurisdiction *and improper venue* filed by Marcus Angelo Manos on behalf of Defendant Crye–Leike, Inc.. (Attachments: # 1 Exhibit A – Declaration of Sherry Laemmle, # 2 Exhibit B – Declaration of Keith Sullivan, # 3 Exhibit C – Declaration of Robert B. Robinson)(Related document(s) 315 ) (Manos, Marcus) (Entered: 07/15/2024) |
| 07/15/2024 | 318 | SUGGESTIONS in support re 316 MOTION to dismiss for lack of jurisdiction filed by Jonathan Thomas Barton on behalf of Defendants John L. Scott Real Estate Affiliates, Inc., John L. Scott, Inc.. (Attachments: # 1 Affidavit J. Lennox Scott)(Related document(s) 316 ) (Barton, Jonathan) (Entered: 07/15/2024) |
| 07/15/2024 | 319 | MOTION to strike 232 Amended Complaint,,,, *Class Action Allegations as to Class Members who Waived the Right to Participate in a Class Action* filed by Marcus Angelo Manos on behalf of Crye–Leike, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Related document(s) 232 ) (Manos, Marcus) (Entered: 07/15/2024) |
| 07/15/2024 | 320 | SUGGESTIONS in support re 319 MOTION to strike 232 Amended Complaint,,,, *Class Action Allegations as to Class Members who Waived the Right to Participate in a Class Action* filed by Marcus Angelo Manos on behalf of Defendant Crye–Leike, Inc.. (Attachments: # 1 Exhibit A – Declaration of Julie Moss)(Related document(s) 319 ) (Manos, Marcus) (Entered: 07/15/2024) |

| | | |
|---|---|---|
| 07/15/2024 | 321 | Motion to allow Joby Celoza to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9102675) filed by Jonathan Thomas Barton on behalf of John L. Scott Real Estate Affiliates, Inc., John L. Scott, Inc.. (Barton, Jonathan) (Entered: 07/15/2024) |
| 07/15/2024 | 322 | Motion to allow Yoni Rosenzweig to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9102680) filed by Jonathan Thomas Barton on behalf of John L. Scott Real Estate Affiliates, Inc., John L. Scott, Inc.. (Barton, Jonathan) (Entered: 07/15/2024) |
| 07/15/2024 | 323 | MOTION to strike 232 Amended Complaint,,,, *[RULE 12(f) MOTION TO STRIKE CLASS ALLEGATIONS AS TO ARBITRATING CLASS MEMBERS]* filed by Stephen Siegel on behalf of eXp Realty, LLC, eXp World Holdings, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Related document(s) 232 ) (Siegel, Stephen) (Entered: 07/15/2024) |
| 07/15/2024 | 324 | SUGGESTIONS in support re 323 MOTION to strike 232 Amended Complaint,,,, *[RULE 12(f) MOTION TO STRIKE CLASS ALLEGATIONS AS TO ARBITRATING CLASS MEMBERS]* filed by Stephen Siegel on behalf of Defendants eXp Realty, LLC, eXp World Holdings, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R)(Related document(s) 323 ) (Siegel, Stephen) (Entered: 07/15/2024) |
| 07/15/2024 | 325 | NOTICE of appearance by Derick C. Albers on behalf of Illustrated Properties, LLC (Attorney Derick C. Albers added to party Illustrated Properties, LLC(pty:dft))(Albers, Derick) (Entered: 07/15/2024) |
| 07/15/2024 | 326 | NOTICE of appearance by Derick C. Albers on behalf of The Keyes Company (Attorney Derick C. Albers added to party The Keyes Company(pty:dft))(Albers, Derick) (Entered: 07/15/2024) |
| 07/15/2024 | 327 | DISCLOSURE OF CORPORATE INTERESTS filed by Derick C. Albers on behalf of Defendant Illustrated Properties, LLC.(Albers, Derick) (Entered: 07/15/2024) |
| 07/15/2024 | 328 | DISCLOSURE OF CORPORATE INTERESTS filed by Derick C. Albers on behalf of Defendant The Keyes Company.(Albers, Derick) (Entered: 07/15/2024) |
| 07/15/2024 | 329 | DISCLOSURE OF CORPORATE INTERESTS filed by Arsenio Lenell Mims on behalf of Defendant Baird & Warner Real Estate, Inc..(Mims, Arsenio) (Entered: 07/15/2024) |
| 07/15/2024 | 330 | MOTION to dismiss for lack of jurisdiction filed by Arsenio Lenell Mims on behalf of Baird & Warner Real Estate, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Mims, Arsenio) (Entered: 07/15/2024) |
| 07/15/2024 | 331 | SUGGESTIONS in support re 330 MOTION to dismiss for lack of jurisdiction filed by Arsenio Lenell Mims on behalf of Defendant Baird & Warner Real Estate, Inc.. (Attachments: # 1 Declaration of M. Bozarth)(Related document(s) 330 ) (Mims, Arsenio) (Entered: 07/15/2024) |
| 07/15/2024 | 332 | MOTION to dismiss for lack of jurisdiction filed by Derick C. Albers on behalf of Illustrated Properties, LLC, The Keyes Company. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Albers, Derick) (Entered: |

| | | |
|---|---|---|
| | | 07/15/2024) |
| 07/15/2024 | 333 | MOTION to dismiss for lack of jurisdiction *and Improper Venue* filed by Jeffrey J. Simon on behalf of Berkshire Hathaway Energy Company. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Simon, Jeffrey) (Entered: 07/15/2024) |
| 07/15/2024 | 334 | SUGGESTIONS in support re 332 MOTION to dismiss for lack of jurisdiction filed by Derick C. Albers on behalf of Defendants Illustrated Properties, LLC, The Keyes Company. (Attachments: # 1 Declaration of Michael Pappas, # 2 Declaration of Christina Pappas)(Related document(s) 332 ) (Albers, Derick) (Entered: 07/15/2024) |
| 07/15/2024 | 335 | SUGGESTIONS in support re 333 MOTION to dismiss for lack of jurisdiction *and Improper Venue* filed by Jeffrey J. Simon on behalf of Defendant Berkshire Hathaway Energy Company. (Related document(s) 333 ) (Simon, Jeffrey) (Entered: 07/15/2024) |
| 07/15/2024 | 336 | MOTION to strike 232 Amended Complaint,,,, filed by Derick C. Albers on behalf of Illustrated Properties, LLC, The Keyes Company. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Related document(s) 232 ) (Albers, Derick) (Entered: 07/15/2024) |
| 07/15/2024 | 337 | AFFIDAVIT re 333 MOTION to dismiss for lack of jurisdiction *and Improper Venue* by Berkshire Hathaway Energy Company. (Attachments: # 1 Exhibit A)(Related document(s) 333 ) (Simon, Jeffrey) (Entered: 07/15/2024) |
| 07/15/2024 | 338 | SUGGESTIONS in support re 336 MOTION to strike 232 Amended Complaint,,,, filed by Derick C. Albers on behalf of Defendants Illustrated Properties, LLC, The Keyes Company. (Attachments: # 1 Declaration of Michael Pappas with Exhibits, # 2 Declaration of Christina Pappas with Exhibits)(Related document(s) 336 ) (Albers, Derick) (Entered: 07/15/2024) |
| 07/15/2024 | 339 | Joint MOTION to dismiss case filed by David Gringer on behalf of Hanna Holdings, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Gringer, David) (Entered: 07/15/2024) |
| 07/15/2024 | 340 | SUGGESTIONS in support re 339 Joint MOTION to dismiss case filed by David Gringer on behalf of Defendant Hanna Holdings, Inc.. (Related document(s) 339 ) (Gringer, David) (Entered: 07/15/2024) |
| 07/15/2024 | 341 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *[eXp World Holdings, Inc. and eXp Realty, LLC's Rule 12(b)(6) Motion to Dismiss]* filed by Stephen Siegel on behalf of eXp Realty, LLC, eXp World Holdings, Inc.. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Siegel, Stephen) (Entered: 07/15/2024) |
| 07/15/2024 | 342 | SUGGESTIONS in support re 341 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *[eXp World Holdings, Inc. and eXp Realty, LLC's Rule 12(b)(6) Motion to Dismiss]* filed by Stephen Siegel on behalf of Defendants eXp Realty, LLC, eXp World Holdings, Inc.. (Related document(s) 341 ) (Siegel, Stephen) (Entered: 07/15/2024) |
| 07/15/2024 | 343 | MOTION to strike *Class Allegations as to Arbitrating Class Members Under Fed. R. Civ. P. 12(F) and to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(B)(6)* filed by Jeffrey J. Simon on behalf of Berkshire Hathaway Energy Company. Suggestions in opposition/response due by 7/29/2024 unless otherwise |

| | | |
|---|---|---|
| | | directed by the court. (Simon, Jeffrey) (Entered: 07/15/2024) |
| 07/15/2024 | 344 | SUGGESTIONS in support re 343 MOTION to strike *Class Allegations as to Arbitrating Class Members Under Fed. R. Civ. P. 12(F) and to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(B)(6)* filed by Jeffrey J. Simon on behalf of Defendant Berkshire Hathaway Energy Company. (Related document(s) 343 ) (Simon, Jeffrey) (Entered: 07/15/2024) |
| 07/15/2024 | 345 | AFFIDAVIT re 344 Suggestions in Support of Motion, by Berkshire Hathaway Energy Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42)(Related document(s) 344 ) (Simon, Jeffrey) (Entered: 07/15/2024) |
| 07/15/2024 | 346 | AFFIDAVIT re 344 Suggestions in Support of Motion, by Berkshire Hathaway Energy Company. (Related document(s) 344 ) (Simon, Jeffrey) (Entered: 07/15/2024) |
| 07/16/2024 | 347 | ORDER granting 321 & 322 motion to appear pro hac vice entered by Clerk of Court. Attorney Joby Celoza and Yoni Rosenzweig for John L. Scott Real Estate Affiliates, Inc. and John L. Scott, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 07/16/2024) |
| 07/16/2024 | 348 | Before the Court is Plaintiffs' Motion for Preliminary Approval of Settlements (Doc. # 303 ) with Defendants: (1) Five D I, LLC (d/b/a United Real Estate), Premiere Plus Realty, Co., Charles Rutenberg Realty – Orlando, LLC (collectively United Real Estate); and (2) Defendant HomeSmart Holdings, Inc. (together the Settling Defendants, and together with Plaintiffs, the Settling Parties). Upon review, the Motion is GRANTED. Signed on 7/15/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 07/16/2024) |
| 07/16/2024 | 349 | NOTICE of settlement *and Joint Motion to Stay* by HomeSmart International, LLC (Anderson, Scott) (Entered: 07/16/2024) |
| 07/16/2024 | 350 | Before the Court is a Notice of Settlement and Joint Motion to Stay Case as to Defendant Five D I, LLC d/b/a United Real Estate. (Doc. # 307 .) Accordingly, the deadlines and proceedings in this case as they pertain to United Real Estate are hereby STAYED. Signed on 7/16/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 07/16/2024) |
| 07/16/2024 | 351 | |

| | | Before the Court is a Notice of Settlement and Motion to Stay Case as to HomeSmart Holdings, Inc. and HomeSmart International, LLC. (Doc. # 349 .) Accordingly, the deadlines and proceedings in this case as they pertain to HomeSmart Holdings, Inc. and HomeSmart International, LLC are hereby STAYED. Signed on 7/16/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 07/16/2024) |
|---|---|---|
| 07/16/2024 | 352 | NOTICE of appearance by Edward C Duckers on behalf of Windermere Real Estate Services Company, Inc. (Attorney Edward C Duckers added to party Windermere Real Estate Services Company, Inc.(pty:dft))(Duckers, Edward) (Entered: 07/16/2024) |
| 07/16/2024 | 353 | MOTION to dismiss for lack of jurisdiction *and Improper Venue* filed by Edward C Duckers on behalf of Windermere Real Estate Services Company, Inc.. Suggestions in opposition/response due by 7/30/2024 unless otherwise directed by the court. (Duckers, Edward) (Entered: 07/16/2024) |
| 07/16/2024 | 354 | SUGGESTIONS in support re 353 MOTION to dismiss for lack of jurisdiction *and Improper Venue* filed by Edward C Duckers on behalf of Defendant Windermere Real Estate Services Company, Inc.. (Related document(s) 353 ) (Duckers, Edward) (Entered: 07/16/2024) |
| 07/16/2024 | 355 | NOTICE of appearance by Edward C Duckers on behalf of William L Lyon & Associates, Inc. (Attorney Edward C Duckers added to party William L Lyon & Associates, Inc.(pty:dft))(Duckers, Edward) (Entered: 07/16/2024) |
| 07/16/2024 | 356 | MOTION to dismiss for lack of jurisdiction *and Improper Venue* filed by Edward C Duckers on behalf of William L Lyon & Associates, Inc.. Suggestions in opposition/response due by 7/30/2024 unless otherwise directed by the court. (Duckers, Edward) (Entered: 07/16/2024) |
| 07/16/2024 | 357 | SUGGESTIONS in support re 356 MOTION to dismiss for lack of jurisdiction *and Improper Venue* filed by Edward C Duckers on behalf of Defendant William L Lyon & Associates, Inc.. (Related document(s) 356 ) (Duckers, Edward) (Entered: 07/16/2024) |
| 07/17/2024 | 358 | NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Final Settlement Conference set for 10/31/2024 at 10:30 AM in Courtroom 7B, Kansas City (SRB) to be held for:<br><br>Compass, Inc.<br>The Real Brokerage, Inc. and Real Broker, LLC<br>Realty ONE Group, Inc.<br>At World Properties LLC<br>Douglas Elliman Inc. and Douglas Elliman Realty<br>Redfin Corporation<br>Engel Volkers GmbH; Engel Volkers Americas, Inc.; and Engel Volkers New York Real Estate LLC<br>Five D I, LLC (d/b/a United Real Estate); Premier Plus Realty, Co.; and Charles Rutenberg Realty Orlando LLC<br>HomeSmart Holdings, Inc.<br><br>before District Judge Stephen R. Bough. (Peters, Tracey) Modified on 7/18/2024 (Peters, Tracey). (Entered: 07/17/2024) |

| 07/17/2024 | 359 | MOTION for release of funds *Unopposed Motion for Approval to Withdraw Settlement Funds to Pay Costs of Notice* filed by Eric L. Dirks on behalf of Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. Suggestions in opposition/response due by 7/31/2024 unless otherwise directed by the court. (Dirks, Eric) (Entered: 07/17/2024) |
|---|---|---|
| 07/17/2024 | 360 | Before the Court is an Unopposed Motion for Approval to Withdraw Settlement Funds to Pay Costs of Notice. (Doc. # 359 .) For good cause shown, the motion is GRANTED. Plaintiffs may withdraw funds from the settlement escrow accounts, up to the amounts allowed by the Settlement Agreements, to pay the expected and necessary costs of providing Notice to the Settlement Classes and administration of the Settlements, on an ongoing basis as the costs are incurred. Signed on 7/17/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 07/17/2024) |
| 07/19/2024 | 361 | Motion to allow Timothy J. McGinn to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9109547) filed by Derick C. Albers on behalf of Illustrated Properties, LLC, The Keyes Company. (Albers, Derick) (Entered: 07/19/2024) |
| 07/19/2024 | 362 | Motion to allow Becky N. Saka to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9109565) filed by Derick C. Albers on behalf of Illustrated Properties, LLC, The Keyes Company. (Albers, Derick) (Entered: 07/19/2024) |
| 07/19/2024 | 363 | Motion to allow Alyssa Chamberlin to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9109572) filed by Derick C. Albers on behalf of Illustrated Properties, LLC, The Keyes Company. (Albers, Derick) (Entered: 07/19/2024) |
| 07/19/2024 | 364 | ORDER granting 361 , 362 & 363 motion to appear pro hac vice entered by Clerk of Court. Attorney Timothy J. McGinn, Becky N. Saka and Alyssa Chamberlin for Illustrated Properties, LLC and The Keyes Company allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER.  This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 07/19/2024) |
| 07/22/2024 | 365 | Consent MOTION for extension of time to file response/reply as to 313 MOTION to dismiss for lack of jurisdiction , 353 MOTION to dismiss for lack of jurisdiction *and Improper Venue*, 332 MOTION to dismiss for lack of jurisdiction , 343 MOTION to strike *Class Allegations as to Arbitrating Class Members Under Fed. R. Civ. P. 12(F) and to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(B)(6)*, 300 MOTION to dismiss party *Real Estate One, Inc. for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim*, 316 MOTION to dismiss for lack of jurisdiction , 308 MOTION to dismiss for lack of jurisdiction *or to transfer*, 315 MOTION to dismiss for lack of jurisdiction *and improper venue*, 330 MOTION to dismiss for lack of jurisdiction , 305 MOTION to dismiss for lack of jurisdiction , 356 MOTION to dismiss for lack of jurisdiction *and Improper Venue*, 306 MOTION to strike *Class Action Allegations*, 311 MOTION to dismiss for lack of jurisdiction , 302 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 323 MOTION to strike 232 Amended Complaint,,,, *[RULE 12(f) MOTION TO STRIKE CLASS ALLEGATIONS AS TO ARBITRATING CLASS MEMBERS]*, 319 MOTION to strike |

| | | |
|---|---|---|
| | | 232 Amended Complaint,,,, *Class Action Allegations as to Class Members who Waived the Right to Participate in a Class Action*, 341 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *[eXp World Holdings, Inc. and eXp Realty, LLC's Rule 12(b)(6) Motion to Dismiss]*, 298 MOTION to dismiss for lack of jurisdiction , 339 Joint MOTION to dismiss case , 336 MOTION to strike 232 Amended Complaint,,,, , 333 MOTION to dismiss for lack of jurisdiction *and Improper Venue* filed by Jeremy M. Suhr on behalf of All Plaintiffs. Suggestions in opposition/response due by 8/5/2024 unless otherwise directed by the court. (Related document(s) 313 , 353 , 332 , 343 , 300 , 316 , 308 , 315 , 330 , 305 , 356 , 306 , 311 , 302 , 323 , 319 , 341 , 298 , 339 , 336 , 333 ) (Attorney Jeremy M. Suhr added to party Daniel Umpa(pty:pla))(Suhr, Jeremy) (Entered: 07/22/2024) |
| 07/22/2024 | 366 | Before the Court is Plaintiffs' Unopposed Motion for Extension of Time. (Doc. # 365 .) For good cause shown, the motion is GRANTED. Plaintiffs' suggestions in opposition to Defendants' motions to dismiss and motions to strike (Doc. #298; Doc. #300; Doc. #302; Doc. #305; Doc. #306; Doc. #308; Doc. #311; Doc. #313; Doc. #315; Doc. #316; Doc. #319; Doc. #323; Doc. #330; Doc. #332; Doc. #333; Doc. #336; Doc. #339; Doc. #341; Doc. #343; Doc. #353; Doc. #356) shall be due on or before September 13, 2024. Defendants' reply suggestions shall be due on or before October 11, 2024. Signed on 7/22/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 07/22/2024) |
| 07/25/2024 | 367 | Joint MOTION for order For Protective Order and ESI Order filed by Alexander Aiken on behalf of All Plaintiffs. Suggestions in opposition/response due by 8/8/2024 unless otherwise directed by the court. (Attorney Alexander Aiken added to party Don Gibson(pty:pla), Attorney Alexander Aiken added to party John Meiners(pty:pla))(Aiken, Alexander) (Entered: 07/25/2024) |
| 07/26/2024 | 368 | ORDER granting 367 Joint Motion for order For Protective Order. Signed on 7/25/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 07/26/2024) |
| 07/26/2024 | 369 | ORDER granting 367 Joint MOTION for ESI Order. Signed on 7/25/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 07/26/2024) |
| 07/29/2024 | 370 | NOTICE of appearance by Shazzie Naseem on behalf of William L Lyon & Associates, Inc., Windermere Real Estate Services Company, Inc. (Attorney Shazzie Naseem added to party William L Lyon & Associates, Inc.(pty:dft), Attorney Shazzie Naseem added to party Windermere Real Estate Services Company, Inc.(pty:dft))(Naseem, Shazzie) (Entered: 07/29/2024) |
| 07/29/2024 | 371 | Motion to allow Edward C. Duckers to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9124839) filed by Shazzie Naseem on behalf of William L Lyon & Associates, Inc.. (Naseem, Shazzie) (Entered: 07/29/2024) |
| 07/29/2024 | 372 | Motion to allow Edward C. Duckers to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9124853) filed by Shazzie Naseem on behalf of Windermere Real Estate Services Company, Inc.. (Naseem, Shazzie) (Entered: 07/29/2024) |
| 07/30/2024 | 373 | ORDER granting 371 & 372 motion to appear pro hac vice entered by Clerk of Court. Attorney Edward C. Duckers for William L. Lyon & Associates, Inc. and Windermere Real Estate Services Company, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. |

| | | |
|---|---|---|
| | | Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at <u>PACER</u>.  This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 07/30/2024) |
| 07/30/2024 | <u>374</u> | DISCLOSURE OF CORPORATE INTERESTS *of Crye−Leike, Inc.* filed by Marcus Angelo Manos on behalf of Defendant Crye−Leike, Inc..(Manos, Marcus) (Entered: 07/30/2024) |
| 07/31/2024 | <u>375</u> | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Christopher M. Harper on behalf of Defendant The K Company Realty, LLC.(Harper, Christopher) (Entered: 07/31/2024) |
| 07/31/2024 | <u>376</u> | CERTIFICATE OF SERVICE by The K Company Realty, LLC *to Plaintiffs First Set of RFP* filed by Christopher M. Harper on behalf of Defendant The K Company Realty, LLC.(Harper, Christopher) (Entered: 07/31/2024) |
| 07/31/2024 | <u>377</u> | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Daniel Meany on behalf of Defendant NextHome, Inc..(Meany, Daniel) (Entered: 07/31/2024) |
| 07/31/2024 | <u>378</u> | CERTIFICATE OF SERVICE by NextHome, Inc. *Objections and Responses to Plaintiffs' First Set of Requests for Production* filed by Daniel Meany on behalf of Defendant NextHome, Inc..(Meany, Daniel) (Entered: 07/31/2024) |
| 07/31/2024 | <u>379</u> | CERTIFICATE OF SERVICE by Hanna Holdings, Inc. *for Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents* filed by David Gringer on behalf of Defendant Hanna Holdings, Inc..(Gringer, David) (Entered: 07/31/2024) |
| 07/31/2024 | <u>380</u> | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Howard B Iwrey on behalf of Defendant Real Estate One, Inc..(Iwrey, Howard) (Entered: 07/31/2024) |
| 07/31/2024 | <u>381</u> | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Michelle Ann Mantine on behalf of Defendant Baird & Warner Real Estate, Inc..(Mantine, Michelle) (Entered: 07/31/2024) |
| 07/31/2024 | <u>382</u> | CERTIFICATE OF SERVICE by Baird & Warner Real Estate, Inc. *of Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents Directed to All Defendants* filed by Michelle Ann Mantine on behalf of Defendant Baird & Warner Real Estate, Inc..(Mantine, Michelle) (Entered: 07/31/2024) |
| 07/31/2024 | <u>383</u> | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Timothy J McGinn on behalf of Defendant The Keyes Company.(McGinn, Timothy) (Entered: 07/31/2024) |
| 07/31/2024 | <u>384</u> | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Timothy J McGinn on behalf of Defendant Illustrated Properties, LLC.(McGinn, Timothy) (Entered: 07/31/2024) |
| 07/31/2024 | <u>385</u> | CERTIFICATE OF SERVICE by Berkshire Hathaway Energy Company *for its Objections and Responses to Plaintiffs First Set of Requests for Production of Documents* filed by Taylor Brooke Concannon Hausmann on behalf of Defendant |

| | | |
|---|---|---|
| | | Berkshire Hathaway Energy Company.(Concannon Hausmann, Taylor) (Entered: 07/31/2024) |
| 07/31/2024 | 386 | CERTIFICATE OF SERVICE by eXp Realty, LLC, eXp World Holdings, Inc. *of Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents* filed by Stephen Siegel on behalf of Defendants eXp Realty, LLC, eXp World Holdings, Inc..(Siegel, Stephen) (Entered: 07/31/2024) |
| 08/01/2024 | 387 | CERTIFICATE OF SERVICE by Windermere Real Estate Services Company, Inc. *Objections and Responses to Plaintiffs' First Set of Requests for Production* filed by Edward C Duckers on behalf of Defendant Windermere Real Estate Services Company, Inc..(Duckers, Edward) (Entered: 08/01/2024) |
| 08/01/2024 | 388 | CERTIFICATE OF SERVICE by William L Lyon & Associates, Inc. *Objections and Responses to Plaintiffs' First Set of Requests for Production* filed by Edward C Duckers on behalf of Defendant William L Lyon & Associates, Inc..(Duckers, Edward) (Entered: 08/01/2024) |
| 08/01/2024 | 389 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES *BY CRYE−LEIKE, INC.* filed by Marcus Angelo Manos on behalf of Defendant Crye−Leike, Inc..(Manos, Marcus) (Entered: 08/01/2024) |
| 08/01/2024 | 390 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Dylan Ballard on behalf of Defendant Weichert Co..(Ballard, Dylan) (Entered: 08/01/2024) |
| 08/01/2024 | 391 | CERTIFICATE OF SERVICE by Weichert Co. *Objections and Responses to Plaintiffs' First Set of Requests for Production* filed by Dylan Ballard on behalf of Defendant Weichert Co..(Ballard, Dylan) (Entered: 08/01/2024) |
| 08/01/2024 | 392 | CERTIFICATE OF SERVICE by Weichert Real Estate Affiliates, Inc. *Objections and Responses to Plaintiffs' First Set of Requests for Production* filed by Dylan Ballard on behalf of Defendant Weichert Real Estate Affiliates, Inc..(Ballard, Dylan) (Entered: 08/01/2024) |
| 08/01/2024 | 393 | CERTIFICATE OF SERVICE by William Raveis Real Estate, Inc. *of its Objections and Responses to Plaintiff's First Set of Request for Production of Documents, its Rule 26(a) Initial Disclosures, and its organizational chart* filed by Benjamin Diessel on behalf of Defendant William Raveis Real Estate, Inc..(Diessel, Benjamin) (Entered: 08/01/2024) |
| 08/01/2024 | 394 | CERTIFICATE OF SERVICE by NextHome, Inc., eXp Realty, LLC, eXp World Holdings, Inc. *of Requesting Defendants' First Set of Requests for Production of Documents to Plaintiffs* filed by Stephen Siegel on behalf of Defendants NextHome, Inc., eXp Realty, LLC, eXp World Holdings, Inc..(Siegel, Stephen) (Entered: 08/01/2024) |
| 08/09/2024 | 395 | CERTIFICATE OF SERVICE by Berkshire Hathaway Energy Company *[Responses and Objections to Plaintiffs First Set of Requests for Production]* filed by Taylor Brooke Concannon Hausmann on behalf of Defendant Berkshire Hathaway Energy Company.(Concannon Hausmann, Taylor) (Entered: 08/09/2024) |
| 08/12/2024 | 396 | CERTIFICATE OF SERVICE by All Plaintiffs filed by Jeremy M. Suhr on behalf of Plaintiffs Lauren Criss, Don Gibson, John Meiners, Daniel Umpa.(Suhr, Jeremy) (Entered: 08/12/2024) |

| | | |
|---|---|---|
| 08/15/2024 | 397 | MOTION to stay *Case as to Defendants Exit Realty Corp USA and Exit Realty Corp International* filed by James M Brodzik on behalf of EXIT Realty Corp. International, EXIT Realty Corp. USA. Suggestions in opposition/response due by 8/29/2024 unless otherwise directed by the court. (Brodzik, James) (Entered: 08/15/2024) |
| 08/16/2024 | 398 | Before the Court is Defendant Exit Realty Corp. USA and Exit Realty Corp. International's Unopposed Motion to Stay Case. (Doc. # 397 .) Upon review, the motion is GRANTED. The Court hereby stays the case for a period of nine days. No more extensions. <br><br> Signed on 8/16/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 08/16/2024) |
| 08/20/2024 | 399 | MOTION for attorney fees *, Costs, Expenses and Service Awards and Suggestions in Support Thereof* filed by Eric L. Dirks on behalf of Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. Suggestions in opposition/response due by 9/3/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Dirks, Eric) (Entered: 08/20/2024) |
| 08/21/2024 | 400 | CERTIFICATE OF SERVICE by All Plaintiffs filed by Jeremy M. Suhr on behalf of Plaintiffs Lauren Criss, Don Gibson, John Meiners, Daniel Umpa.(Suhr, Jeremy) (Entered: 08/21/2024) |
| 08/23/2024 | 401 | CERTIFICATE OF SERVICE by All Plaintiffs filed by Robert A Braun on behalf of Plaintiffs Lauren Criss, Don Gibson, John Meiners, Daniel Umpa.(Braun, Robert) (Entered: 08/23/2024) |
| 08/26/2024 | 402 | MOTION to join *Co−Defendants Motion to Dismiss* filed by James M Brodzik on behalf of EXIT Realty Corp. International, EXIT Realty Corp. USA. Suggestions in opposition/response due by 9/9/2024 unless otherwise directed by the court. (Brodzik, James) (Entered: 08/26/2024) |
| 08/26/2024 | 403 | CERTIFICATE OF SERVICE by EXIT Realty Corp. International, EXIT Realty Corp. USA filed by James M Brodzik on behalf of Defendants EXIT Realty Corp. International, EXIT Realty Corp. USA.(Brodzik, James) (Entered: 08/26/2024) |
| 08/27/2024 | 404 | Before the Court are Defendants Exit Realty Corp. International and Exit Realty Corp. USA's Motion to join Co−Defendants Motion to Dismiss. (Doc. # 402 .) Upon review, the motion is GRANTED as Exit states that "[t]he arguments raised in Corporate Defendant[s'] motion appl[y] equally to the Plaintiffs' claims against Exit." (Doc. #402, p. 1.) Therefore, it is hereby ORDERED that Exit is joined with the Corporate Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (Doc. # 339 ). Signed on 8/26/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 08/27/2024) |
| 08/27/2024 | 405 | CERTIFICATE OF SERVICE by All Plaintiffs *Plaintiffs' Objections and Responses to Requesting Defendants' First Set of Requests for Production of Documents* filed by Robert A Braun on behalf of Plaintiffs Lauren Criss, Don Gibson, John Meiners, Daniel Umpa.(Braun, Robert) (Entered: 08/27/2024) |
| 08/28/2024 | 406 | NOTICE OF HEARING – This is the official notice for this hearing.  This is a TEXT ONLY ENTRY. No document is attached. Hearing on: Motion for Attorney Fees, |

| | | Costs, Expenses and Service Awards (Doc. # 399 ) set for 10/31/2024 at 10:30 AM in Courtroom 7B, Kansas City (SRB) before District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 08/28/2024) |
|---|---|---|
| 08/28/2024 | 407 | CERTIFICATE OF SERVICE by Weichert Co. filed by Dylan Ballard on behalf of Defendant Weichert Co..(Ballard, Dylan) (Entered: 08/28/2024) |
| 08/28/2024 | 408 | CERTIFICATE OF SERVICE by Weichert Real Estate Affiliates, Inc. filed by Dylan Ballard on behalf of Defendant Weichert Real Estate Affiliates, Inc..(Ballard, Dylan) (Entered: 08/28/2024) |
| 09/01/2024 | 409 | NOTICE OF HEARING – This is the official notice for this hearing.  This is a TEXT ONLY ENTRY. No document is attached. Discovery Teleconference Hearing set for 9/4/2024 at 1:30 PM before District Judge Stephen R. Bough. Call–in information provided to parties via email.<br><br>A memorandum of the discovery dispute, not to exceed 2 pages in length, should be emailed by each party no later than twenty–four prior to the teleconference to Tracey Peters at Tracey_Peters@mow.uscourts.gov.(Peters, Tracey) (Entered: 09/01/2024) |
| 09/03/2024 | 410 | Joint MOTION to stay / Notice of Pending Settlement and Joint Motion to Stay Case as to The Keyes Company and Illustrated Properties, LLC filed by Timothy J McGinn on behalf of Illustrated Properties, LLC, The Keyes Company. Suggestions in opposition/response due by 9/17/2024 unless otherwise directed by the court. (McGinn, Timothy) (Entered: 09/03/2024) |
| 09/03/2024 | 411 | Before the Court is Plaintiffs Don Gibson, Laurent Criss, John Meiners, and Daniel Umpa's (collectively Plaintiffs) and Defendants The Keyes Company and Illustrated Properties, LLC's Notice of Pending Settlement and Joint Motion to Stay the Case as to The Keyes Company and Illustrated Properties, LLC. (Doc. # 410 .) For good cause shown, the motion is GRANTED. Accordingly, the deadlines and proceedings in this case as they pertain to The Keyes Company and Illustrated Properties, LLC are hereby STAYED. Parties are ORDERED to file a motion for preliminary approval of the proposed settlement or a joint status report within thirty (30) days from the date of this Order. Signed on 9/3/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Sandusky, Karri)<br><br>Modified on 11/5/2024 to add: Given the settlement, Defendant The Keyes Company and Illustrated Properties, LLC's Motion to Dismiss for Improper Venue, Lack of Personal Jurisdiction, and Failure to State a Claim (Doc. # 332 ) is DENIED AS MOOT.(Peters, Tracey). (Entered: 09/03/2024) |
| 09/03/2024 | 412 | RESPONSE to motion re 399 MOTION for attorney fees , Costs, Expenses and Service Awards and Suggestions in Support Thereof (NON–OPPOSITION) filed by Cameron N. Regnery on behalf of Defendant HomeSmart International, LLC. Reply suggestions due by 9/17/2024 unless otherwise directed by the court. (Regnery, Cameron) (Entered: 09/03/2024) |
| 09/04/2024 | 413 | Minute Entry. Proceedings held before District Judge Stephen R. Bough: DISCOVERY HEARING held on 9/4/2024. Order to follow. Counsel appearing for Plaintiff(s): Robert Braun and Eric L. Dirks. Counsel appearing for Defendant(s): Dylan Ballard. Time in court: 1:32 P.M. to 1:38 p.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov.  This is a TEXT ONLY ENTRY. No document |

| | | |
|---|---|---|
| | | *is attached.* (Peters, Tracey) (Entered: 09/04/2024) |
| 09/04/2024 | 414 | On September 4, 2024, the Court presided over a telephonic discovery dispute conference with the parties. For the reasons stated on the record, it is hereby ORDERED that Plaintiffs may conduct focused jurisdictional discovery. Parties may consult the transcript for further details. Signed on 9/4/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 09/04/2024) |
| 09/06/2024 | 415 | MOTION to withdraw as attorney *for Matthew N. Foree* filed by Cameron N. Regnery on behalf of HomeSmart International, LLC. Suggestions in opposition/response due by 9/20/2024 unless otherwise directed by the court. (Regnery, Cameron) (Entered: 09/06/2024) |
| 09/09/2024 | 416 | Before the Court is a Motion to Withdraw Matthew N. Foree as Counsel. (Doc. # 415 .) For good cause shown, Matthew N. Foree is hereby WITHDRAWN as counsel for Defendant HomeSmart International, LLC. Defendant will continue to be represented by its other counsel of record. Signed on 9/9/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 09/09/2024) |
| 09/09/2024 | 417 | CERTIFICATE OF SERVICE by William Raveis Real Estate, Inc. *of its Objections and Responses to Plaintiff's Second Set of Interrogatories and Plaintiff's Second Set of Requests for Production of Documents* filed by Benjamin Diessel on behalf of Defendant William Raveis Real Estate, Inc..(Diessel, Benjamin) (Entered: 09/09/2024) |
| 09/09/2024 | 418 | CERTIFICATE OF SERVICE by Hanna Holdings, Inc. *re Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents* filed by David Gringer on behalf of Defendant Hanna Holdings, Inc..(Gringer, David) (Entered: 09/09/2024) |
| 09/09/2024 | 419 | CERTIFICATE OF SERVICE by Hanna Holdings, Inc. *re Responses and Objections to Plaintiffs' Second Set of Interrogatories* filed by David Gringer on behalf of Defendant Hanna Holdings, Inc..(Gringer, David) (Entered: 09/09/2024) |
| 09/09/2024 | 420 | CERTIFICATE OF SERVICE by Real Estate One, Inc. *Real Estate One, Inc.'s Responses and Objections to Plaintiffs Second Set of Interrogatories* filed by Howard B Iwrey on behalf of Defendant Real Estate One, Inc..(Iwrey, Howard) (Entered: 09/09/2024) |
| 09/09/2024 | 421 | CERTIFICATE OF SERVICE by Real Estate One, Inc. *Real Estate One, Inc.'s Responses and Objections to Plaintiffs Second Set of Requests for Production of Documents* filed by Howard B Iwrey on behalf of Defendant Real Estate One, Inc..(Iwrey, Howard) (Entered: 09/09/2024) |
| 09/09/2024 | 422 | CERTIFICATE OF SERVICE by Berkshire Hathaway Energy Company filed by Taylor Brooke Concannon Hausmann on behalf of Defendant Berkshire Hathaway Energy Company.(Concannon Hausmann, Taylor) (Entered: 09/09/2024) |
| 09/10/2024 | 423 | CERTIFICATE OF SERVICE by Baird & Warner Real Estate, Inc. *re: Responses and Objections to Plaintiffs' First Set of Interrogatories Directed at Baird & Warner Real Estate, Inc.* filed by Michelle Ann Mantine on behalf of Defendant Baird & Warner Real Estate, Inc..(Mantine, Michelle) (Entered: 09/10/2024) |
| 09/10/2024 | 424 | |

| | | CERTIFICATE OF SERVICE by Baird & Warner Real Estate, Inc. *re: Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents Directed at Baird & Warner Real Estate, Inc.* filed by Michelle Ann Mantine on behalf of Defendant Baird & Warner Real Estate, Inc..(Mantine, Michelle) (Entered: 09/10/2024) |
|---|---|---|
| 09/10/2024 | 425 | CERTIFICATE OF SERVICE by The K Company Realty, LLC *Objections and Answers to Plaintiff's Discovery* filed by Christopher M. Harper on behalf of Defendant The K Company Realty, LLC.(Harper, Christopher) (Entered: 09/10/2024) |
| 09/10/2024 | 426 | CERTIFICATE OF SERVICE by Weichert Co. filed by Dylan Ballard on behalf of Defendant Weichert Co..(Ballard, Dylan) (Entered: 09/10/2024) |
| 09/10/2024 | 427 | CERTIFICATE OF SERVICE by Weichert Real Estate Affiliates, Inc. filed by Dylan Ballard on behalf of Defendant Weichert Real Estate Affiliates, Inc..(Ballard, Dylan) (Entered: 09/10/2024) |
| 09/10/2024 | 428 | CERTIFICATE OF SERVICE by EXIT Realty Corp. International, EXIT Realty Corp. USA *Rule 26(A)(1) Disclosures* filed by James M Brodzik on behalf of Defendants EXIT Realty Corp. International, EXIT Realty Corp. USA.(Brodzik, James) (Entered: 09/10/2024) |
| 09/10/2024 | 429 | CERTIFICATE OF SERVICE by EXIT Realty Corp. International, EXIT Realty Corp. USA *Responses and Objections to Plaintiffs' Requests for Production* filed by James M Brodzik on behalf of Defendants EXIT Realty Corp. International, EXIT Realty Corp. USA.(Brodzik, James) (Entered: 09/10/2024) |
| 09/10/2024 | 430 | Consent MOTION for leave to file excess pages *in Response to Defendants' Motions to Dismiss and Motions to Strike, and in Reply in Support of the Same* filed by Alexander Aiken on behalf of All Plaintiffs. Suggestions in opposition/response due by 9/24/2024 unless otherwise directed by the court. (Aiken, Alexander) (Entered: 09/10/2024) |
| 09/10/2024 | 431 | Before the Court is Plaintiffs' Unopposed Motion for Leave to Exceed Page Limits. (Doc. # 430 .) Upon review, the motion is GRANTED. Accordingly, it is hereby ORDERED that Plaintiffs may file suggestions in opposition to Defendants' Motions to Dismiss and Motions to Strike and that Defendants may file reply suggestions in support of the same motions not exceeding one hundred forty (140) pages. Signed on 9/10/2024 by District Judge Stephen R. Bough. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Peters, Tracey) (Entered: 09/10/2024) |
| 09/11/2024 | 432 | NOTICE of settlement *Notice of Settlement in Principle and Joint Motion to Stay Case as to NextHome, Inc.* by Lauren Criss, Don Gibson, John Meiners, Daniel Umpa (Braun, Robert) (Entered: 09/11/2024) |
| 09/11/2024 | 433 | Before the Court is a Notice of Settlement and Joint Motion to Stay Case as to Defendant NextHome, Inc. (Doc. # 432 .) Upon review, it is hereby ORDERED that the parties file a stipulation of dismissal or a joint status report within thirty (30) days from the date of this Order. Given the settlement, Defendant NextHome Inc.'s Motion to Dismiss for Failure to State a Claim (Doc. # 302 ) is DENIED AS MOOT. All deadlines pertaining to Defendant NextHome, Inc. only are hereby stayed as requested. Signed on 9/11/2024 by District Judge Stephen R. Bough. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Peters, Tracey) (Entered: 09/11/2024) |
| 09/11/2024 | 434 | |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE by All Plaintiffs *Plaintiffs Requests for Production Regarding Jurisdictional Discovery to Defendants Weichert Co. and Weichert Real Estate Affiliates, Inc.* filed by Robert A Braun on behalf of Plaintiffs Lauren Criss, Don Gibson, John Meiners, Daniel Umpa.(Braun, Robert) (Entered: 09/11/2024) |
| 09/12/2024 | 435 | Consent MOTION for extension of time to file response/reply as to 313 MOTION to dismiss for lack of jurisdiction , 311 MOTION to dismiss for lack of jurisdiction filed by Robert A Braun on behalf of All Plaintiffs. Suggestions in opposition/response due by 9/26/2024 unless otherwise directed by the court. (Related document(s) 313 , 311 ) (Braun, Robert) (Entered: 09/12/2024) |
| 09/12/2024 | 436 | Before the Court is Plaintiffs' Consented Motion for Extension of Time. (Doc. # 435 .) Upon review, the motion is GRANTED. Plaintiffs must respond to Defendants Weichert Co. and Weichert Real Estate Affiliates, Inc.'s Motions to Dismiss for Lack of Jurisdiction by November 13, 2024. Defendants must reply to Plaintiffs' response by December 13, 2024. Signed on 9/12/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 09/12/2024) |
| 09/13/2024 | 437 | Motion to allow Robert Maguire to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9201273) filed by Brian J. Madden on behalf of Redfin Corporation. (Madden, Brian) (Entered: 09/13/2024) |
| 09/13/2024 | 438 | Motion to allow Gerald A. Stein to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9201303) filed by Brian J. Madden on behalf of Redfin Corporation. (Madden, Brian) (Entered: 09/13/2024) |
| 09/13/2024 | 439 | Motion to allow MaryAnn T. Almeida to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9201309) filed by Brian J. Madden on behalf of Redfin Corporation. (Madden, Brian) (Entered: 09/13/2024) |
| 09/13/2024 | 440 | Motion to allow Emily A. Parsons to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9201323) filed by Brian J. Madden on behalf of Redfin Corporation. (Madden, Brian) (Entered: 09/13/2024) |
| 09/13/2024 | 441 | SUGGESTIONS in opposition re 343 MOTION to strike *Class Allegations as to Arbitrating Class Members Under Fed. R. Civ. P. 12(F) and to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(B)(6)*, 306 MOTION to strike *Class Action Allegations*, 323 MOTION to strike 232 Amended Complaint,,,, *[RULE 12(f) MOTION TO STRIKE CLASS ALLEGATIONS AS TO ARBITRATING CLASS MEMBERS]*, 319 MOTION to strike 232 Amended Complaint,,,, *Class Action Allegations as to Class Members who Waived the Right to Participate in a Class Action* filed by Beatrice Franklin on behalf of Plaintiffs Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. Reply suggestions due by 9/27/2024 unless otherwise directed by the court. (Related document(s) 343 , 306 , 323 , 319 ) (Franklin, Beatrice) (Entered: 09/13/2024) |
| 09/13/2024 | 442 | SUGGESTIONS in opposition re 343 MOTION to strike *Class Allegations as to Arbitrating Class Members Under Fed. R. Civ. P. 12(F) and to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(B)(6)*, 341 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *[eXp World Holdings, Inc. and eXp Realty, LLC's Rule 12(b)(6) Motion to Dismiss]*, 339 Joint MOTION to dismiss case , 300 MOTION to dismiss party *Real Estate One, Inc. for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim*, 330 MOTION to dismiss for lack of jurisdiction , 305 MOTION to dismiss for lack of jurisdiction filed by Alexander |

| | | Aiken on behalf of Plaintiffs Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. Reply suggestions due by 9/27/2024 unless otherwise directed by the court. (Related document(s) 343 , 341 , 339 , 300 , 330 , 305 ) (Aiken, Alexander) (Entered: 09/13/2024) |
|---|---|---|
| 09/13/2024 | 443 | SUGGESTIONS in opposition re 353 MOTION to dismiss for lack of jurisdiction *and Improper Venue*, 332 MOTION to dismiss for lack of jurisdiction , 300 MOTION to dismiss party *Real Estate One, Inc. for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim*, 316 MOTION to dismiss for lack of jurisdiction , 308 MOTION to dismiss for lack of jurisdiction *or to transfer*, 315 MOTION to dismiss for lack of jurisdiction *and improper venue*, 330 MOTION to dismiss for lack of jurisdiction , 305 MOTION to dismiss for lack of jurisdiction , 356 MOTION to dismiss for lack of jurisdiction *and Improper Venue*, 298 MOTION to dismiss for lack of jurisdiction , 333 MOTION to dismiss for lack of jurisdiction *and improper venue* filed by Jeremy M. Suhr on behalf of Plaintiffs Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. Reply suggestions due by 9/27/2024 unless otherwise directed by the court. (Related document(s) 353 , 332 , 300 , 316 , 308 , 315 , 330 , 305 , 356 , 298 , 333 ) (Suhr, Jeremy) (Entered: 09/13/2024) |
| 09/16/2024 | 444 | ORDER granting 437 , 438 , 439 , & 440 motions to appear pro hac vice entered by Clerk of Court. Attorneys MayAnn T. Almeida, Emily A. Parsons, Robert Maguire, and Gerald A. Stein for Redfin Corporation allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.

Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 09/16/2024) |
| 09/18/2024 | 445 | NOTICE of appearance by Paul L Redfearn, III on behalf of Benny Cheatham (Attorney Paul L Redfearn, III added to party Benny Cheatham(pty:intp))(Redfearn, Paul) (Entered: 09/18/2024) |
| 09/18/2024 | 446 | Motion to allow Patrick E. Knie to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9207723) filed by Paul L Redfearn, III on behalf of Benny Cheatham. (Redfearn, Paul) (Entered: 09/18/2024) |
| 09/18/2024 | 447 | Motion to allow Sam Mitchell Slade, Jr. to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9207732) filed by Paul L Redfearn, III on behalf of Benny Cheatham. (Redfearn, Paul) (Entered: 09/18/2024) |
| 09/18/2024 | 448 | Motion to allow Matthew W. Shealy to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9207756) filed by Paul L Redfearn, III on behalf of Benny Cheatham. (Redfearn, Paul) (Entered: 09/18/2024) |
| 09/19/2024 | 449 | ORDER granting 446 , 447 & 448 motion to appear pro hac vice entered by Clerk of Court. Attorney Patrick E. Knie, Sam Mitchell Slade, Jr. and Matthew W. Shealy for Benny Cheatham allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.

Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to |

| | | immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 09/19/2024) |
|---|---|---|
| 09/19/2024 | 450 | CERTIFICATE OF SERVICE by Real Estate One, Inc. *Responses and Objections to Plaintiffs First Amended Set of Requests for Production of Documents* filed by Howard B Iwrey on behalf of Defendant Real Estate One, Inc..(Iwrey, Howard) (Entered: 09/19/2024) |
| 09/30/2024 | 451 | NOTICE of filing by Khyber Zaffarkhan. (Attachments: # 1 Envelope) (Grube, Cheyenne) (Entered: 09/30/2024) |
| 09/30/2024 | 452 | NOTICE of appearance by Steven M Berezney on behalf of James Mullis (Attorney Steven M Berezney added to party James Mullis(pty:obj))(Berezney, Steven) (Entered: 09/30/2024) |
| 09/30/2024 | 453 | Motion to allow Randall P. Ewing, Jr. to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9227133) filed by Steven M Berezney on behalf of James Mullis. (Berezney, Steven) (Entered: 09/30/2024) |
| 10/01/2024 | 454 | ORDER granting 453 motion to appear pro hac vice entered by Clerk of Court. Attorney Randall Paul Ewing, Jr. for James Mullis allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 10/01/2024) |
| 10/01/2024 | 455 | NOTICE of settlement *Notice of Settlement in Principle and Joint Motion to Stay Case as to Real Estate One, Inc.* by All Plaintiffs (Braun, Robert) (Entered: 10/01/2024) |
| 10/02/2024 | 456 | Motion to allow Todd A. Seaver to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9230042) filed by Steven M Berezney on behalf of Robert Friedman. (Berezney, Steven) (Entered: 10/02/2024) |
| 10/02/2024 | 457 | Motion to allow Steven J. Buttacavoli to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9230073) filed by Steven M Berezney on behalf of Robert Friedman. (Berezney, Steven) (Entered: 10/02/2024) |
| 10/02/2024 | 458 | Motion to allow Daniel Z. Goldman to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9230090) filed by Steven M Berezney on behalf of Robert Friedman. (Berezney, Steven) (Entered: 10/02/2024) |
| 10/02/2024 | 459 | NOTICE of settlement *Notice of Pending Settlement and Joint Motion to Stay Case as to John L. Scott Real Estate Affiliates, Inc., and John L. Scott, Inc.* by Lauren Criss, Don Gibson, John Meiners, Daniel Umpa (Berman, Steve) (Entered: 10/02/2024) |
| 10/02/2024 | 460 | Before the Court is a Notice of Settlement and Joint Motion to Stay Case as to Defendant Real Estate One, Inc. (Doc. # 455 .) Upon review, it is hereby ORDERED that the parties file a stipulation of dismissal or a joint status report within thirty (30) |

| | | days from the date of this Order. Given the settlement, Defendant Real Estate One, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim (Doc. # 300 ) IS DENIED AS MOOT. All deadlines pertaining to Defendant Real Estate One, Inc. only are hereby stayed as requested.Signed on 10/2/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Sandusky, Karri) (Entered: 10/02/2024) |
|------------|-----|-------------------------------------------------------------------------------------------------------|
| 10/02/2024 | 461 | Before the Court is a Notice of Settlement and Joint Motion to Stay Case as to Defendants John L. Scott Real Estate Affiliates, Inc. and John L. Scott, Inc. (Doc. # 459 .) Upon review, it is hereby ORDERED that the parties file a stipulation of dismissal or a joint status report within thirty (30) days from the date of this Order. Given the settlement, Defendants John L. Scott Real Estate Affiliates, Inc. and John L. Scott, Inc.'s Motion to Dismiss for Lack of Jurisdiction (Doc. # 316 ) is DENIED AS MOOT. All deadlines pertaining to Defendants John L. Scott Real Estate Affiliates, Inc. and John L. Scott, Inc. only are hereby stayed as requested. Signed on 10/2/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Sandusky, Karri) (Entered: 10/02/2024) |
| 10/02/2024 | 462 | ORDER granting 456 , 457 , & 458 motions to appear pro hac vice entered by Clerk of Court. Attorneys Todd A. Seaver, Steven J. Buttacavoli, and Daniel Z. Goldman for Robert Friedman allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 10/02/2024) |
| 10/03/2024 | 463 | Motion to allow Michael M. Buchman to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9232039) filed by Bert S Braud on behalf of Monty March. (Attorney Bert S Braud added to party Monty March(pty:obj))(Braud, Bert) (Entered: 10/03/2024) |
| 10/03/2024 | 464 | OBJECTIONS (non motions) by Knie & Shealy, Mitch Slade, Knie & Shealy . (Attachments: # 1 Exhibit Average New Home Sales Price)(Knie, Patrick) (Entered: 10/03/2024) |
| 10/03/2024 | 465 | MOTION for discovery filed by Patrick E. Knie on behalf of Knie & Shealy, Mitch Slade. Suggestions in opposition/response due by 10/17/2024 unless otherwise directed by the court. (Attorney Patrick E. Knie added to party Knie & Shealy(pty:obj), Attorney Patrick E. Knie added to party Mitch Slade(pty:obj))(Knie, Patrick) (Entered: 10/03/2024) |
| 10/03/2024 | 466 | ORDER granting 463 motion to appear pro hac vice entered by Clerk of Court. Attorney Michael M. Buchman for Monty March allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY |

| | | |
|---|---|---|
| | | ENTRY. No document is attached. (Warren, Melissa) (Entered: 10/03/2024) |
| 10/03/2024 | 467 | OBJECTIONS (non motions) by Robert Friedman *Objection of Robert Friedman to the Proposed National Class Action Settlements with Defendants Compass, Inc., Douglas Elliman, Inc., and Engel & Volkers New York Real Estate LLC*. (Attachments: # 1 Declaration of Todd A. Seaver, # 2 Exhibit 1 Friedman Amended Complaint, # 3 Exhibit 2 Anywhere Final Approval Transcript, # 4 Exhibit 3 Engel Volkers JPML Opposition, # 5 Exhibit 4 Douglas Elliman JPML Opposition, # 6 Exhibit 5 REBNY JPML Opposition, # 7 Exhibit 6 Compass JPML Opposition, # 8 Exhibit 7 Brown Harris Stevens JPML Opposition, # 9 Exhibit 8 Leslie Garfield JPML Opposition, # 10 Exhibit 9 R New York JPML Opposition, # 11 Exhibit 10 Serhant MDL Opposition, # 12 Exhibit 11 The Agency JPML Opposition, # 13 Exhibit 12 Facebook – The Brian Phillips Team, # 14 Exhibit 13 Freiberg – The NAR Settlement, # 15 Exhibit 14 The Agency Team – Navigating NYC Real Estate Scene, # 16 Exhibit 15 Markarian – How Will NAR Settlement Impact NY Market, # 17 Exhibit 16 Feinberg – NAR Settlement LinkedIn Post, # 18 Exhibit 17 Moehrl – Pltf Elhauge Expert Opening Report, # 19 Exhibit 18 Moehrl – Pltf Elhauge Rebuttal Report, # 20 Proof of Service)(Seaver, Todd) (Entered: 10/03/2024) |
| 10/03/2024 | 468 | NOTICE of filing *Objection to Final Approval of Settlement* by James Mullis (Attachments: # 1 Affidavit Declaration of James Mullis, # 2 Affidavit Declaration of Randall Ewing, Jr.)(Ewing, Randall) (Entered: 10/03/2024) |
| 10/03/2024 | 469 | STATUS REPORT *Joint Status Report* by Lauren Criss, Don Gibson, John Meiners. (Berman, Steve) (Entered: 10/03/2024) |
| 10/03/2024 | 470 | NOTICE of filing *of Objection of Monty March to Proposed National Class Action Settlement* by Monty March (Attachments: # 1 Exhibit Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Braud, Bert) (Entered: 10/03/2024) |
| 10/03/2024 | 471 | NOTICE of filing *Corrected Objection to Final Approval of Settlement* by James Mullis (Attachments: # 1 Exhibit 1 – Declaration of James Mullis, # 2 Affidavit Declaration of Randall Ewing, Jr.)(Ewing, Randall) (Entered: 10/03/2024) |
| 10/04/2024 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 10/3/2024 as Document No. 468, Notice of Filing of Objections. The document has been deleted as the incorrect document was filed. Counsel has refiled the correct document 471 . This is a text entry only – no document is attached. (Furtak, Rebecca) (Entered: 10/04/2024) |
| 10/04/2024 | 472 | On September 3, 2024, the Court ordered that Plaintiffs Don Gibson, Laurent Criss, and John Meiners, (collectively Plaintiffs) and Defendant The Keyes Company and Illustrated Properties, LLC file a joint status report or a stipulation of dismissal within thirty (30) days from the date of the Order. A Joint Status Report has been filed. Therefore, it is hereby ORDERED that the parties file a status report or a stipulation of dismissal within thirty (30) days from the date of this Order. Signed on 10/4/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Sandusky, Karri) (Entered: 10/04/2024) |
| 10/04/2024 | 473 | NOTICE of appearance by Mark B. Schaffer on behalf of eXp Realty, LLC, eXp World Holdings, Inc. (Attorney Mark B. Schaffer added to party eXp Realty, LLC(pty:dft), Attorney Mark B. Schaffer added to party eXp World Holdings, Inc.(pty:dft))(Schaffer, Mark) (Entered: 10/04/2024) |

| 10/04/2024 | 474 | NOTICE of appearance by Mark B. Schaffer on behalf of eXp Realty, LLC, eXp World Holdings, Inc. (Schaffer, Mark) (Entered: 10/04/2024) |
|---|---|---|
| 10/04/2024 | 475 | Motion to allow James A. Morsch to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9236036) filed by Mark B. Schaffer on behalf of eXp Realty, LLC, eXp World Holdings, Inc.. (Schaffer, Mark) (Entered: 10/04/2024) |
| 10/07/2024 | 476 | ORDER granting 475 motion to appear pro hac vice entered by Clerk of Court. Attorney James Andrew Morsch for eXp Realty, LLC and eXp World Holdings, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.

Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 10/07/2024) |
| 10/07/2024 | 477 | MOTION to withdraw as attorney *Motion to Withdraw Appearances* filed by Tyson H. Ketchum on behalf of eXp Realty, LLC, eXp World Holdings, Inc.. Suggestions in opposition/response due by 10/21/2024 unless otherwise directed by the court. (Ketchum, Tyson) (Entered: 10/07/2024) |
| 10/07/2024 | 478 | ORDER: Before the Court is a Motion to Withdraw Appearances. (Doc. # 477 .) Upon review, the motion is GRANTED. It is hereby ORDERED that Armstrong Teasdale LLP and its attorneys Stephen J. Siegel, Andrew D. Campbell, Elizabeth C. Wolicki, Julie Johnston–Ahlen, Karrie J. Clinkinbeard, and Tyson H. Ketchum are withdrawn as counsel for Defendants eXP World Holdings, Inc. and eXp Realty, LLC. Signed on 10/7/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 10/07/2024) |
| 10/08/2024 | 479 | MOTION for leave to file *Joint and Individual Briefing* filed by Benjamin Diessel on behalf of Baird & Warner Real Estate, Inc., Berkshire Hathaway Energy Company, Crye–Leike, Inc., Hanna Holdings, Inc., The K Company Realty, LLC, William L Lyon & Associates, Inc., William Raveis Real Estate, Inc.. Suggestions in opposition/response due by 10/22/2024 unless otherwise directed by the court. (Diessel, Benjamin) (Entered: 10/08/2024) |
| 10/09/2024 | 480 | CERTIFICATE OF SERVICE by William Raveis Real Estate, Inc. *of Amended Objections and Responses to Plaintiff's Second Set of Interrogatories and Plaintiff's Second Set of Request for Production of Documents* filed by Benjamin Diessel on behalf of Defendant William Raveis Real Estate, Inc..(Diessel, Benjamin) (Entered: 10/09/2024) |
| 10/10/2024 | 481 | Before the Court is Defendants Baird & Warner Real Estate, Inc., Berkshire Hathaway Energy Company, Crye–Leike, Inc., Hanna Holdings, Inc., K Company Realty, LLC d/b/a LoKation, William L. Lyon & Associates, Inc., William Raveis Real Estate, Inc., and Windermere Real Estate Services Company, Inc.'s (collectively Defendants) Motion for Leave to File Joint and Individual Briefing. (Doc # 479 .) Upon review, the motion is GRANTED. Defendants may (1) file a joint reply briefing with respect to their Motions to Dismiss filed on July 15–16, 2024, limited to 70 pages in length; and (2) file individual replies each limited to 12 pages in length. Signed on 10/10/2024 by District Judge Stephen R. Bough. This is a TEXT |

| | | |
|---|---|---|
| | | ONLY ENTRY. No document is attached. (Sandusky, Karri) (Entered: 10/10/2024) |
| 10/10/2024 | 482 | MOTION to withdraw as attorney filed by Paul L Redfearn, III on behalf of Benny Cheatham. Suggestions in opposition/response due by 10/24/2024 unless otherwise directed by the court. (Redfearn, Paul) (Entered: 10/10/2024) |
| 10/10/2024 | 483 | Before the Court is a Motion to Withdraw as Sponsoring Attorney. (Doc. # 482 .) Upon review, the motion is GRANTED. It is hereby ORDERED that Paul L. Redfearn, III, is withdrawn as sponsoring attorney for Patrick E. Knie, Matthew W. Shealy, and Sam Mitchell Slade, Jr. for their respective Pro Hac Vice status. Signed on 10/10/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Sandusky, Karri) (Entered: 10/10/2024) |
| 10/10/2024 | 484 | Motion to allow Matthew E. Van Tine to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9245869) filed by Bert S Braud on behalf of Monty March. (Braud, Bert) (Entered: 10/10/2024) |
| 10/10/2024 | 485 | NOTICE of filing by Terry Wischer. (Attachments: # 1 Envelope) (Grube, Cheyenne) (Entered: 10/10/2024) |
| 10/11/2024 | 486 | ORDER granting 484 motion to appear pro hac vice entered by Clerk of Court. Attorney Matthew E. Van Tine for Monty March allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 10/11/2024) |
| 10/11/2024 | 487 | REPLY SUGGESTIONS to motion re 306 MOTION to strike *Class Action Allegations* filed by Benjamin Diessel on behalf of Defendant William Raveis Real Estate, Inc.. (Related document(s) 306 ) (Diessel, Benjamin) (Entered: 10/11/2024) |
| 10/11/2024 | 488 | STATUS REPORT *Joint Status Report* by Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. (Braun, Robert) (Entered: 10/11/2024) |
| 10/11/2024 | 489 | NOTICE of settlement *Notice of Pending Settlement and Motion to Stay Case as to eXp Defendants with Incorporated Suggestions in Support* by eXp Realty, LLC, eXp World Holdings, Inc. (Schaffer, Mark) (Entered: 10/11/2024) |
| 10/11/2024 | 490 | REPLY SUGGESTIONS to motion re 330 MOTION to dismiss for lack of jurisdiction filed by Michelle Ann Mantine on behalf of Defendant Baird & Warner Real Estate, Inc.. (Related document(s) 330 ) (Mantine, Michelle) (Entered: 10/11/2024) |
| 10/11/2024 | 491 | REPLY SUGGESTIONS to motion re 305 MOTION to dismiss for lack of jurisdiction filed by Benjamin Diessel on behalf of Defendant William Raveis Real Estate, Inc.. (Attachments: # 1 Declaration of John Doroghazi, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Related document(s) 305 ) (Diessel, Benjamin) (Entered: 10/11/2024) |
| 10/11/2024 | 492 | REPLY SUGGESTIONS to motion re 353 MOTION to dismiss for lack of jurisdiction *and Improper Venue*, 298 MOTION to dismiss for lack of jurisdiction , 308 MOTION to dismiss for lack of jurisdiction *or to transfer*, 315 MOTION to |

| | | |
|---|---|---|
| | | dismiss for lack of jurisdiction *and improper venue*, 330 MOTION to dismiss for lack of jurisdiction , 305 MOTION to dismiss for lack of jurisdiction , 333 MOTION to dismiss for lack of jurisdiction *and Improper Venue*, 356 MOTION to dismiss for lack of jurisdiction *and Improper Venue (Joint)* filed by David Gringer on behalf of Defendant Hanna Holdings, Inc.. (Related document(s) 353 , 298 , 308 , 315 , 330 , 305 , 333 , 356 ) (Gringer, David) (Entered: 10/11/2024) |
| 10/11/2024 | 493 | REPLY SUGGESTIONS to motion re 298 MOTION to dismiss for lack of jurisdiction filed by Christopher M. Harper on behalf of Defendant The K Company Realty, LLC. (Related document(s) 298 ) (Harper, Christopher) (Entered: 10/11/2024) |
| 10/11/2024 | 494 | REPLY SUGGESTIONS to motion re 339 Joint MOTION to dismiss case filed by David Gringer on behalf of Defendant Hanna Holdings, Inc.. (Related document(s) 339 ) (Gringer, David) Modified on 10/16/2024 main document 494 replaced to correct counsel name in signature block only. NEF regenerated to all parties.(Kern, Kendra) (Entered: 10/11/2024) |
| 10/11/2024 | 495 | REPLY SUGGESTIONS to motion re 343 MOTION to strike *Class Allegations as to Arbitrating Class Members Under Fed. R. Civ. P. 12(F) and to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(B)(6)* filed by Jeffrey J. Simon on behalf of Defendant Berkshire Hathaway Energy Company. (Related document(s) 343 ) (Simon, Jeffrey) (Entered: 10/11/2024) |
| 10/11/2024 | 496 | REPLY SUGGESTIONS to motion re 308 MOTION to dismiss for lack of jurisdiction *or to transfer* filed by David Gringer on behalf of Defendant Hanna Holdings, Inc.. (Attachments: # 1 Declaration of David Z. Gringer, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Related document(s) 308 ) (Gringer, David) (Entered: 10/11/2024) |
| 10/11/2024 | 497 | NOTICE of appearance by Matthew Van Tine on behalf of Monty March (Van Tine, Matthew) (Entered: 10/11/2024) |
| 10/11/2024 | 498 | AFFIDAVIT re 333 MOTION to dismiss for lack of jurisdiction *and Improper Venue Declaration of Anna R. Gressel in Support of Defendant Berkshire Hathaway Energy's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue* by Berkshire Hathaway Energy Company. (Attachments: # 1 Exhibit 1–BHE Code of Business Conduct, # 2 Exhibit 2–Letter)(Related document(s) 333 ) (Simon, Jeffrey) (Entered: 10/11/2024) |
| 10/11/2024 | 499 | REPLY SUGGESTIONS to motion re 333 MOTION to dismiss for lack of jurisdiction *and Improper Venue* filed by Jeffrey J. Simon on behalf of Defendant Berkshire Hathaway Energy Company. (Related document(s) 333 ) (Simon, Jeffrey) (Entered: 10/11/2024) |
| 10/11/2024 | 500 | REPLY SUGGESTIONS to motion re 315 MOTION to dismiss for lack of jurisdiction *and improper venue Oral Argument Requested* filed by Marcus Angelo Manos on behalf of Defendant Crye–Leike, Inc.. (Attachments: # 1 Exhibit Second Declaration of Robert B. Robinson)(Related document(s) 315 ) (Manos, Marcus) (Entered: 10/11/2024) |
| 10/11/2024 | 501 | REPLY SUGGESTIONS to motion re 319 MOTION to strike 232 Amended Complaint,,,, *Class Action Allegations as to Class Members who Waived the Right to Participate in a Class Action* filed by Marcus Angelo Manos on behalf of Defendant Crye–Leike, Inc.. (Attachments: # 1 Exhibit Second Declaration of Robert B. |

| | | Robinson)(Related document(s) 319 ) (Manos, Marcus) (Entered: 10/11/2024) |
|---|---|---|
| 10/11/2024 | 502 | REPLY SUGGESTIONS to motion re 356 MOTION to dismiss for lack of jurisdiction *and Improper Venue* filed by Edward C Duckers on behalf of Defendant William L Lyon & Associates, Inc.. (Related document(s) 356 ) (Duckers, Edward) (Entered: 10/11/2024) |
| 10/11/2024 | 503 | REPLY SUGGESTIONS to motion re 353 MOTION to dismiss for lack of jurisdiction *and Improper Venue* filed by Edward C Duckers on behalf of Defendant Windermere Real Estate Services Company, Inc.. (Related document(s) 353 ) (Duckers, Edward) (Entered: 10/11/2024) |
| 10/14/2024 | 504 | CERTIFICATE OF SERVICE by Weichert Co. filed by Dylan Ballard on behalf of Defendant Weichert Co..(Ballard, Dylan) (Entered: 10/14/2024) |
| 10/14/2024 | 505 | CERTIFICATE OF SERVICE by Weichert Real Estate Affiliates, Inc. filed by Dylan Ballard on behalf of Defendant Weichert Real Estate Affiliates, Inc..(Ballard, Dylan) (Entered: 10/14/2024) |
| 10/15/2024 | 506 | MOTION to substitute attorney filed by Bert S Braud on behalf of Benny Cheatham. Suggestions in opposition/response due by 10/29/2024 unless otherwise directed by the court. (Attorney Bert S Braud added to party Benny Cheatham(pty:intp))(Braud, Bert) (Entered: 10/15/2024) |
| 10/15/2024 | 507 | Before the Court is a Motion to Substitute Counsel. (Doc. # 506 .) Upon review, the motion is GRANTED. It is hereby ORDERED that Bert S. Braud acts as sponsoring attorney for Patrick Knie, Matthew Shealy, and Sam Slade, Jr. for their respective Pro Hac Vice status. Signed on 10/15/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Sandusky, Karri) (Entered: 10/15/2024) |
| 10/17/2024 | 508 | SUGGESTIONS in opposition re 465 MOTION for discovery filed by James Dale Lawrence on behalf of Defendant Five D I, LLC. Reply suggestions due by 10/31/2024 unless otherwise directed by the court. (Related document(s) 465 ) (Attorney James Dale Lawrence added to party Five D I, LLC(pty:dft))(Lawrence, James) (Entered: 10/17/2024) |
| 10/21/2024 | 509 | Before the Court is Objectors Benny D. Cheatham, Robert Douglas, Douglas Fender, and Dena Fender's Motion for Discovery (Doc. # 465 .) The Objectors request that the Court allow the Objectors to subpoena financial records of Compass, Inc., The Real Brokerage, Inc. and Real Broker, LLC, Realty ONE Group, Inc., At World Properties, LLC, Douglas Elliman, Inc. and Douglas Elliman Realty, LLC, Redfin Corporation, Engel & Vlkers GmbH and Engel & Vlkers Americas, Inc., and their affiliate Engel & Vlkers New York Real Estate LLC, HomeSmart Holdings, Inc., Five D L, LLC (d/b/a United Real Estate), Premiere Plus Realty Co., Charles Rutenberg Realty – Orlando, LLC. The Court finds that courts are unanimous that objectors are generally not entitled to discovery. See e.g., Intl Union, United Auto., Aerospace, & Agr. Implement Workers of Am. v. Gen. Motors Corp., 497 F.3d 615, 637 (6th Cir. 2007); In re Prudential Ins. Co. Am. Sales Prac. Litig. Agent Actions, 148 F.3d 283, 325 (3d Cir. 1998); In Re Flint Water Cases, 63 F.4th 486, 499–501, 507–09 (6th Cir. 2023); Herrera v. Charlotte Sch. Of L., LLC, 818 F. Appx 165, 178 (4th Cir. 2020). For these reasons, the Objectors' motion for discovery is DENIED. Signed on 10/21/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 10/21/2024) |

| 10/21/2024 | 510 | Considering the upcoming October 31, 2024, hearing on: Motion for Attorney Fees, Costs, Expenses and Service Awards, and to ensure due process is satisfied, the Court ORDERS all objectors and their attorneys to appear in person at the October 31, 2024, hearing at 10:30 AM to argue their objections. *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 931 (8th Cir. 2005) ([D]ue process [is] satisfied where class members received notice of the settlement proposal and were able to argue their objections to the district court.). Signed on 10/21/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 10/21/2024) |
|---|---|---|
| 10/22/2024 | 511 | NOTICE of filing *Notice of Withdrawal* by Lauren Criss, Don Gibson, John Meiners, Daniel Umpa (Dameron, Matthew) (Entered: 10/22/2024) |
| 10/22/2024 | 512 | NOTICE of filing by Knie & Shealy (Attachments: # 1 Letter to the Honorable Stephen R. Bough.10−22−24)(Knie, Patrick) (Entered: 10/22/2024) |
| 10/22/2024 | 513 | NOTICE of filing −*Plaintiffs' Opposition to eXp Defendants' Motion to Stay Case* by Lauren Criss, Don Gibson, John Meiners, Daniel Umpa re 489 Notice of Settlement (Attachments: # 1 Exhibit A−Motion to Intervene, # 2 Exhibit A (Part 2), # 3 Exhibit B−Declaration of Brandon J.B. Boulware)(Suhr, Jeremy) (Entered: 10/22/2024) |
| 10/23/2024 | 514 | Joint MOTION for leave to file excess pages filed by Daniel Sasse on behalf of Compass, Inc.. Suggestions in opposition/response due by 11/6/2024 unless otherwise directed by the court. (Sasse, Daniel) (Entered: 10/23/2024) |
| 10/23/2024 | 515 | MOTION for leave to file excess pages *Plaintiffs' Unopposed Motion to Leave to Exceed Page Limit* filed by Eric L. Dirks on behalf of Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. Suggestions in opposition/response due by 11/6/2024 unless otherwise directed by the court. (Dirks, Eric) (Entered: 10/23/2024) |
| 10/24/2024 | 516 | Before the Court is Plaintiffs' Unopposed Motion for Leave to Exceed Page Limit. (Doc. # 515 .) Upon review, the motion is GRANTED. Accordingly, it is hereby ORDERED that Plaintiffs may file their Motion for Final Approval of Settlements with the Compass, Real Brokerage, Realty One, @Properties, Douglas Elliman, Redfin, Engel & Volkers, HomeSmart, and United Real Estate Defendants not to exceed sixty (60) pages in length. Signed on 10/24/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 10/24/2024) |
| 10/24/2024 | 517 | Before the Court is Settling Defendants' Unopposed Motion for Leave to Exceed Page Limits. (Doc. # 514 .) Upon review, the motion is GRANTED. Accordingly, it is hereby ORDERED that Defendants At World Properties, LLC; Compass, Inc; Douglas Elliman Inc. and Douglas Elliman Realty, LLC; Engel & Vlkers GmbH, Engel & Vlkers Americas, Inc., and Engel & Vlkers New York Real Estate LLC; Five D I, LLC (d/b/a United Real Estate); HomeSmart International, LLC; The Real Brokerage Inc. and Real Broker, LLC; Realty ONE Group, Inc.; and Redfin Corporation (collectively, the Settling Defendants) may file their Suggestions in Support of Final Approval of the Settling Defendants' Class Settlements not to exceed thirty (30) pages in length. Signed on 10/24/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 10/24/2024) |
| 10/24/2024 | 518 | Before the Court is a Notice of Withdrawal. (Doc. # 511 .) Upon review, it is hereby ORDERED that Matthew L. Dameron is hereby WITHDRAWN as counsel for Plaintiffs. Plaintiffs will continue to be represented by their other counsel of record. |

| | | |
|---|---|---|
| | | Signed on 10/24/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 10/24/2024) |
| 10/24/2024 | 519 | NOTICE of filing by Monty March (Attachments: # 1 Letter to the Honorable Stephen R. Bough)(Buchman, Michael) (Entered: 10/24/2024) |
| 10/24/2024 | 520 | NOTICE of filing by Knie & Shealy re 512 Notice of filing (Attachments: # 1 Affidavit Affidavit of Robert Douglass, # 2 Affidavit Affidavit of Benny Cheatham, # 3 Affidavit Affidavit of Doulgas W. Fender, and on behalf of Dena M. Fender)(Knie, Patrick) (Entered: 10/24/2024) |
| 10/24/2024 | 521 | MOTION for order Plaintiffs' Motion and Suggestions in Support of Final Approval of Settlements with the Compass, Real Brokerage, Realty One, @Properties, Douglas Elliman, Redfin, Engel & Volkers, HomeSmart, and United Real Estate Defendants filed by Eric L. Dirks on behalf of Lauren Criss, Don Gibson, John Meiners, Daniel Umpa. Suggestions in opposition/response due by 11/7/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1 – Declaration of Eric Dirks, # 2 Exhibit 2 – Declaration of Steve Berman, # 3 Exhibit 3 – Declaration of Jennifer Keough)(Dirks, Eric) (Entered: 10/24/2024) |
| 10/24/2024 | 522 | Joint MOTION for order *Defendants' Suggestions In Support Of Final Approval Of The Settling Defendants Class Settlements* filed by Chahira Solh on behalf of Compass, Inc.. Suggestions in opposition/response due by 11/7/2024 unless otherwise directed by the court. (Solh, Chahira) (Entered: 10/24/2024) |
| 10/25/2024 | 523 | NOTICE of filing by Knie & Shealy (Attachments: # 1 Letter to the Honorable Stephen R. Bough.10–25–24)(Knie, Patrick) (Entered: 10/25/2024) |
| 10/25/2024 | 524 | NOTICE of filing by Robert Friedman (Attachments: # 1 Letter to the Honorable Stephen R. Bough, # 2 Declaration of Robert Friedman)(Buttacavoli, Steven) (Entered: 10/25/2024) |
| 10/30/2024 | 525 | NOTICE of filing *Reply Suggestions in Support of Objection of Robert Friedman to The Proposed National Class Action Settlements With Defendants Compass, Inc., Douglas Elliman, Inc., and Engel & Vlkers New York Real Estate LLC* by Robert Friedman re 467 Objections (non motion),,,,, (Buttacavoli, Steven) (Entered: 10/30/2024) |
| 10/31/2024 | 526 | Minute Entry. Proceedings held before District Judge Stephen R. Bough: SETTLEMENT CONFERENCE and MOTION HEARING held on 10/31/2024. Order to follow. Time in court: 10:29 a.m. to 11:18 a.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 10/31/2024) |
| 11/01/2024 | 527 | NOTICE of filing Objection to Final Approval of the National Association of Realtors (NAR) Settlement by Mark Dyer of Black Tie Realty. (Peters, Tracey) (Entered: 11/01/2024) |
| 11/01/2024 | 528 | NOTICE of filing Objection to Final Approval of the National Association of Realtors (NAR) Settlement by Vivienne Cunningham. (Peters, Tracey) (Entered: 11/01/2024) |
| 11/01/2024 | 529 | STATUS REPORT *Joint* by Real Estate One, Inc.. (Iwrey, Howard) (Entered: 11/01/2024) |

| 11/04/2024 | 530 | Before the Court is Plaintiffs' Motion for Final Approval of Settlements with Compass, Real Brokerage, Realty One, @Properties, Douglas Elliman, Redfin, Engel & Volkers, HomeSmart, and United Real Estate (Doc. # 521 ) and Defendant Compass, Inc.'s Suggestions in Support of Final Approval of the Settling Defendants Class Settlements. (Doc. # 522 .) Having considered the arguments at the hearing and reviewed the written submissions, and based on all materials in the record, the motions for final approval are GRANTED. Furthermore, Class Counsel's application for an award of attorneys' fees and reimbursement of costs as set forth in the Motion for Attorneys' Fees, Costs, Expenses, and Service Awards (Doc. # 399 ) is hereby GRANTED and shall be paid in accordance with the Settlement Agreements. Signed on 11/4/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 11/04/2024) |
|---|---|---|
| 11/04/2024 | 531 | MOTION for order Plaintiffs' Motion and Suggestions in Support for Preliminary Approval of Settlements with Defendants Nexthome, Keyes, John L. Scott, and Lokation; Certification of Settlement Classes; and Appointment of Class Representatives and Settlement Class Counsel filed by Steve W. Berman on behalf of Don Gibson, Lauren Criss, John Meiners, Daniel Umpa. Suggestions in opposition/response due by 11/18/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1 – Declaration of Steve W. Berman)(Berman, Steve) (Entered: 11/04/2024) |
| 11/05/2024 | 532 | ELECTRONIC TRANSCRIPT of Settlement Hearing held October 31, 2024, before Judge Stephen R. Bough. Court Reporter: Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 33. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 11/12/2024 unless otherwise directed by the court. Release of Transcript Restriction set for 2/3/2025. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Wambolt, Gayle) (Entered: 11/05/2024) |
| 11/05/2024 | 533 | NOTICE of filing *Reply Suggestions in Support of Motion to Stay Case as to eXp* by eXp Realty, LLC, eXp World Holdings, Inc. re 489 Notice of Settlement (Schaffer, Mark) (Entered: 11/05/2024) |
| 11/05/2024 | 534 | Before the Court is Plaintiffs' Motion and Suggestions in Support of Motion for Preliminary Approval of Settlements (Doc. # 531) with Defendants NextHome, Inc. (NextHome); The Keyes Company and Illustrated Properties, LLC (collectively Keyes); John L. Scott Real Estate Affiliates, Inc., and John L. Scott, Inc. (collectively John L. Scott); and The K Company Realty, LLC d/b/a LoKation (LoKation) (together the Settling Defendants, and together with Plaintiffs, the Settling Parties). Upon review, the Motion is GRANTED. Signed on 11/5/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 11/05/2024) |
| 11/06/2024 | 535 | CERTIFICATE OF SERVICE by All Plaintiffs filed by Robert A Braun on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa.(Braun, Robert) (Entered: 11/06/2024) |

| | | |
|---|---|---|
| 11/06/2024 | 536 | MOTION to Stay Case and Notice of Pending Settlement as to Defendants Weichert Real Estate Affiliates, Inc. and Weichert Co. with Incorporated Suggestions in Support by Weichert Real Estate Affiliates, Inc., Weichert Co. Suggestions in opposition/response due by 11/20/2024 unless otherwise directed by the court. (Ballard, Dylan) **Modified on 11/21/2024:** Docket text changed to motion. Response deadlines added. NEF regenerated. (Melvin, Greg) (Entered: 11/06/2024) |
| 11/06/2024 | | Set/Reset Deadlines as to 536 MOTION to stay. Suggestions in opposition/response due by 11/20/2024 unless otherwise directed by the court. (Melvin, Greg) (Entered: 11/21/2024) |
| 11/07/2024 | 537 | NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Discovery Teleconference Hearing set for 11/13/2024 at 2:00 PM before District Judge Stephen R. Bough.<br><br>A memorandum of the discovery dispute, not to exceed 2 pages in length, should be emailed by each party no later than twenty–four hours prior to the teleconference to Tracey Peters at Tracey_Peters@mow.uscourts.gov.<br><br>Teleconference call–in information provided to the parties via email. (Peters, Tracey) (Entered: 11/07/2024) |
| 11/08/2024 | 538 | MOTION for extension of time to file response/reply as to 313 MOTION to dismiss for lack of jurisdiction , 311 MOTION to dismiss for lack of jurisdiction filed by Robert A Braun on behalf of All Plaintiffs. Suggestions in opposition/response due by 11/22/2024 unless otherwise directed by the court. (Related document(s) 313 , 311 ) (Braun, Robert) (Entered: 11/08/2024) |
| 11/12/2024 | 539 | NOTICE of filing Objection to Final Approval of Settlement by James Mullis. (Grube, Cheyenne) (Additional attachment(s) added on 11/13/2024: # 1 Envelope) (Grube, Cheyenne). (Entered: 11/13/2024) |
| 11/13/2024 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 11/12/2024 as Document No. 539, Notice of Filing. The document has been deleted as the document was previously filed by counsel and was mailed into the courts as a courtesy copy. This is a text entry only – no document is attached. (Grube, Cheyenne) (Entered: 11/13/2024) |
| 11/13/2024 | 540 | Minute Entry. Proceedings held before District Judge Stephen R. Bough: DISCOVERY HEARING held on 11/13/2024. Order to follow. Counsel appearing for Plaintiff(s): Robert A. Braun and Scott A McCreight. Counsel appearing for Defendant(s): Dylan Ballard. Time in court: 2:00 p.m. to 2:27 p.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 11/13/2024) |
| 11/13/2024 | 541 | Before the Court is Plaintiffs' Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa (collectively Plaintiffs) Motion for Extension of Time. (Doc. # 538 .) For good cause shown, the motion is GRANTED. The deadline for Plaintiffs to file their responsive pleadings to Defendants Weichert Co. and Weichert Real Estate Affiliates, Inc.'s Motions to Dismiss for Lack of Jurisdiction (Doc. # 311 and Doc. # 313 ) is extended to on or before November 20, 2024. Signed on 11/13/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 11/13/2024) |

| | | |
|---|---|---|
| 11/14/2024 | 542 | ELECTRONIC TRANSCRIPT of Teleconference held November 13, 2024, before Judge Stephen R. Bough. Court Reporter: Gayle Wambolt, 816−512−5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 18. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 11/21/2024 unless otherwise directed by the court. Release of Transcript Restriction set for 2/12/2025. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Wambolt, Gayle) (Entered: 11/14/2024) |
| 11/14/2024 | 543 | Before the Court is Defendants eXp World Holdings, Inc. and eXp Realty, LLC (collectively eXp) Notice of Pending Settlement and Motion to Stay Case. (Doc. # 489 .) For reasons stated in the order, eXp's motion is DENIED. Signed on 11/14/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 11/14/2024) |
| 11/18/2024 | 544 | On November 13, 2024, the Court presided over a discovery teleconference with Defendants Weichert Co. and Weichert Real Estate Affiliates, Inc. (collectively Weichert) and Plaintiffs Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa (collectively Plaintiffs). Therefore, it is hereby ORDERED that Weichert and Plaintiffs meet and confer about focused jurisdictional discovery to ensure alignment with the Court's September 4, 2024 Order. It is further ORDERED that Plaintiffs and Weichert meet and confer to produce discovery to this Court to determine if there was a reverse auction. The parties should reference the Courts Order regarding Defendant eXp's Notice of Settlement and Motion to Stay Case for specific directions on the reverse auction discovery. (Doc. # 543 .) The parties may consult the transcript for further details. Signed on 11/18/2024 by District Judge Stephen R. Bough. **This is a TEXT ONLY ENTRY. No document is attached.** (Peters, Tracey) (Entered: 11/18/2024) |
| 11/19/2024 | 545 | CERTIFICATE OF SERVICE by All Plaintiffs filed by Brandon J.B. Boulware on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa.(Boulware, Brandon) (Entered: 11/19/2024) |
| 11/20/2024 | 546 | Consent MOTION for extension of time to file response/reply as to 313 MOTION to dismiss for lack of jurisdiction , 311 MOTION to dismiss for lack of jurisdiction filed by Robert A Braun on behalf of All Plaintiffs. Suggestions in opposition/response due by 12/4/2024 unless otherwise directed by the court. (Related document(s) 313 , 311 ) (Braun, Robert) (Entered: 11/20/2024) |
| 11/20/2024 | 547 | NOTICE of filing – Plaintiffs' Opposition to Weichert Defendants' Motion to Stay Case by Don Gibson, Lauren Criss, John Meiners, Daniel Umpa (Suhr, Jeremy) **Modified on 11/21/2024:** Document deleted. Per chambers, counsel to refile this as a Suggestions in Opposition to Doc. 536 , which has now been changed to a Motion to Stay Case. NEF regenerated. (Melvin, Greg) (Entered: 11/20/2024) |
| 11/20/2024 | 548 | Before the Court is Plaintiffs Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa's Consented Motion for Extension of Time. (Doc. # 546 .) For good cause shown, the motion is GRANTED. The deadline for Plaintiffs to file their responsive |

| | | pleading is extended to on or before December 4, 2024. Defendants Weichert Co. and Weichert Real Estate Affiliates, Inc.'s shall file their reply briefs on or before December 18, 2024. Further, Weichert is ORDERED to complete document production in response to Plaintiffs' request by November 25, 2024. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 11/20/2024) |
|---|---|---|
| 11/21/2024 | 549 | SUGGESTIONS in opposition re 536 MOTION to stay filed by Jeremy M. Suhr on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa. Reply suggestions due by 12/5/2024 unless otherwise directed by the court. (Related document(s) 536 ) (Suhr, Jeremy) (Entered: 11/21/2024) |
| 11/26/2024 | 550 | MOTION for reconsideration *of Court's Sua Sponte Order Compelling Settlement Discovery and In Camera Submission of Documents with Incorporated Suggestions in Support* filed by Mark B. Schaffer on behalf of eXp Realty, LLC, eXp World Holdings, Inc.. Suggestions in opposition/response due by 12/10/2024 unless otherwise directed by the court. (Schaffer, Mark) (Entered: 11/26/2024) |
| 11/26/2024 | 551 | Joint MOTION to stay *case and notice of pending settlement as to Defendant Baird & Warner Real Estate, Inc.* filed by Alexander Aiken on behalf of All Plaintiffs. Suggestions in opposition/response due by 12/10/2024 unless otherwise directed by the court. (Aiken, Alexander) (Entered: 11/26/2024) |
| 11/27/2024 | 552 | MOTION for reconsideration re 530 Order on Motion for Attorney Fees,,,, Order on Motion for Miscellaneous Relief,,,,,,, filed by Patrick E. Knie on behalf of Benny Cheatham, Knie & Shealy. Suggestions in opposition/response due by 12/11/2024 unless otherwise directed by the court. (Related document(s) 530 ) (Knie, Patrick) (Entered: 11/27/2024) |
| 11/27/2024 | 553 | SUGGESTIONS in support re 552 MOTION for reconsideration re 530 Order on Motion for Attorney Fees,,,, Order on Motion for Miscellaneous Relief,,,,,,, filed by Patrick E. Knie on behalf of interested party Benny Cheatham, Objector Knie & Shealy. (Related document(s) 552 ) (Knie, Patrick) (Entered: 11/27/2024) |
| 11/27/2024 | 554 | MOTION to join *Weichert Co.'s and Weichert Real Estate Affiliates, Inc.'s Joinder in eXp Defendants' Motion for Reconsideration (ECF 550)* filed by Dylan Ballard on behalf of Weichert Real Estate Affiliates, Inc., Weichert Co.. Suggestions in opposition/response due by 12/11/2024 unless otherwise directed by the court. (Ballard, Dylan) (Entered: 11/27/2024) |
| 11/27/2024 | 555 | SUGGESTIONS in opposition re 552 MOTION for reconsideration re 530 Order on Motion for Attorney Fees,,,, Order on Motion for Miscellaneous Relief,,,,,,, filed by Jeremy M. Suhr on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa. Reply suggestions due by 12/11/2024 unless otherwise directed by the court. (Related document(s) 552 ) (Suhr, Jeremy) (Entered: 11/27/2024) |
| 12/02/2024 | 556 | Before the Court is a Notice of Pending Settlement and Joint Motion to Stay Case as to Defendant Baird & Warner Real Estate, Inc. (Doc. # 551 .) Upon review, it is hereby ORDERED that the parties file a stipulation of dismissal or a joint status report within thirty (30) days from the date of this Order. Given the settlement, Defendant Baird & Warner Real Estate, Inc. Motion to Dismiss for Lack of Jurisdiction (Doc. # 330 ) is DENIED AS MOOT. All deadlines pertaining to Defendant Baird & Warner Real Estate, Inc. only are hereby stayed as requested. Signed on 12/2/24 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 12/02/2024) |

| 12/02/2024 | 557 | NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Oral Argument regarding Defendants eXp Realty, LLC and eXp World Holdings, Inc.'s MOTION for reconsideration of Court's Sua Sponte Order Compelling Settlement Discovery and In Camera Submission of Documents with Incorporated Suggestions in Support (Doc. # 550 ) set for 1/8/2025 at 9:00 AM in Courtroom 7B, Kansas City (SRB) before District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 12/02/2024) |
|---|---|---|
| 12/02/2024 | 558 | NOTICE OF APPEAL as to 530 Order on Motion for Attorney Fees,,,, Order on Motion for Miscellaneous Relief,,,,,,, by Monty March. Filing fee $ 605, receipt number AMOWDC–9321324. (Buchman, Michael) (Entered: 12/02/2024) |
| 12/03/2024 | 559 | Before the Court is Interested Parties Benny D. Cheatham, Robert Douglass, Douglas Fender, and Dena Fender's (collectively South Carolina Objectors) Motion for Reconsideration (Doc. # 552 .) Upon review, the motion is DENIED. Parties were ordered to abide by the Court's Order (Doc. #510) ordering all objectors and their attorneys to appear in person at the October 31, 2024, hearing to argue their objections. The South Carolina Objectors did not appear in person, rendering their objections waived. However, the Court nonetheless fully considered their objections and overruled them on the merits. Signed on 12/3/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 12/03/2024) |
| 12/03/2024 | 560 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 558 Notice of Appeal. (Terry, Jason) (Entered: 12/03/2024) |
| 12/03/2024 | 561 | NOTICE OF APPEAL by James Mullis. Filing fee $ 605, receipt number AMOWDC–9322298. (Ewing, Randall) (Entered: 12/03/2024) |
| 12/03/2024 | 562 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 561 Notice of Appeal. (Terry, Jason) (Entered: 12/03/2024) |
| 12/03/2024 | 563 | NOTICE OF APPEAL as to 530 Order on Motion for Attorney Fees,,,, Order on Motion for Miscellaneous Relief,,,,,,, by Robert Friedman. Filing fee $ 605, receipt number AMOWDC–9323062. (Buttacavoli, Steven) (Entered: 12/03/2024) |
| 12/03/2024 | 564 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 563 Notice of Appeal. (Terry, Jason) (Entered: 12/03/2024) |
| 12/04/2024 | 565 | NOTICE of filing of Supplemental Authority by Hanna Holdings, Inc. re 308 MOTION to dismiss for lack of jurisdiction or to transfer (Attachments: # 1 Exhibit A (Slip Opinion)(Gringer, David) (Entered: 12/04/2024) |
| 12/04/2024 | 566 | Consent MOTION for leave to file Under Seal filed by Robert A Braun on behalf of All Plaintiffs. Suggestions in opposition/response due by 12/18/2024 unless otherwise directed by the court. (Braun, Robert) (Entered: 12/04/2024) |
| 12/04/2024 | 567 | Before the Court is Plaintiffs' Consented Motion for Leave to File Under Seal. (Doc. # 566 .) Upon review, the motion is GRANTED. Plaintiffs may file their Suggestions in Opposition to Defendants Weichert Co. and Weichert Real Estate Affiliates, Inc.'s (collectively, Weichert) Motions to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint for Lack of Personal Jurisdiction (Doc. # 311 , Doc. # 313 ) and |

| | | |
|---|---|---|
| | | supporting exhibits under seal. Signed on 12/4/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 12/04/2024) |
| 12/04/2024 | 568 | SUGGESTIONS in opposition (SEALED) re 313 MOTION to dismiss for lack of jurisdiction , 311 MOTION to dismiss for lack of jurisdiction filed by Robert A Braun on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa. Reply suggestions due by 12/18/2024 unless otherwise directed by the court. (Attachments: # 1 Declaration of Robert A. Braun, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L)(Related document(s) 313 , 311 ) (Braun, Robert) (Entered: 12/04/2024) |
| 12/04/2024 | 569 | REPLY SUGGESTIONS to motion re 536 MOTION to stay *case as to Weichert Real Estate Affiliates, Inc. and Weichert Co.* filed by Dylan Ballard on behalf of Defendants Weichert Real Estate Affiliates, Inc., Weichert Co.. (Related document(s) 536 ) (Ballard, Dylan) (Entered: 12/04/2024) |
| 12/05/2024 | 570 | Before the Court is Defendants Weichert Real Estate Affiliates, Inc. (WREA) and Weichert Co.'s Notice of Pending Settlement and Motion to Stay Case. (Doc. # 536 .) For the reasons set forth in the Order, Weichert's motion is DENIED. Signed on 12/5/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 12/05/2024) |
| 12/05/2024 | 571 | On November 5, 2024, the Court issued an order granting Plaintiffs' Motion and Suggestions in Support of Motion for Preliminary Approval of Settlements with multiple Defendants including The K Company Realty, LLC d/b/a LoKation. (Doc. # 534 .) In light of the Court's order, The K Company Realty, LLC d/b/a LoKation's pending Motion to Dismiss (Doc. # 298 ) is DENIED AS MOOT. Signed on 12/5/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 12/05/2024) |
| 12/06/2024 | 572 | CERTIFICATE OF SERVICE by Weichert Real Estate Affiliates, Inc., Weichert Co. filed by Dylan Ballard on behalf of Defendants Weichert Real Estate Affiliates, Inc., Weichert Co..(Ballard, Dylan) (Entered: 12/06/2024) |
| 12/09/2024 | 573 | USCA Case Number from 8th Circuit Court of Appeals is 24–3478 for 558 Notice of Appeal filed by Monty March. (Terry, Jason) (Entered: 12/09/2024) |
| 12/09/2024 | 574 | USCA Case Number from 8th Circuit Court of Appeals is 24–3473 for 561 Notice of Appeal filed by James Mullis. (Terry, Jason) (Entered: 12/09/2024) |
| 12/09/2024 | 575 | USCA Case Number from 8th Circuit Court of Appeals is 24–3481 for 563 Notice of Appeal filed by Robert Friedman. (Terry, Jason) (Entered: 12/09/2024) |
| 12/09/2024 | 576 | CONSOLIDATED BRIEFING SCHEDULE from 8th Circuit Court of Appeals for 24–3481 for 563 Notice of Appeal filed by Robert Friedman, 24–3473 for 561 Notice of Appeal filed by James Mullis, 24–3478 for 558 Notice of Appeal filed by Monty March. Transcript due by 1/15/2025. (Terry, Jason) (Entered: 12/09/2024) |
| 12/09/2024 | 577 | MOTION to withdraw as attorney filed by Kenneth R. David on behalf of Douglas Elliman, Inc., Douglas Elliman Realty, LLC. Suggestions in opposition/response due by 12/23/2024 unless otherwise directed by the court. (David, Kenneth) (Entered: 12/09/2024) |
| 12/10/2024 | 578 | |

| | | Before the Court is a Motion to Withdraw. (Doc. # 577 .) Upon review, the motion is GRANTED. It is hereby ORDERED that Marc E. Kasowitz, Hector Torres, Constantine Z. Pamphilis, J. Michael Wilson, and Kenneth R. David are hereby WITHDRAWN as counsel for Defendants Douglas Elliman Inc. and Douglas Elliman Realty (collectively "Douglas Elliman"). Douglas Elliman will continue to be represented by their other counsel of record. Signed on 12/10/24 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 12/10/2024) |
|---|---|---|
| 12/10/2024 | 579 | Motion to allow Edward M. Spiro to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9333558) filed by Daniel Patrick Johnson on behalf of Douglas Elliman, Inc., Douglas Elliman Realty, LLC. (Johnson, Daniel) (Entered: 12/10/2024) |
| 12/10/2024 | 580 | Motion to allow Robert J. Anello to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−9333574) filed by Daniel Patrick Johnson on behalf of Douglas Elliman, Inc., Douglas Elliman Realty, LLC. (Johnson, Daniel) (Entered: 12/10/2024) |
| 12/10/2024 | 581 | On September 9, 2024, the Court issued an order granting Plaintiffs' and Defendants The Keyes Company and Illustrated Properties, LLC's Notice of Pending Settlement and Joint Motion to Stay the Case as to The Keyes Company and Illustrated Properties, LLC. (Doc. # 411 .) In light of the Courts order, Defendants The Keyes Company and Illustrated Properties, LLC's pending Motion to Strike Class Allegations to Protect Arbitration and Class Action Waiver Rights (Doc. # 336 ) is DENIED AS MOOT. Signed on 12/10/2024 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 12/10/2024) |
| 12/10/2024 | 582 | SUGGESTIONS in opposition re 554 MOTION to join *Weichert Co.'s and Weichert Real Estate Affiliates, Inc.'s Joinder in eXp Defendants' Motion for Reconsideration (ECF 550)*, 550 MOTION for reconsideration *of Court's Sua Sponte Order Compelling Settlement Discovery and In Camera Submission of Documents with Incorporated Suggestions in Support* filed by Jeremy M. Suhr on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa. Reply suggestions due by 12/26/2024 unless otherwise directed by the court. (Related document(s) 554 , 550 ) (Suhr, Jeremy) (Entered: 12/10/2024) |
| 12/11/2024 | 583 | ORDER granting 579 & 580 motion to appear pro hac vice entered by Clerk of Court. Attorney Edward M. Spiro and Robert J. Anello for Douglas Elliman Realty, LLC and Douglas Elliman, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 12/11/2024) |
| 12/11/2024 | 584 | NOTICE of appearance by Robert J Anello on behalf of Douglas Elliman, Inc., Douglas Elliman Realty, LLC (Anello, Robert) (Entered: 12/11/2024) |
| 12/11/2024 | 585 | |

| | | |
|---|---|---|
| | | NOTICE of appearance by Edward M Spiro on behalf of Douglas Elliman, Inc., Douglas Elliman Realty, LLC (Spiro, Edward) (Entered: 12/11/2024) |
| 12/13/2024 | 586 | NOTICE of change of address by Robert J Palmersheim (Palmersheim, Robert) (Entered: 12/13/2024) |
| 12/16/2024 | 587 | NOTICE OF APPEAL as to 530 Order on Motion for Attorney Fees,,,, Order on Motion for Miscellaneous Relief,,,,,,, by Knie & Shealy. Filing fee $ 605, receipt number AMOWDC−9341925. (Knie, Patrick) (Entered: 12/16/2024) |
| 12/16/2024 | 588 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 587 Notice of Appeal. (Terry, Jason) (Entered: 12/16/2024) |
| 12/16/2024 | 589 | Before the Court is Defendant William Raveis Real Estate, Inc.'s Motion to Strike Class Action Allegations (Doc. # 306 ), Defendant Crye−Leike Inc.'s 12(f) Motion to Strike Class Action Allegations as to Class Members who Waived the Right to Participate in a Class Action (Doc. # 319 ), Defendant eXp World Holdings, Inc. and eXp Realty LLC's Rule 12(f) Motion to Strike Class Allegations as to Arbitrating Class Members (Doc. # 323 ), and Defendant Berkshire Hathaway Energy Company's Motion to Stike Class Allegations as to Arbitrating Class Members under Fed. R. Civ. P. 12(f) and to Dismiss for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6) (Doc. # 343 ). For the reasons set forth in the order, the motions are DENIED. Signed on 12/19/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 12/16/2024) |
| 12/16/2024 | 590 | Before the Court is Defendant William Raveis Real Estate Inc.'s Motion to Dismiss (Doc. # 305 ); Defendant Hanna Holdings Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer to the Western District of Pennsylvania (Doc. # 308 ); Defendant Crye−Leike Inc.'s 12(b)(2) and 12(b)(3) Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. # 315 ); Berkshire Hathaway Energy Company's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. # 333 ); Defendants Hanna Holdings, Inc., eXp World Holdings, Inc., eXp Realty, LLC, Weichert Real Estate Affiliates, Inc., Weichert Co., Berkshire Hathaway Energy Company, William Raveis Real Estate, Inc., Real Estate One, Inc., Inc., Crye−Leike Real Estate Services, and Illustrated Properties LLC's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (Doc. # 339 ); Defendants eXp World Holdings, Inc. and eXp Realty LLC's Rule 12(b) Motion to Dismiss (Doc. # 341 ); Defendant Windermere Real Estate Services Company Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. # 353 ); and Defendant William L. Lyon & Associates, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. # 356 ). For the reasons set for in the order, Defendants' motions are DENIED. Signed on 12/16/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 12/16/2024) |
| 12/16/2024 | 591 | In accordance with this Court's order granting final settlement approval (Doc. # 530 ), JUDGMENT is hereby entered pursuant to Federal Rule of Civil Procedure 54(b) as to the Class claims against the Compass, Real Brokerage, Realty One, @properties, Douglas Elliman, Redfin, Engel & Vlkers, HomeSmart, and United Real Estate Defendants ("Settling Defendants"). Signed on 12/16/2024 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 12/16/2024) |
| 12/18/2024 | 592 | |

| | | |
|---|---|---|
| | | REPLY SUGGESTIONS to motion re 313 MOTION to dismiss for lack of jurisdiction , 311 MOTION to dismiss for lack of jurisdiction *Defendants Weichert Real Estate Affiliates, Inc.'s and Weichert Co.'s Reply Suggestions in support of Motion to Dismiss for Lack of Personal Jurisdiction* filed by Dylan Ballard on behalf of Defendants Weichert Real Estate Affiliates, Inc., Weichert Co.. (Related document(s) 313 , 311 ) (Ballard, Dylan) (Entered: 12/18/2024) |
| 12/19/2024 | 593 | MOTION to clarify *590 December 16, 2024 Order* filed by David Gringer on behalf of Hanna Holdings, Inc.. Suggestions in opposition/response due by 1/2/2025 unless otherwise directed by the court. (Gringer, David) (Entered: 12/19/2024) |
| 12/19/2024 | 594 | MOTION to withdraw as attorney *(Paul, Weiss, Rifkind, Wharton & Garrison LLP Attorneys)* filed by Eyitayo St. Matthew–Daniel on behalf of Redfin Corporation. Suggestions in opposition/response due by 1/2/2025 unless otherwise directed by the court. (St. Matthew–Daniel, Eyitayo) (Entered: 12/19/2024) |
| 12/19/2024 | 595 | Before the Court is Defendant Hannah Holdings Inc.'s Motion to Clarify. (Doc. # 593 .) Upon review, the motion is DENIED. The Court previously found that Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa (collectively "Plaintiffs") adequately showed that this Court has jurisdiction over Hannah Holdings Inc. (Doc. #590) and as such their request for transfer under 28 U.S.C. § 1631 is DENIED. Signed on 12/18/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 12/19/2024) |
| 12/19/2024 | 596 | Second MOTION to clarify *Orders 590 and 595* filed by David Gringer on behalf of Hanna Holdings, Inc.. Suggestions in opposition/response due by 1/2/2025 unless otherwise directed by the court. (Gringer, David) (Entered: 12/19/2024) |
| 12/19/2024 | 597 | Before the Court is a Motion to Withdraw. (Doc. # 594 .) Upon review, the motion is GRANTED. It is hereby ORDERED that attorneys Eyitayo St. Matthew–Daniel, Karen L. Dunn, William A. Isaacson, Martha Goodman, and Bryon P. Becker are hereby WITHDRAWN as counsel for Defendant Redfin Corporation. Defendant Redfin Corporation will continue to be represented by its other counsel of record. Signed on 12/19/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 12/19/2024) |
| 12/19/2024 | 598 | Before the Court is Defendant Hannah Holdings Inc.'s Second Motion for Clarification. (Doc. # 596 .) Upon review, the motion is DENIED. 28 U.S.C. § 1404(a) mandates that the Court consider three factors when determining whether transfer is appropriate: (1) the convenience of parties; (2) the convenience of witnesses; and (3) the interests of justice. *See Terra Int'l, Inc. v. Mississippi Chem. Corp.*, 119 F.3d 688, 691 (8th Cir. 1997). However, a court is not limited to considering only these three factors, because transfer determinations "require a case–by–case evaluation of the particular circumstances at hand and a consideration of all relevant factors." *Id.* "In general, federal courts give considerable deference to a plaintiff's choice of forum...." *Id.* at 695. In considering the circumstances of the case and all relevant factors, the Court finds that transfer is not warranted under 28 U.S.C. § 1404. Further and for the sake of clarity, the Court previously found that Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa (collectively "Plaintiffs") adequately showed that this Court has jurisdiction over Hannah Holdings Inc. (Doc. #590) and transfer is not warranted under 28 U.S.C. § 1631. Signed on 12/19/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 12/19/2024) |

| | | |
|---|---|---|
| 12/19/2024 | 599 | MOTION for extension of time to file answer re 232 Amended Complaint,,,, *(Unopposed)* filed by Taylor Brooke Concannon Hausmann on behalf of Berkshire Hathaway Energy Company, Hanna Holdings, Inc., EXIT Realty Corp. International, EXIT Realty Corp. USA, Windermere Real Estate Services Company, Inc., William L Lyon & Associates, Inc., William Raveis Real Estate, Inc., Crye–Leike, Inc.. Suggestions in opposition/response due by 1/2/2025 unless otherwise directed by the court. (Related document(s) 232 ) (Concannon Hausmann, Taylor) (Entered: 12/19/2024) |
| 12/20/2024 | 600 | Before the Court is Defendants Berkshire Hathaway Energy Company, Hanna Holdings, Inc., William Raveis Real Estate, Inc., Crye–Leike, Inc., Windermere Real Estate Services Company Inc., William L. Lyon & Associates, Inc., EXIT Realty Corp. USA, and EXIT Realty Corp. International's (collectively "Defendants") Unopposed Motion for Extension of Time. (Doc. # 599 .) For good cause shown, the motion is GRANTED. The deadline for Defendants to answer the complaint is extended to on or before January 27, 2025. Signed on 12/20/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 12/20/2024) |
| 12/23/2024 | 601 | USCA Case Number from 8th Circuit Court of Appeals is 24–3564 for 587 Notice of Appeal filed by Knie & Shealy. (Terry, Jason) (Entered: 12/23/2024) |
| 12/24/2024 | 602 | MOTION for extension of time *Unopposed For Order to Answer the Complaint and File Its Reply Suggestions In Support of Its Motion to Reconsider* filed by James Andrew Morsch on behalf of eXp Realty, LLC, eXp World Holdings, Inc.. Suggestions in opposition/response due by 1/7/2025 unless otherwise directed by the court. (Morsch, James) (Entered: 12/24/2024) |
| 12/26/2024 | 603 | Before the Court is Defendants eXp World Holdings, Inc. and eXp Realty, LLC's (collectively, eXp) Unopposed Motion for Extension of Time to Answer the Complaint and File Reply Suggestions in Support of their Motion to Reconsider. (Doc. # 602 .) For good cause shown, the motion is GRANTED. The deadline for Defendants to answer the complaint is extended to on or before January 27, 2025. The deadline for Defendants to file reply suggestions in support of their Motion to Reconsider is extended to on or before December 30, 2024. Signed on 12/26/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Sandusky, Karri) (Entered: 12/26/2024) |
| 12/30/2024 | 604 | Before the Court is Defendant Weichert Co.'s Motion to Dismiss (Doc. # 311 ) and Defendant Weichert Real Estate Affiliates, Inc.'s (WREA) Motion to Dismiss (Doc. # 313 ) (collectively Weichert). For the following reasons, Weichert's motions are DENIED. Signed on 12/30/2024 by District Judge Stephen R. Bough. (Sandusky, Karri) (Entered: 12/30/2024) |
| 12/30/2024 | 605 | Before the Court is Defendants Weichert Co. and Weichert Real Estate Affiliates, Inc.'s (collectively Weichert) Motion for Joinder in eXps Motion for Reconsideration. (Doc. # 554 .) For good cause shown, the motion is GRANTED. Weichert may join Defendant eXp's Motion for Reconsideration and join the Oral Argument concerning eXp's motion scheduled for January 8, 2024, at 9:00am. Signed on 12/30/2024 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Sandusky, Karri) (Entered: 12/30/2024) |
| 12/30/2024 | 606 | MOTION for certificate of appealability *and for a Stay pending Interlocutory Appeal* filed by Seth P. Waxman on behalf of Hanna Holdings, Inc.. Suggestions in |

| | | opposition/response due by 1/13/2025 unless otherwise directed by the court. (Waxman, Seth) (Entered: 12/30/2024) |
|---|---|---|
| 12/30/2024 | 607 | SUGGESTIONS in support re 606 MOTION for certificate of appealability *and for a Stay pending Interlocutory Appeal* filed by Seth P. Waxman on behalf of Defendant Hanna Holdings, Inc.. (Related document(s) 606 ) (Waxman, Seth) (Entered: 12/30/2024) |
| 12/30/2024 | 608 | REPLY SUGGESTIONS to motion re 550 MOTION for reconsideration *of Court's Sua Sponte Order Compelling Settlement Discovery and In Camera Submission of Documents with Incorporated Suggestions in Support* filed by James Andrew Morsch on behalf of Defendants eXp Realty, LLC, eXp World Holdings, Inc.. (Attachments: # 1 Exhibit A: Hooper Plaintiffs Reponse to Gibson Plaintiffs Motion to Intervene, # 2 Exhibit B: Declaration of Brian Knight, # 3 Exhibit C: Long Form Settlement Agreement)(Related document(s) 550 ) (Morsch, James) (Entered: 12/30/2024) |
| 12/30/2024 | 609 | MOTION to join *Hanna Holdings, Inc.'s Motion to Certify Questions for Interlocutory Appeal and for a Stay Pending Interlocutory Appeal [ECF No. 606]* filed by Benjamin Diessel on behalf of William Raveis Real Estate, Inc.. Suggestions in opposition/response due by 1/13/2025 unless otherwise directed by the court. (Diessel, Benjamin) (Entered: 12/30/2024) |
| 12/30/2024 | 610 | STATUS REPORT *JOINT re Settlement with Baird & Warner Pursuant to ECF 556* by Don Gibson, Lauren Criss, John Meiners, Daniel Umpa. (Aiken, Alexander) (Entered: 12/30/2024) |
| 12/31/2024 | 611 | MOTION for reconsideration re 589 Order on Motion to Strike,,,,,,,,,,,,,,, , MOTION to compel *Arbitration* filed by Taylor Brooke Concannon Hausmann on behalf of Berkshire Hathaway Energy Company. Suggestions in opposition/response due by 1/14/2025 unless otherwise directed by the court. (Related document(s) 589 ) (Concannon Hausmann, Taylor) (Entered: 12/31/2024) |
| 12/31/2024 | 612 | SUGGESTIONS in support re 611 MOTION for reconsideration re 589 Order on Motion to Strike,,,,,,,,,,,,,,, MOTION to compel *Arbitration* by Taylor Brooke Concannon Hausmann on behalf of Defendant Berkshire Hathaway Energy Company. (Attachments: # 1 Exhibit Gressel Declaration – Exhibit Gressel Dec. Part 1 (EXHIBITS A – D), # 2 Exhibit Gressel Declaration – Exhibit Gressel Dec. Part 2 (EXHIBIT E), # 3 Exhibit Gressel Declaration – Exhibit Gressel Dec. Part 3 (EXHIBITS F – G), # 4 Exhibit Gressel Declaration – Exhibit Gressel Dec. Part 4 (EXHIBITS H – P), # 5 Exhibit Gressel Declaration – Exhibit Gressel Dec. Part 5 (EXHIBITS Q – T), # 6 Exhibit Gressel Declaration – Exhibit Gressel Dec. Part 6 (EXHIBITS U – Z), # 7 Exhibit Gressel Declaration – Exhibit Gressel Dec. Part 7 (EXHIBITS AA – CC), # 8 Exhibit Gressel Declaration – Exhibit Gressel Dec. Part 8 (EXHIBITS DD), # 9 Exhibit Gressel Declaration – Exhibit Gressel Dec. Part 9 (EXHIBITS EE – MM), # 10 Exhibit Gressel Declaration – Exhibit Gressel Dec. Part 10 (EXHIBITS NN), # 11 Exhibit Gressel Declaration – Exhibit Gressel Dec. Part 11 (EXHIBITS OO – TT))(Related document(s) 611 ) (Concannon Hausmann, Taylor) (Entered: 12/31/2024) |
| 01/03/2025 | 613 | NOTICE of change of address by Robert A Braun (Braun, Robert) (Entered: 01/03/2025) |
| 01/03/2025 | 614 | NOTICE OF HEARING – This is the official notice for this hearing.  This is a TEXT ONLY ENTRY. No document is attached. Discovery Hearing set for 1/8/2025 at 9:00 AM in Courtroom 7B, Kansas City (SRB) before District Judge Stephen R. |

| | | Bough. |
|---|---|---|
| | | A memorandum of the discovery dispute, not to exceed 2 pages in length, should be emailed by each party no later than twenty–four hours prior to the hearing to Tracey Peters at Tracey_Peters@mow.uscourts.gov. |
| | | (Peters, Tracey) (Entered: 01/03/2025) |
| 01/06/2025 | 615 | MOTION for reconsideration re 589 Order on Motion to Strike,,,,,,,,,,,,,,, filed by Benjamin Diessel on behalf of William Raveis Real Estate, Inc.. Suggestions in opposition/response due by 1/21/2025 unless otherwise directed by the court. (Related document(s) 589 ) (Diessel, Benjamin) (Entered: 01/06/2025) |
| 01/06/2025 | 616 | SUGGESTIONS in support re 615 MOTION for reconsideration re 589 Order on Motion to Strike,,,,,,,,,,,,,,, filed by Benjamin Diessel on behalf of Defendant William Raveis Real Estate, Inc.. (Related document(s) 615 ) (Diessel, Benjamin) (Entered: 01/06/2025) |
| 01/07/2025 | 617 | MOTION for extension of time to file answer re 232 Amended Complaint,,,, *Unopposed Motion for Order Extending Time for Defendants Weichert Real Estate Affiliates, Inc. and Weichert Co. to Answer the Complaint* filed by Dylan Ballard on behalf of Weichert Real Estate Affiliates, Inc., Weichert Co.. Suggestions in opposition/response due by 1/21/2025 unless otherwise directed by the court. (Related document(s) 232 ) (Ballard, Dylan) (Entered: 01/07/2025) |
| 01/07/2025 | 618 | Before the Court is Defendants Weichert Real Estate Affiliates, Inc. and Weichert Co.'s (collectively "Weichert") Unopposed Motion for Order Extending Time for Defendants to Answer the Complaint. (Doc. # 617 .) Upon review, the motion is GRANTED. Weichert may answer Plaintiff's Consolidated Amended Class Action Complaint on or before February 10, 2025. Signed on 1/7/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/07/2025) |
| 01/08/2025 | 619 | Minute Entry. Proceedings held before District Judge Stephen R. Bough: ORAL ARGUMENT held on 1/8/2025. Time in court: 9:02 a.m. to 9:45 a.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/08/2025) |
| 01/08/2025 | 620 | Minute Entry. Proceedings held before District Judge Stephen R. Bough: DISCOVERY HEARING held on 1/8/2025. Time in court: 9:45 a.m. to 9:59 a.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/08/2025) |
| 01/08/2025 | 621 | Before the Court is Defendants eXp World Holdings, Inc. and eXp Realty, LLC's (collectively, "eXp") Motion for Reconsideration of Court's Sua Sponte Order Compelling Settlement Discovery and In Camera Submission of Documents. (Doc. # 550 .) For the reasons discussed in the order, the motion is DENIED. Signed on 1/8/2025 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 01/08/2025) |
| 01/09/2025 | 622 | Consent MOTION for extension of time to file response/reply as to 615 MOTION for reconsideration re 589 Order on Motion to Strike,,,,,,,,,,,,,, , 611 MOTION for reconsideration re 589 Order on Motion to Strike,,,,,,,,,,,,,, MOTION to compel *Arbitration* filed by Beatrice Franklin on behalf of All Plaintiffs. Suggestions in |

| | | opposition/response due by 1/23/2025 unless otherwise directed by the court. (Related document(s) 615 , 611 ) (Franklin, Beatrice) (Entered: 01/09/2025) |
|---|---|---|
| 01/09/2025 | 623 | Consent MOTION for extension of time to file response/reply as to 606 MOTION for certificate of appealability *and for a Stay pending Interlocutory Appeal*, 609 MOTION to join *Hanna Holdings, Inc.'s Motion to Certify Questions for Interlocutory Appeal and for a Stay Pending Interlocutory Appeal [ECF No. 606]* filed by Jeremy M. Suhr on behalf of All Plaintiffs. Suggestions in opposition/response due by 1/23/2025 unless otherwise directed by the court. (Related document(s) 606 , 609 ) (Suhr, Jeremy) (Entered: 01/09/2025) |
| 01/10/2025 | 624 | Before the Court is Plaintiff Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa's (collectively "Plaintiffs") Consent Motion for Extension of Time. (Doc. # 622 .) For good cause shown, the motion is GRANTED. The deadline for Plaintiffs to respond to Defendant Berkshire Hathaway Energy and Defendant William Raveis's Motions for Reconsideration and Motions to Compel is extended to on or before January 28, 2025. Plaintiffs may respond in one consolidated opposition to the motions not to exceed twenty−five (25) pages. The deadline for Defendant Berkshire Hathaway Energy and Defendant William Raveis to reply in support of their motions is extended to on or before February 18, 2025. Signed on 1/10/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/10/2025) |
| 01/10/2025 | 625 | MOTION for order certify for interlocutory review re 590 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,,,,,,,,,,,, Order on Motion to Dismiss Case,,,,,, Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,, filed by Taylor Brooke Concannon Hausmann on behalf of Berkshire Hathaway Energy Company. Suggestions in opposition/response due by 1/24/2025 unless otherwise directed by the court. (Related document(s) 590 ) (Concannon Hausmann, Taylor) (Entered: 01/10/2025) |
| 01/10/2025 | 626 | SUGGESTIONS in support re 625 MOTION for order certify for interlocutory review re 590 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,,,,,,,,,,,,, Order on Motion to Dismiss Case,,,,,, Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,, *filed by Taylor Brooke Concannon Hausmann on behalf of Defendant Berkshire Hathaway Energy Company. (Related document(s) 625 ) (Concannon Hausmann, Taylor) (Entered: 01/10/2025)* |
| 01/13/2025 | 627 | ELECTRONIC TRANSCRIPT of Oral Arguments held January 8, 2025, before Judge Stephen R. Bough. Court Reporter: Gayle Wambolt, 816−512−5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 44. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 1/21/2025 unless otherwise directed by the court. Release of Transcript Restriction set for 4/14/2025. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.<br><br>(Wambolt, Gayle) (Entered: 01/13/2025) |
| 01/13/2025 | 628 | |

| | | Before the Court is Plaintiff Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa's (collectively "Plaintiffs") Unopposed Motion for Extension of Time. (Doc. # 623 .) For good cause shown, the motion is GRANTED. The deadline for Plaintiffs to respond to Defendant Hanna Holdings, Inc.'s Motion to Certify Questions for Interlocutory Appeal and for Stay Pending Interlocutory Appeal (Doc. # 606 ) and Defendant William Raveis Real Estate, Inc.'s Motion to Join Hanna Holdings, Inc.'s Motion to Certify Questions for Interlocutory Appeal and For Stay Pending Interlocutory Appeal (Doc. # 609 ) is extended to on or before January 17, 2025. Signed on 1/13/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/13/2025) |
|---|---|---|
| 01/14/2025 | 629 | Before the Court is Defendant William Raveis Real Estate, Inc.'s Motion to Join Hanna Holdings, Inc.'s Motion to Certify Questions for Interlocutory Appeal and for Stay Pending Interlocutory Appeal. (Doc. # 609 .) For good cause shown, the motion is GRANTED. Signed on 1/14/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/14/2025) |
| 01/14/2025 | 630 | Before the Court is Defendant Berkshire Hathaway Energy Company's ("BHE") Motion for Reconsideration and Motion to Compel Arbitration. (Doc. # 611 .) "Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." *Arnold v. ADT Sec. Servs.*, 627 F.3d 716, 718 (8th Cir. 2010). However, the Court "has an interest in judicial economy and ensuring respect for the finality of its decisions, values that would be undermined if it were to routinely reconsider its interlocutory orders." *Disc. Tobacco Warehouse, Inc. v. Briggs Tobacco & Specialty Co.*, No. 3:09–CV–05078–DGK, 2010 WL 3522476, at *1 (W.D. Mo. Sept. 2, 2010). Therefore, a "district court has wide discretion over whether to grant a motion for reconsideration of a prior order[.]" *SPV–LS, LLC v. Transamerica Life Ins. Co.*, 912 F.3d 1106, 1111 (8th Cir. 2019). Upon review, as BHE's motion has been duly considered and is DENIED. As BHE's Motion to Compel Arbitration is a separate request outside the scope of a motion for reconsideration, it may be filed as a new motion. Signed on 1/14/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/14/2025) |
| 01/14/2025 | 631 | Before the Court is Defendant William Raveis Real Estate, Inc.'s ("Raveis") Motion for Reconsideration and Motion to Compel Arbitration And/Or Stay Proceedings Pending Arbitration. (Doc. # 615 .) "Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." *Arnold v. ADT Sec. Servs.*, 627 F.3d 716, 718 (8th Cir. 2010). However, the Court "has an interest in judicial economy and ensuring respect for the finality of its decisions, values that would be undermined if it were to routinely reconsider its interlocutory orders." *Disc. Tobacco Warehouse, Inc. v. Briggs Tobacco & Specialty Co.*, No. 3:09–CV–05078–DGK, 2010 WL 3522476, at *1 (W.D. Mo. Sept. 2, 2010). Therefore, a "district court has wide discretion over whether to grant a motion for reconsideration of a prior order[.]" *SPV–LS, LLC v. Transamerica Life Ins. Co.*, 912 F.3d 1106, 1111 (8th Cir. 2019). Upon review, the motion has been duly considered and is DENIED. Further, Raveis' oral argument request on its motion is DENIED. As Raveis' Motion to Compel Arbitration And/Or Stay Proceedings Pending Arbitration is a separate request outside the scope of a motion for reconsideration, it may be filed as a new motion. Signed on 1/14/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/14/2025) |

| 01/15/2025 | 632 | Consent MOTION for extension of time to file response/reply filed by Jeremy M. Suhr on behalf of All Plaintiffs. Suggestions in opposition/response due by 1/29/2025 unless otherwise directed by the court. (Suhr, Jeremy) (Entered: 01/15/2025) |
|---|---|---|
| 01/16/2025 | 633 | Before the Court is Plaintiff Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa's (collectively "Plaintiffs") Unopposed Motion for Extension of Time. (Doc. # 632 .) For good cause shown, the motion is GRANTED IN PART. The deadline for Plaintiffs to respond to Defendant Hanna Holdings, Inc.'s Motion to Certify Questions for Interlocutory Appeal and for Stay Pending Interlocutory Appeal (Doc. #606) and Defendant Berkshire Hathaway Energy Company's Motion to Certify the Court's Order Denying Berkshire Hathaway Energy Company's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue Pursuant to 28 U.S.C. § 1292(b) and For a Stay Pending Interlocutory Appeal (Doc. #625) is extended to on or before January 24, 2025. Plaintiffs' request for an extension to respond to Defendant William Raveis Real Estate, Inc.s Motion to Join Hanna Holdings, Inc.s Motion to Certify Questions for Interlocutory Appeal and For Stay Pending Interlocutory Appeal (Doc. #609) is DENIED AT MOOT. Signed on 1/16/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/16/2025) |
| 01/17/2025 | 634 | MOTION to compel *Arbitration and/or Stay Proceedings Pending Arbitration* filed by Benjamin Diessel on behalf of William Raveis Real Estate, Inc.. Suggestions in opposition/response due by 1/31/2025 unless otherwise directed by the court. (Diessel, Benjamin) (Entered: 01/17/2025) |
| 01/17/2025 | 635 | SUGGESTIONS in support re 634 MOTION to compel *Arbitration and/or Stay Proceedings Pending Arbitration* filed by Benjamin Diessel on behalf of Defendant William Raveis Real Estate, Inc.. (Related document(s) 634 ) (Diessel, Benjamin) (Entered: 01/17/2025) |
| 01/17/2025 | 636 | MOTION to compel *Arbitration* filed by Taylor Brooke Concannon Hausmann on behalf of Berkshire Hathaway Energy Company. Suggestions in opposition/response due by 1/31/2025 unless otherwise directed by the court. (Concannon Hausmann, Taylor) (Entered: 01/17/2025) |
| 01/17/2025 | 637 | ORDER. Signed on 1/17/2025 by District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 01/17/2025) |
| 01/17/2025 | 638 | SUGGESTIONS in support re 636 MOTION to compel *Arbitration* filed by Taylor Brooke Concannon Hausmann on behalf of Defendant Berkshire Hathaway Energy Company. (Attachments: # 1 Declaration of Gressel (Part 1 – Exhibits A–D), # 2 Part 2 – Exhibit E, # 3 Part 3 – Exhibits F–G, # 4 Part 4 – Exhibits H–P, # 5 Part 5 – Exhibits Q–T, # 6 Part 6 – Exhibits U–Z, # 7 Part 7 – Exhibits AA–CC, # 8 Part 8 – Exhibit DD, # 9 Part 9– Exhibits EE–MM, # 10 Part 10 – Exhibit NN, # 11 Part 11 – Exhibits OO–UU)(Related document(s) 636 ) (Concannon Hausmann, Taylor) (Entered: 01/17/2025) |
| 01/17/2025 | 639 | CERTIFICATE OF SERVICE by Hanna Holdings, Inc. *re. Amended Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents* filed by David Gringer on behalf of Defendant Hanna Holdings, Inc..(Gringer, David) (Entered: 01/17/2025) |
| 01/21/2025 | 640 | MOTION for reconsideration re 590 Order on Motion to Dismiss for Lack of Personal Jurisdiction,,,,,,,,,,,,,,, filed by Marcus Angelo Manos on behalf of Crye–Leike, Inc.. Suggestions in opposition/response due by 2/4/2025 unless |

| | | |
|---|---|---|
| | | otherwise directed by the court. (Attachments: # 1 Exhibit Supplemental Declaration of Robert B. Robinson)(Related document(s) 590 ) (Manos, Marcus) Modified on 1/22/2025 to correct docket entry association. (Furtak, Rebecca). (Entered: 01/21/2025) |
| 01/21/2025 | 641 | SUGGESTIONS in support re 640 MOTION for reconsideration re 590 Order on Motion to Dismiss for Lack of Personal Jurisdiction,,,,,,,,,,,,, filed by Marcus Angelo Manos on behalf of Defendant Crye–Leike, Inc.. (Related document(s) 640 ) (Manos, Marcus) Modified on 1/22/2025 to correct docket entry association. (Furtak, Rebecca). (Entered: 01/21/2025) |
| 01/21/2025 | 642 | MOTION for reconsideration re 589 Order on Motion to Strike,,,,,,,,,,,,,,, filed by Marcus Angelo Manos on behalf of Crye–Leike, Inc.. Suggestions in opposition/response due by 2/4/2025 unless otherwise directed by the court. (Related document(s) 589 ) (Manos, Marcus) (Entered: 01/21/2025) |
| 01/21/2025 | 643 | SUGGESTIONS in support re 642 MOTION for reconsideration re 589 Order on Motion to Strike,,,,,,,,,,,,,,, filed by Marcus Angelo Manos on behalf of Defendant Crye–Leike, Inc.. (Related document(s) 642 ) (Manos, Marcus) (Entered: 01/21/2025) |
| 01/22/2025 | 644 | MOTION for leave to file *Amended Suggestions in Support of Defendant's Motion to Compel* filed by Benjamin Diessel on behalf of William Raveis Real Estate, Inc.. Suggestions in opposition/response due by 2/5/2025 unless otherwise directed by the court. (Diessel, Benjamin) (Entered: 01/22/2025) |
| 01/22/2025 | 645 | SUGGESTIONS in support re 644 MOTION for leave to file *Amended Suggestions in Support of Defendant's Motion to Compel* filed by Benjamin Diessel on behalf of Defendant William Raveis Real Estate, Inc.. (Attachments: # 1 Exhibit Declaration of Elizabeth Bennett, # 2 Exhibit 2 – Ex. 8 of Bennett Declaration, # 3 Exhibit 3 – Ex. 9 of Bennett Declaration, # 4 Exhibit 3 – Ex. 11 of Bennett Declaration)(Related document(s) 644 ) (Diessel, Benjamin) (Entered: 01/22/2025) |
| 01/22/2025 | 646 | Consent MOTION for extension of time to file response/reply as to 634 MOTION to compel *Arbitration and/or Stay Proceedings Pending Arbitration*, 636 MOTION to compel *Arbitration* filed by Beatrice Franklin on behalf of All Plaintiffs. Suggestions in opposition/response due by 2/5/2025 unless otherwise directed by the court. (Related document(s) 634 , 636 ) (Franklin, Beatrice) (Entered: 01/22/2025) |
| 01/22/2025 | 647 | CERTIFICATE OF SERVICE by Hanna Holdings, Inc. *re. Responses and Objections to Plaintiffs' First Set of Interrogatories* filed by David Gringer on behalf of Defendant Hanna Holdings, Inc..(Gringer, David) (Entered: 01/22/2025) |
| 01/23/2025 | 648 | Before the Court is Defendant Crye–Leike, Inc.'s ("Crye–Leike") Motion for Reconsideration or Order Denying Crye–Leike, Inc's 12(b)(2) & 12(b)(3) Motion to Dismiss for Lack of Personal Jurisdiction & Improper Venue (Doc. # 640 ) and Motion for Reconsideration of Order Denying Crye–Leike, Inc.'s 12(f) Motion to Strike Class Allegations as to Class Members Who Waived the Right to Participate in a Class Action. (Doc. # 642 .) "Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." *Arnold v. ADT Sec. Servs.*, 627 F.3d 716, 718 (8th Cir. 2010). However, the Court "has an interest in judicial economy and ensuring respect for the finality of its decisions, values that would be undermined if it were to routinely reconsider its interlocutory orders." *Disc. Tobacco Warehouse, Inc. v. Briggs Tobacco & Specialty Co.*, No. 3:09–CV–05078–DGK, 2010 WL 3522476, at *1 (W.D. Mo. Sept. 2, |

| | | |
|---|---|---|
| | | 2010). Therefore, a "district court has wide discretion over whether to grant a motion for reconsideration of a prior order[.]" *SPV–LS, LLC v. Transamerica Life Ins. Co.*, 912 F.3d 1106, 1111 (8th Cir. 2019). Upon review, the motions have been duly considered and are both DENIED. Signed on 1/23/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/23/2025) |
| 01/23/2025 | 649 | Before the Court is Plaintiff Don Gibson, Lauren Criss, John Meiners, and Daniel Umpa's (collectively "Plaintiffs") Consented Motion for Extension of Time. (Doc. # 646 .) For good cause shown, the motion is GRANTED. The deadline for Plaintiffs to respond to Defendants Berkshire Hathaway Energy Company and William Raveis Real Estate Inc.s Motions to Compel (Doc. #636, Doc. #634) is extended to on or before February 7, 2025. Plaintiffs may submit one consolidated opposition to the two motions, not to exceed twenty–five (25) pages. Defendants Berkshire Hathaway Energy Company and William Raveis Real Estate Inc. may file any replies in support of their motions on or before February 28, 2025. Signed on 1/23/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/23/2025) |
| 01/23/2025 | 650 | Before the Court is Defendant William Raveis Real Estate, Inc.'s Motion for Leave to File Amended Suggestions in Support of Defendant William Raveis Real Estate, Inc.'s Motion to Compel Arbitration and/or Stay Proceedings Pending Arbitration. (Doc. # 644 .) For good cause shown, the motion is GRANTED. Defendant William Raveis Real Estate, Inc. may file its amended Suggestions in Support within three days of this Order. Signed on 1/23/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 01/23/2025) |
| 01/24/2025 | 651 | SUGGESTIONS in support re 634 MOTION to compel *Arbitration and/or Stay Proceedings Pending Arbitration* filed by Benjamin Diessel on behalf of Defendant William Raveis Real Estate, Inc.. (Attachments: # 1 Exhibit Declaration of Elizabeth Bennett, # 2 Exhibit 8, # 3 Exhibit 9, # 4 Exhibit 11)(Related document(s) 634 ) (Diessel, Benjamin) (Entered: 01/24/2025) |
| 01/24/2025 | 652 | MOTION for certificate of appealability *and for Stay Pending Interlocutory Appeal* filed by Marcus Angelo Manos on behalf of Crye–Leike, Inc.. Suggestions in opposition/response due by 2/7/2025 unless otherwise directed by the court. (Manos, Marcus) (Entered: 01/24/2025) |
| 01/24/2025 | 653 | SUGGESTIONS in support re 652 MOTION for certificate of appealability *and for Stay Pending Interlocutory Appeal* filed by Marcus Angelo Manos on behalf of Defendant Crye–Leike, Inc.. (Related document(s) 652 ) (Manos, Marcus) (Entered: 01/24/2025) |
| 01/24/2025 | 654 | SUGGESTIONS in opposition re 625 MOTION for order certify for interlocutory review re 590 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,,,,,,,,,,,,, Order on Motion to Dismiss Case,,,,,, Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,, , 606 *MOTION for certificate of appealability and for a Stay pending Interlocutory Appeal filed by Jeremy M. Suhr on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa. Reply suggestions due by 2/7/2025 unless otherwise directed by the court. (Related document(s) 625 , 606 ) (Suhr, Jeremy) (Entered: 01/24/2025)* |
| 01/27/2025 | 655 | |

| | | MOTION for order *Plaintiffs' Motion and Suggestions in Support for Preliminary Approval of Settlements with Defendants Real Estate One and Baird & Warner; Certification of Settlement Classes; and Appointment of Class Representatives and Settlement Class Counsel* filed by Steve W. Berman on behalf of Don Gibson, Lauren Criss, John Meiners, Daniel Umpa. Suggestions in opposition/response due by 2/10/2025 unless otherwise directed by the court. (Attachments: # 1 Declaration of Steve W. Berman)(Berman, Steve) (Entered: 01/27/2025) |
|---|---|---|
| 01/27/2025 | 656 | ANSWER to 232 Amended Complaint,,,, on behalf of EXIT Realty Corp. International, EXIT Realty Corp. USA.(Brodzik, James) (Entered: 01/27/2025) |
| 01/27/2025 | 657 | *Berkshire Hathaway Energy Company's* ANSWER to 232 Amended Complaint,,,, on behalf of Berkshire Hathaway Energy Company.(Simon, Jeffrey) (Entered: 01/27/2025) |
| 01/27/2025 | 658 | ANSWER to 232 Amended Complaint,,,, on behalf of Crye–Leike, Inc..(Manos, Marcus) (Entered: 01/27/2025) |
| 01/27/2025 | 659 | ANSWER to 232 Amended Complaint,,,, on behalf of Hanna Holdings, Inc..(Gringer, David) (Entered: 01/27/2025) |
| 01/27/2025 | 660 | ANSWER to Complaint with Jury Demand on behalf of William Raveis Real Estate, Inc..(Diessel, Benjamin) (Entered: 01/27/2025) |
| 01/27/2025 | 661 | ANSWER to 232 Amended Complaint,,,, on behalf of Windermere Real Estate Services Company, Inc..(Duckers, Edward) (Entered: 01/27/2025) |
| 01/27/2025 | 662 | ANSWER to 232 Amended Complaint,,,, on behalf of William L Lyon & Associates, Inc..(Duckers, Edward) (Entered: 01/27/2025) |
| 01/28/2025 | 663 | Before the Court is Plaintiffs' Motion and Suggestions in Support of Motion for Preliminary Approval of Settlements (Doc. # 655 ) with Defendants Real Estate One, Inc. ("Real Estate One") and Baird & Warner Real Estate, Inc. ("Baird & Warner") (together the "Settling Defendants," and together with Plaintiffs, the "Settling Parties"). Upon review, the Motion is GRANTED. Signed on 1/28/2025 by District Judge Stephen R. Bough. (Peters, Tracey) Modified on 1/28/2025 to amend docket text to remove "This is a TEXT ONLY EVENT". (Kern, Kendra) (Entered: 01/28/2025) |
| 01/29/2025 | 664 | BRIEFING SCHEDULE from 8th Circuit Court of Appeals for 587 Notice of Appeal filed by Knie & Shealy, 563 Notice of Appeal filed by Robert Friedman, 561 Notice of Appeal filed by James Mullis, 558 Notice of Appeal filed by Monty March. Transcript due by 3/10/2025. (Terry, Jason) (Entered: 01/29/2025) |
| 01/31/2025 | 665 | ANSWER to 232 Amended Complaint,,,, on behalf of eXp Realty, LLC, eXp World Holdings, Inc..(Morsch, James) (Entered: 01/31/2025) |
| 02/05/2025 | 666 | MOTION to stay *and Notice of Pending Settlement with Incorporated Suggestions in Support* filed by Marcus Angelo Manos on behalf of Crye–Leike, Inc.. Suggestions in opposition/response due by 2/19/2025 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1. Declaration of Steve Brown)(Manos, Marcus) (Entered: 02/05/2025) |
| 02/07/2025 | 667 | REPLY SUGGESTIONS to motion re 606 MOTION for certificate of appealability *and for a Stay pending Interlocutory Appeal (in Support)* filed by Seth P. Waxman on behalf of Defendant Hanna Holdings, Inc.. (Related document(s) 606 ) (Waxman, |

| | | Seth) (Entered: 02/07/2025) |
|---|---|---|
| 02/07/2025 | 668 | SUGGESTIONS in opposition re 634 MOTION to compel *Arbitration and/or Stay Proceedings Pending Arbitration*, 636 MOTION to compel *Arbitration* filed by Beatrice Franklin on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa. Reply suggestions due by 2/21/2025 unless otherwise directed by the court. (Related document(s) 634 , 636 ) (Franklin, Beatrice) (Entered: 02/07/2025) |
| 02/07/2025 | 669 | RESPONSE to motion re 606 MOTION for certificate of appealability *and for a Stay pending Interlocutory Appeal* filed by Benjamin Diessel on behalf of Defendant William Raveis Real Estate, Inc.. Reply suggestions due by 2/21/2025 unless otherwise directed by the court. (Diessel, Benjamin) (Entered: 02/07/2025) |
| 02/07/2025 | 670 | SUGGESTIONS in opposition re 652 MOTION for certificate of appealability *and for Stay Pending Interlocutory Appeal* filed by Jeremy M. Suhr on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa. Reply suggestions due by 2/21/2025 unless otherwise directed by the court. (Related document(s) 652 ) (Suhr, Jeremy) (Entered: 02/07/2025) |
| 02/07/2025 | 671 | REPLY SUGGESTIONS to motion re 625 MOTION for order certify for interlocutory review re 590 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,,,,,,,,,,,, Order on Motion to Dismiss Case,,,,,, Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,, *filed by Jeffrey J. Simon on behalf of Defendant Berkshire Hathaway Energy Company. (Related document(s) 625 ) (Simon, Jeffrey) (Entered: 02/07/2025)* |
| 02/10/2025 | 672 | NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Final Settlement Approval Hearing set for 6/24/2025 at 1:30 PM in Courtroom 7B, Kansas City (SRB) before District Judge Stephen R. Bough. (Peters, Tracey) (Entered: 02/10/2025) |
| 02/10/2025 | 673 | MOTION for order Approve Form and Manner of Class Counsel *Unopposed Motion to Approve Form and Manner of Class Notice* filed by Jeannie Evans on behalf of All Plaintiffs. Suggestions in opposition/response due by 2/24/2025 unless otherwise directed by the court. (Attachments: # 1 Exhibit – A, # 2 Exhibit – B, # 3 Exhibit – C)(Evans, Jeannie) (Entered: 02/10/2025) |
| 02/10/2025 | 674 | Before the Court is Defendants Hanna Holdings, Inc. and William Raveis Real Estate, Inc.'s Motion to Certify Questions for Interlocutory Appeal and for a Stay Pending Interlocutory Appeal. (Doc. # 606 .) Title 28 U.S.C. § 1292(b) permits an interlocutory appeal of a non–final decision if the district court finds that: "(1) the order involves a controlling question of law; (2) there is substantial ground for difference of opinion; and (3) certification will materially advance the ultimate termination of the litigation." *Union County, Iowa v. Piper Jaffray & Co., Inc.*, 525 F.3d 643, 646 (8th Cir. 2008) (quotation marks and citation omitted). Motions to certify an interlocutory appeal pursuant to § 1292(b) "must be granted sparingly, and the movant bears the heavy burden of demonstrating that the case is an exceptional one in which immediate appeal is warranted." *White v. Nix*, 43 F.3d 374, 376 (8th Cir. 1994). Upon review, the Court finds Hanna Holdings, Inc. and William Raveis Real Estate, Inc. have not met their heavy burden and an interlocutory appeal in this matter is not warranted. Therefore, the motion is DENIED. Signed on 2/10/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 02/10/2025) |
| 02/10/2025 | 675 | |

| | | Before the Court is Defendant Berkshire Hathaway Energy Company's ("BHE") Motion to Certify the Courts Order Denying Berkshire Hathaway Energy Company's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and for a Stay Pending Interlocutory Appeal. (Doc. # 625 .) Title 28 U.S.C. § 1292(b) permits an interlocutory appeal of a non–final decision if the district court finds that: "(1) the order involves a controlling question of law; (2) there is substantial ground for difference of opinion; and (3) certification will materially advance the ultimate termination of the litigation." *Union County, Iowa v. Piper Jaffray & Co.*, 525 F.3d 643, 646 (8th Cir. 2008) (quotation marks and citation omitted). Motions to certify an interlocutory appeal pursuant to § 1292(b) "must be granted sparingly, and the movant bears the heavy burden of demonstrating that the case is an exceptional one in which immediate appeal is warranted." *White v. Nix*, 43 F.3d 374, 376 (8th Cir. 1994). Upon review, the Court finds BHE has not met its heavy burden and an interlocutory appeal in this matter is not warranted. Therefore, the motion is DENIED. Signed on 2/10/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 02/10/2025) |
|---|---|---|
| 02/10/2025 | 676 | ANSWER to 232 Amended Complaint,,,, on behalf of Weichert Real Estate Affiliates, Inc., Weichert Co..(Ballard, Dylan) (Entered: 02/10/2025) |
| 02/11/2025 | 677 | Before the Court is Plaintiffs' Unopposed Motion to Approve Form and Manner of Class Notice. (Doc. # 673 .) For good cause stated, the motion is GRANTED. The parties shall issue notice substantially in conformance with the language in the notices provided to the Court. Signed on 2/11/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 02/11/2025) |
| 02/19/2025 | 678 | SUGGESTIONS in opposition re 666 MOTION to stay *and Notice of Pending Settlement with Incorporated Suggestions in Support* filed by Robert A Braun on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa. Reply suggestions due by 3/5/2025 unless otherwise directed by the court. (Attachments: # 1 Declaration of Sabrina S. Merold, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Related document(s) 666 ) (Braun, Robert) (Entered: 02/19/2025) |
| 02/21/2025 | 679 | NOTICE to take deposition of Corporate Representative of eXp World Holdings, Inc. and eXp Realty, LLC filed by Brandon J.B. Boulware on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa.(Boulware, Brandon) (Entered: 02/21/2025) |
| 02/21/2025 | 680 | NOTICE to take deposition of Corporate Representative of Weichert Co. and Weichert Real Estate Affiliates, Inc. filed by Brandon J.B. Boulware on behalf of Plaintiffs Don Gibson, Lauren Criss, John Meiners, Daniel Umpa.(Boulware, Brandon) (Entered: 02/21/2025) |
| 02/21/2025 | 681 | CERTIFICATE OF SERVICE by Hanna Holdings, Inc. *For Amended Responses and Objections to Plaintiffs' First Set of Interrogatories* filed by David Gringer on behalf of Defendant Hanna Holdings, Inc..(Gringer, David) (Entered: 02/21/2025) |
| 02/21/2025 | 682 | REPLY SUGGESTIONS to motion re 652 MOTION for certificate of appealability *and for Stay Pending Interlocutory Appeal* filed by Marcus Angelo Manos on behalf of Defendant Crye–Leike, Inc.. (Related document(s) 652 ) (Manos, Marcus) (Entered: 02/21/2025) |
| 02/24/2025 | 683 | |

| | | Before the Court is Defendant Crye–Leike, Inc.'s ("Crye–Leike") Motion to Certify Questions for Interlocutory Appeal and For Stay Pending Interlocutory Appeal. (Doc. # 652 .) 28 U.S.C. § 1292(b) permits an interlocutory appeal of a non–final decision if the district court finds that: "(1) the order involves a controlling question of law; (2) there is substantial ground for difference of opinion; and (3) certification will materially advance the ultimate termination of the litigation." *Union County, Iowa v. Piper Jaffray & Co., Inc.*, 525 F.3d 643, 646 (8th Cir. 2008) (quotation marks and citation omitted). Motions to certify an interlocutory appeal pursuant to § 1292(b) "must be granted sparingly, and the movant bears the heavy burden of demonstrating that the case is an exceptional one in which immediate appeal is warranted." *White v. Nix*, 43 F.3d 374, 376 (8th Cir. 1994). Upon review, the Court finds Crye–Leike has not met its heavy burden and an interlocutory appeal in this matter is not warranted. Therefore, the motion is DENIED. Signed on 2/24/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 02/24/2025) |
|---|---|---|
| 02/24/2025 | 684 | Before the Court is Defendant William Raveis Real Estate, Inc.'s ("Raveis") Motion to Compel Arbitration and/or Stay Proceedings Pending Arbitration Pursuant to Sections 3 and 4 of the Federal Arbitration Act (Doc. # 634 ) and Defendant Berkshire Hathaway Energy Company's ("BHE") Motion to Compel Arbitration (Doc. # 636 ). "Arbitration agreements are favored by federal law and will be enforced as long as a valid agreement exists and the dispute falls within the scope of that agreement." *Shockley v. PrimeLending*, 929 F.3d 1012, 1017 (8th Cir. 2019) (internal quotation marks omitted). Notwithstanding arbitration's "favored status," "parties cannot be compelled to arbitrate unless they have contractually agreed to be bound by arbitration." Id. However, absent class members are not parties to a case until a class is certified. See *H&T Fair Hills, Ltd. v. All. Pipeline L.P.*, 76 F.4th 1093, 1100 (8th Cir. 2023). Accordingly, "courts repeatedly have held that the earliest time to move to compel arbitration is after class certification" because "at that juncture, previously putative class members first become subject to a court's jurisdiction." *Chen–Oster v. Goldman, Sachs & Co.*, 449 F. Supp. 3d 216, 234 (S.D.N.Y. 2010); *see also, e.g., Gutierrez v. Wells Fargo Bank, NA*, 889 F.3d 1230, 1238 (11th Cir. 2018) (it "would have been impossible in practice to compel arbitration against speculative plaintiffs" before certification). Further, as the Court has outlined in its previous Order (Doc. # 589 ), Raveis and BHE are non–signatories. As this Court and the Eighth Circuit have previously held, nonparties cannot enforce contracts and therefore cannot compel arbitration. *See Burnett v. Nat'l Assn of Realtors*, 75 F.4th 975, 982–983 (8th Cir. 2023) (*"Burnett II"*); *Burnett v. Nat'l Ass'n of Realtors*, 615 F. Supp. 3d 948, 958–959 (W.D. Mo. 2022) (*"Burnett I"*). Finally, turning to the parties' alternative motions to stay the case, in *Coinbase*, the question of whether to stay proceedings pending an interlocutory appeal on the question of arbitrability involved whether *Coinbase* as a party to the arbitration agreement could compel arbitration. See *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738 (2023). Here, unlike *Coinbase*, Raveis and BHE are non–parties attempting to compel arbitration. Further, as class certification has not occurred, putative non–party class members are not subject to the Court's jurisdiction. Therefore, the Court declines to stay the proceedings in this litigation. For the foregoing reasons, the motions are DENIED. Signed on 2/24/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 02/24/2025) |
| 02/27/2025 | 685 | MOTION to withdraw as attorney filed by Stephen McIntyre on behalf of The Real Brokerage, Inc., Real Broker, LLC. Suggestions in opposition/response due by |

| | | |
|---|---|---|
| | | 3/13/2025 unless otherwise directed by the court. (McIntyre, Stephen) (Entered: 02/27/2025) |
| 02/27/2025 | 686 | Before the Court is a Motion to Withdraw as Attorney. (Doc. # 685 .) For good cause shown, the motion is GRANTED. It is hereby ORDERED that Stephen J. McIntyre is hereby WITHDRAWN as counsel of record for Defendant The Real Brokerage, Inc. and Defendant Real Broker, LLC (collectively "Defendants"). Defendants shall continue to be represented by their other counsel of record. Signed on 2/27/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 02/27/2025) |
| 03/05/2025 | 687 | REPLY SUGGESTIONS to motion re 666 MOTION to stay *and Notice of Pending Settlement with Incorporated Suggestions in Support* filed by Marcus Angelo Manos on behalf of Defendant Crye–Leike, Inc.. (Related document(s) 666 ) (Manos, Marcus) (Entered: 03/05/2025) |
| 03/10/2025 | 688 | MOTION for recusal *of the Honorable Stephen R. Bough* filed by David Gringer on behalf of Hanna Holdings, Inc.. Suggestions in opposition/response due by 3/24/2025 unless otherwise directed by the court. (Gringer, David) (Entered: 03/10/2025) |
| 03/10/2025 | 689 | SUGGESTIONS in support re 688 MOTION for recusal *of the Honorable Stephen R. Bough* filed by David Gringer on behalf of Defendant Hanna Holdings, Inc.. (Attachments: # 1 Declaration of David Gringer in Support, # 2 Declaration of John R. Brumberg, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12)(Related document(s) 688 ) (Gringer, David) (Entered: 03/10/2025) |
| 03/11/2025 | 690 | Before the Court is Defendant Crye–Leike, Inc.'s Notice of Pending Settlement and Motion to Stay Case as to Defendant Crye–Leike, Inc. (Doc. # 666 .) Upon review, the Court finds that Crye–Leike is not a released party pursuant to the terms of the NAR settlement. Therefore, a stay in the proceedings is not warranted and the motion is DENIED. Signed on 3/11/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 03/11/2025) |
| 03/12/2025 | 691 | MOTION to stay *(Notice of Pending Settlement and Joint Motion to Stay Case as to William Raveis Real Estate, Inc.)* filed by Benjamin Diessel on behalf of William Raveis Real Estate, Inc.. Suggestions in opposition/response due by 3/26/2025 unless otherwise directed by the court. (Diessel, Benjamin) (Entered: 03/12/2025) |
| 03/20/2025 | 692 | Judgment and Mandate from 8th Circuit Court of Appeals regarding 25–1352. Petition for writ of mandamus has been considered by the court and is denied. The district court is hereby directed to address the pending motion to transfer in light of In re Apple, Inc., 602 F.3d 909, 911 (8th Cir. 2010). (Attachments# 1 Mandate)(Terry, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 693 | MOTION for leave to file excess pages filed by Scott A McCreight on behalf of All Plaintiffs. Suggestions in opposition/response due by 4/3/2025 unless otherwise directed by the court. (Attorney Scott A McCreight added to party Daniel Umpa(pty:pla))(McCreight, Scott) (Entered: 03/20/2025) |
| 03/21/2025 | 694 | Before the Court is Plaintiffs' Motion for Leave to File Excess Pages. (Doc. # 693 .) For good cause shown, the motion is GRANTED. Plaintiffs' Suggestions in Opposition to Defendant Hanna Holdings, Inc.'s Motion for Recusal may exceed the |

| | | |
|---|---|---|
| | | page limitation by (5) five pages. Signed on 3/21/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey) (Entered: 03/21/2025) |
| 03/21/2025 | 695 | The 8th Circuit has returned a mandate on the transfer of venue issue raised by Hanna Holdings. Hanna Holdings is encouraged to file an updated Motion to Transfer based upon In re Apple, Inc., 602 F.3d 909 (8th Cir. 2010). Signed on 3/21/2025 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Sandusky, Karri) (Entered: 03/21/2025) |
| 03/21/2025 | 696 | NOTICE OF APPEAL by Berkshire Hathaway Energy Company. Filing fee $ 605, receipt number AMOWDC–9494358. (Concannon Hausmann, Taylor) (Entered: 03/21/2025) |
| 03/21/2025 | 697 | NOTICE OF APPEAL as to 684 Order on Motion to Compel,,,,,,,,,,,,,,,,,,,,,, by Berkshire Hathaway Energy Company. Filing fee $ 605, receipt number AMOWDC–9494359. (Concannon Hausmann, Taylor) (Entered: 03/21/2025) |
| 03/21/2025 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 03/21/2025 as Document No. 697, Notice of Appeal. The document has been deleted per counsel as it was a duplicate filing of docket entry 696 . This is a text entry only – no document is attached. (Grube, Cheyenne) (Entered: 03/21/2025) |
| 03/21/2025 | 698 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 696 Notice of Appeal. (Terry, Jason) (Entered: 03/21/2025) |

MIME-Version:1.0
From:ecfMOW.notification@mow.uscourts.gov
To:cmecf_atynotifications@mow.uscourts.gov
Bcc:

--Case Participants: Robert T. Adams (janderson@shb.com, kbland@shb.com,
rob-adams-5125@ecf.pacerpro.com, rtadams@shb.com), Alexander Aiken
(aaiken@susmangodfrey.com, tdenio@susmangodfrey.com), Derick C. Albers
(dalbers@lewisrice.com, derick-albers-3918@ecf.pacerpro.com, kstinson@lewisrice.com),
Thomas Butler Alleman (lnull@dykema.com, talleman@dykema.com), MaryAnn T. Almeida
(jeannecadley@dwt.com, lit-docket@dwt.com, maryannalmeida@dwt.com), Scott Eric Anderson
(scott.anderson@fmglaw.com), Robert J Anello (ranello@maglaw.com), Dylan Ballard
(dballard@velaw.com), David H Bamberger (david.bamberger@us.dlapiper.com), Yotam Barkai
(atsalikis@paulweiss.com, mao_fednational@paulweiss.com, mmoore@paulweiss.com,
ybarkai@paulweiss.com), Emily Barnet (emily.barnet@wilmerhale.com), Alexander Barrett
(alexander.barrett@stinson.com, hope.jeffrey@stinson.com, marsha.presley@stinson.com,
shelley.essary@stinson.com, susan.hogan@stinson.com), Jonathan Thomas Barton
(jbarton@stantonbarton.com, lturbe@stantonbarton.com, suelk@stantonbarton.com), William D.
Beil (amyo@gmlawpc.com, billb@gmlawpc.com, timr@gmlawpc.com), Steven M Berezney
(ldunn@koreintillery.com, sberezney@koreintillery.com), Claire Murphy Bergeron
(claire.bergeron@wilmerhale.com), Steve W. Berman (heatherw@hbsslaw.com,
nicolleg@hbsslaw.com, steve@hbsslaw.com), Matthew Robert Berry (mberry@susmangodfrey.com,
tdenio@susmangodfrey.com), Timothy R. Beyer (tim.beyer@bclplaw.com), Joseph C Blanton, Jr
(jblanton@blantonlaw.com, kcook@blantonlaw.com, mgolightly@blantonlaw.com,
mstarnes@blantonlaw.com), Mark D. Blanton (kcook@blantonlaw.com, mblanton@blantonlaw.com,
mgolightly@blantonlaw.com), Craig P Bloom (cbloom@omm.com), Brandon J.B. Boulware
(brandon@boulware-law.com, kim@boulware-law.com), Bert S Braud (bbraud@pophamlaw.com,
lgoacher@pophamlaw.com, lmetz@pophamlaw.com), Robert A Braun (aguzman@cohenmilstein.com,
enotices@cohenmilstein.com, rbraun@cohenmilstein.com), James M Brodzik
(courtfiling@hinshawlaw.com, james-brodzik-7899@ecf.pacerpro.com, jbrodzik@hinshawlaw.com,
sbaumgart@hinshawlaw.com), Benjamin D Brown (bbrown@cohenmilstein.com), Michael Morris
Buchman (mbuchman@motleyrice.com), Carl S. Burkhalter (amarler@maynardcooper.com,
cburkhalter@maynardnexsen.com), Steven J. Buttacavoli (sbuttacavoli@bermantabacco.com),
Leo Caseria (3487903420@filings.docketbird.com, lcaseria@sheppardmullin.com), Joby Celoza
(jobyceloza@dwt.com), Alyssa Chamberlin (achamberlin@gunster.com), Matthew T Ciulla
(2595994420@filings.docketbird.com, matthew.ciulla@macgilllaw.com), Thomas W. Collins, III
(kcook@blantonlaw.com, mstarnes@blantonlaw.com, mwallace@blantonlaw.com,
snelson@blantonlaw.com, tcollins@blantonlaw.com), Taylor Brooke Concannon Hausmann
(taylor-brooke-concannon-0433@ecf.pacerpro.com, taylor.hausmann@huschblackwell.com), Julie
G Cooker (julie.cooker@us.dlapiper.com), Michael T. Crabb (dcarr@ktk-law.com,
dvandervoort@ktk-law.com, mcrabb@ktk-law.com), Benjamin Diessel (bdiessel@wiggin.com,
gbensur@wiggin.com, jputerman@wiggin.com, mprete@wiggin.com), Eric L. Dirks
(bstrickland@williamsdirks.com, cflores@williamsdirks.com, dirks@williamsdirks.com), John
Doroghazi (asierra@wiggin.com, jdoroghazi@wiggin.com), Karin Dryhurst
(karin.dryhurst@wilmerhale.com, whdocketing@wilmerhale.com), Edward C Duckers
(ed.duckers@stoel.com), Helen Cho Eckert (8490461420@filings.docketbird.com,
heckert@sheppardmullin.com, shikim@sheppardmullin.com), Nathan Emmons (meganm@hbsslaw.com,
nathane@hbsslaw.com), Jeannie Evans (jeannie@hbsslaw.com), Randall Paul Ewing, Jr
(llucas@koreintillery.com, rewing@koreintillery.com), Eric Fanchiang
(efanchiang@crowell.com), Katherine Forrest (kforrest@paulweiss.com), Beatrice Franklin
(apena@susmangodfrey.com, bfranklin@susmangodfrey.com), Brian C Fries
(amy.smith@lathropgpm.com, brian.fries@lathropgpm.com), Matthew William Geary
(dkennedy@dysarttaylor.com, mgeary@dysarttaylor.com), Ethan Glass
(efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, eglass@cooley.com,
ngirard@cooley.com), Daniel Z. Goldman (1193516420@filings.docketbird.com,
dgoldman@bklwlaw.com, docket@bklwlaw.com), Andrew G. Gordon (agordon@paulweiss.com), Anna
Rebecca Gressel (agressel@paulweiss.com), David Gringer (david.gringer@wilmerhale.com,
whdocketing@wilmerhale.com), Ian T Hampton (ihampton@foley.com), Shaune D. Hanschen
(shanschen@blantonlaw.com), Emilee Hargis (emilee-hargis-7800@ecf.pacerpro.com,
emilee.hargis@bclplaw.com), Christopher M. Harper (charper@fsmlawfirm.com,
jburch@fsmlawfirm.com), Alexandra Harrington Austin (aaustin@maynardnexsen.com), Charles
W. Hatfield (chuck.hatfield@stinson.com, hope.jeffrey@stinson.com,
marsha.presley@stinson.com, shelley.essary@stinson.com, susan.hogan@stinson.com), Adam
Hudes (ahudes@velaw.com), Michael F Iasparro (dkrusemeier@hinshawlaw.com,
miasparro@hinshawlaw.com), Georgina Inglis (ginglis@cooley.com), Howard B Iwrey

(cstudebaker@dykema.com, docketbh@dykema.com, hiwrey@dykema.com), Daniel Patrick Johnson (daniel.johnson@ogletreedeakins.com, kcmdocketing@ogletreedeakins.com, melissa.warner@ogletree.com), Lindsay Sklar Johnson (lindsay.johnson@bclplaw.com), Michael Judy (aslayman@dysarttaylor.com, mjudy@dysarttaylor.com), Christopher Kaufman (chris-kaufman-8327@ecf.pacerpro.com, ckaufman@shb.com, mtyree@shb.com, vnesselhuf@shb.com), Jennifer M. Keas (jkeas@foley.com), Michael S. Ketchmark (dhotchkiss@ketchmclaw.com, mike@ketchmclaw.com, mpatrick@ketchmclaw.com), Patrick E. Knie (melody@knieshealy.com, pat@knieshealy.com), James Dale Lawrence (ecf_kc@bclplaw.com, jim-lawrence-1810@ecf.pacerpro.com, jim.lawrence@bclplaw.com, rec_km_ecf_kcy@bryancave.com), Christopher M. Loveland (cloveland@sheppardmullin.com), Robert D MacGill (robert.macgill@macgilllaw.com), Brian J. Madden (abaldwin@wcllp.com, bmadden@wcllp.com), Jacob Scott Madsen (jacob.madsen@fmglaw.com), Robert J Maguire (jaimewolcott@dwt.com, lit-docket@dwt.com, megangalloway@dwt.com, robmaguire@dwt.com, viluong@dwt.com), Marcus Angelo Manos (jrichardson@maynardnexsen.com, mmanos@maynardnexsen.com, vmitchell@maynardnexsen.com), Michelle Ann Mantine (mmantine@reedsmith.com), David Marroso (david-marroso-6320@ecf.pacerpro.com, dmarroso@omm.com), Scott A McCreight (dhotchkiss@ketchmclaw.com, mpatrick@ketchmclaw.com, smccreight@ketchmclaw.com), Lauren E. Tucker McCubbin (docketing@polsinelli.com, ltucker@polsinelli.com, sdowney@polsinelli.com), Molly K McGinley (litdocket@honigman.com, mmcginley@honigman.com, tweininger@honigman.com), Timothy J McGinn (tmcginn@gunster.com), Stephen McIntyre (smcintyre@omm.com), Daniel Meany (dcarr@ktk-law.com, dmeany@ktk-law.com), Stephen M. Medlock (smedlock@velaw.com), Beatriz Mejia (mejiab@cooley.com), Sabrina Merold (hmcbride@cohenmilstein.com, smerold@cohenmilstein.com), Arsenio Lenell Mims (amims@dowdbennett.com, filings@dowdbennett.com, mguzy@dowdbennett.com, skeating@dowdbennett.com, vwhite@dowdbennett.com), Joshua Molina (joshua.molina@csklegal.com), James Andrew Morsch (andrea.frye@saul.com, christopher.schultheis@saul.com, jim.morsch@saul.com, litigationdocketing@saul.com, rodney.johnson@saul.com), John L. Mullen (jmullen@fsmlawfirm.com, snguyen@fsmlawfirm.com), Shazzie Naseem (agleason@berkowitzoliver.com, lparmenter@berkowitzoliver.com, sgoulden@berkowitzoliver.com, snaseem@berkowitzoliver.com), Ann O'Brien (aobrien@sheppardmullin.com), Robert J Palmersheim (rpalmersheim@honigman.com), Timothy G Parilla (tparilla@honigman.com), Emily Parsons (emilyparsons@dwt.com, lit-docket@dwt.com, tammymiller@dwt.com), Amanda Pennington Ketchum (aketchum@dysarttaylor.com, lsanjur@dysarttaylor.com), Diedre A Peters (dpeters@blantonlaw.com, kcook@blantonlaw.com, mstarnes@blantonlaw.com), Rio Pierce (meganm@hbsslaw.com, riop@hbsslaw.com, sf_filings@hbsslaw.com), Cameron N. Regnery (cameron.regnery@fmglaw.com), Trina R Ricketts (kcmdocketing@ogletreedeakins.com, melissa.warner@ogletreedeakins.com, trina.ricketts@ogletree.com), Francis X Riley, III (francis.riley@saul.com, melissa.montes@saul.com, patricia.markey@saul.com), Cody D Rockey (crockey@dykema.com), Yoni M Rosenzweig (yonirosenzweig@dwt.com), Becky N Saka (bsaka@gunster.com), Daniel Sasse (akaplan@crowell.com, dan-sasse-7603@ecf.pacerpro.com, dsasse@crowell.com, dseltzer@crowell.com, maria-quezada-4620@ecf.pacerpro.com, mhernandez@crowell.com, rrogart@crowell.com), Jordan C Satterthwaite (cecelia.satterthwaite@macgilllaw.com), Michael Scarborough (jcampos@velaw.com, mike-scarborough-6741@ecf.pacerpro.com, mscarborough@velaw.com), Mark B. Schaffer (mschaffer@schafflaw.com), David M. Schultz (courtfiling@hinshawlaw.com, dschultz@hinshawlaw.com, izielinski@hinshawlaw.com), Todd Seaver (sfservice@bermantabacco.com, tseaver@bermantabacco.com), Marc M. Seltzer (mseltzer@susmangodfrey.com), Matthew W. Shealy (matt@knieshealy.com), Floyd Short (fshort@susmangodfrey.com), Michael L. Sibarium (michael.sibarium@pillsburylaw.com), Daniel H Silverman (dsilverman@cohenmilstein.com), Jeffrey J. Simon (gayle.switzer@huschblackwell.com, jeff.simon@huschblackwell.com, jeffrey-simon-2627@ecf.pacerpro.com), Sam Mitchell Slade, Jr (mitch@mitchsladelaw.com), Hannah Smith (hannah-smith-9479@ecf.pacerpro.com, hsmith@shb.com, nkerr@shb.com), Chahira Solh (csolh@crowell.com), Edward M Spiro (espiro@maglaw.com), Gerald A. Stein (geraldstein@dwt.com), Samantha Strauss (efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, sastrauss@cooley.com), Jeremy M. Suhr (jeremy@boulware-law.com, kim@boulware-law.com), Kenneth W. Taber (kenneth.taber@pillsburylaw.com), Sarah M. Topol (stopol@cooley.com), Stephen J. Torline (dcarr@ktk-law.com, dvandervoort@ktk-law.com, storline@ktk-law.com), Matthew Van Tine (mvantine@millerlawllc.com), Jay N. Varon (jvaron@foley.com), Elizabeth A. Vasseur-Browne (lbrowne@coolinglaw.com), Jonathan Vine (jonathan.vine@csklegal.com), Seth P. Waxman (seth.waxman@wilmerhale.com, whdocketing@wilmerhale.com), Jennifer B. Wieland (dfigge@berkowitzoliver.com, jwieland@berkowitzoliver.com, slibel@berkowitzoliver.com), Michael Anthony Williams

(bstrickland@williamsdirks.com, cflores@williamsdirks.com, mwilliams@williamsdirks.com),
M. Patrick Yingling (mpyingling@reedsmith.com), District Judge Stephen R. Bough
(ben_clark@mow.uscourts.gov, helen_phillips@mow.uscourts.gov,
kaitlin_moore@mow.uscourts.gov, sara_lewis@mow.uscourts.gov,
shauna_murphycarr@mow.uscourts.gov, tracey_peters@mow.uscourts.gov)
--Non Case Participants: Adam J. Karr (dlautzenheiser@omm.com), Lori A. Martin
(andrew.gelfand@wilmerhale.com, emily.barnet@wilmerhale.com,
sadonna.fleming@wilmerhale.com, zane.stucker@wilmerhale.com), Meredith C. Slawe
(boris.bershteyn@skadden.com, thomas.sipp@skadden.com)
--No Notice Sent:

Message-Id:8850476@mow.uscourts.gov
Subject:Activity in Case 4:23-cv-00788-SRB Gibson et al v. National Association of
Realtors et al Order on Motion to Compel
Content–Type: text/html

## U.S. District Court

### Western District of Missouri

**Notice of Electronic Filing**

The following transaction was entered on 2/24/2025 at 11:57 AM CST and filed on 2/24/2025

| | |
|---|---|
| **Case Name:** | Gibson et al v. National Association of Realtors et al |
| **Case Number:** | 4:23–cv–00788–SRB |
| **Filer:** | |
| **Document Number:** | 684(No document attached) |

**Docket Text:**

Before the Court is Defendant William Raveis Real Estate, Inc.'s ("Raveis") Motion to Compel Arbitration and/or Stay Proceedings Pending Arbitration Pursuant to Sections 3 and 4 of the Federal Arbitration Act (Doc. #[634]) and Defendant Berkshire Hathaway Energy Company's ("BHE") Motion to Compel Arbitration (Doc. #[636]). "Arbitration agreements are favored by federal law and will be enforced as long as a valid agreement exists and the dispute falls within the scope of that agreement." *Shockley v. PrimeLending*, 929 F.3d 1012, 1017 (8th Cir. 2019) (internal quotation marks omitted). Notwithstanding arbitration's "favored status," "parties cannot be compelled to arbitrate unless they have contractually agreed to be bound by arbitration." Id. However, absent class members are not parties to a case until a class is certified. See *H&T Fair Hills, Ltd. v. All. Pipeline L.P.*, 76 F.4th 1093, 1100 (8th Cir. 2023). Accordingly, "courts repeatedly have held that the earliest time to move to compel arbitration is after class certification" because "at that juncture, previously putative class members first become subject to a court's jurisdiction." *Chen–Oster v. Goldman, Sachs & Co.*, 449 F. Supp. 3d 216, 234 (S.D.N.Y. 2010); *see also, e.g., Gutierrez v. Wells Fargo Bank, NA*, 889 F.3d 1230, 1238 (11th Cir. 2018) (it "would have been impossible in practice to compel arbitration against speculative plaintiffs" before certification). Further, as the Court has outlined in its previous Order (Doc. #[589]), Raveis and BHE are non–signatories. As this Court and the Eighth Circuit have previously held, nonparties cannot enforce contracts and therefore cannot compel arbitration. *See Burnett v. Nat'l Assn of Realtors*, 75 F.4th 975, 982–983 (8th Cir. 2023) (*"Burnett II"*); *Burnett v. Nat'l Ass'n of Realtors*, 615 F. Supp. 3d 948, 958–959 (W.D. Mo. 2022) (*"Burnett I"*). Finally, turning to the parties' alternative motions to stay the case, in *Coinbase*, the question of whether to stay proceedings pending an interlocutory appeal on the question of arbitrability involved whether *Coinbase* as a party to the arbitration agreement could compel arbitration. See *Coinbase, Inc. v. Bielski*, 599 U.S.

**736, 738 (2023). Here, unlike *Coinbase*, Raveis and BHE are non–parties attempting to compel arbitration. Further, as class certification has not occurred, putative non–party class members are not subject to the Court's jurisdiction. Therefore, the Court declines to stay the proceedings in this litigation. For the foregoing reasons, the motions are DENIED. Signed on 2/24/2025 by District Judge Stephen R. Bough.  This is a TEXT ONLY ENTRY. No document is attached. (Peters, Tracey)**

**4:23–cv–00788–SRB Notice has been electronically mailed to:**

Daniel Sasse     dsasse@crowell.com, akaplan@crowell.com, dan–sasse–7603@ecf.pacerpro.com, dseltzer@crowell.com, maria–quezada–4620@ecf.pacerpro.com, mhernandez@crowell.com, rrogart@crowell.com

Stephen J. Torline     storline@ktk–law.com, dcarr@ktk–law.com, dvandervoort@ktk–law.com

Bert S Braud     bbraud@pophamlaw.com, lgoacher@pophamlaw.com, lmetz@pophamlaw.com

Charles W. Hatfield     chuck.hatfield@stinson.com, hope.jeffrey@stinson.com, marsha.presley@stinson.com, shelley.essary@stinson.com, susan.hogan@stinson.com

Michael S. Ketchmark     mike@ketchmclaw.com, dhotchkiss@ketchmclaw.com, mpatrick@ketchmclaw.com

Jeffrey J. Simon     jeff.simon@huschblackwell.com, gayle.switzer@huschblackwell.com, jeffrey–simon–2627@ecf.pacerpro.com

Brian J. Madden     bmadden@wcllp.com, abaldwin@wcllp.com

William D. Beil     billb@gmlawpc.com, amyo@gmlawpc.com, timr@gmlawpc.com

John L. Mullen     jmullen@fsmlawfirm.com, snguyen@fsmlawfirm.com

Scott A McCreight     smccreight@ketchmclaw.com, dhotchkiss@ketchmclaw.com, mpatrick@ketchmclaw.com

Michael Anthony Williams     mwilliams@williamsdirks.com, bstrickland@williamsdirks.com, cflores@williamsdirks.com

Brian C Fries     brian.fries@lathropgpm.com, amy.smith@lathropgpm.com

Thomas W. Collins, III     tcollins@blantonlaw.com, kcook@blantonlaw.com, mstarnes@blantonlaw.com, mwallace@blantonlaw.com, snelson@blantonlaw.com

Trina R Ricketts     trina.ricketts@ogletree.com, kcmdocketing@ogletreedeakins.com, melissa.warner@ogletreedeakins.com

Robert T. Adams     rtadams@shb.com, janderson@shb.com, kbland@shb.com, rob–adams–5125@ecf.pacerpro.com

Mark B. Schaffer     mschaffer@schafflaw.com

Jonathan Thomas Barton    jbarton@stantonbarton.com, lturbe@stantonbarton.com, suelk@stantonbarton.com

Amanda Pennington Ketchum    aketchum@dysarttaylor.com, lsanjur@dysarttaylor.com

James Dale Lawrence    jim.lawrence@bclplaw.com, ECF_KC@bclplaw.com, REC_KM_ECF_KCY@bryancave.com, jim−lawrence−1810@ecf.pacerpro.com

Thomas Butler Alleman    talleman@dykema.com, lnull@dykema.com

Marc M. Seltzer    mseltzer@susmangodfrey.com

James Andrew Morsch    jim.morsch@saul.com, andrea.frye@saul.com, christopher.schultheis@saul.com, litigationdocketing@saul.com, rodney.johnson@saul.com

Steve W. Berman    steve@hbsslaw.com, heatherw@hbsslaw.com, nicolleg@hbsslaw.com

Matthew William Geary    mgeary@dysarttaylor.com, dkennedy@dysarttaylor.com

Joseph C Blanton, Jr    jblanton@blantonlaw.com, kcook@blantonlaw.com, mgolightly@blantonlaw.com, mstarnes@blantonlaw.com

Eric L. Dirks    dirks@williamsdirks.com, bstrickland@williamsdirks.com, cflores@williamsdirks.com

David M. Schultz    dschultz@hinshawlaw.com, courtfiling@hinshawlaw.com, izielinski@hinshawlaw.com

Lauren E. Tucker McCubbin    ltucker@polsinelli.com, docketing@polsinelli.com, sdowney@polsinelli.com

Jennifer B. Wieland    jwieland@berkowitzoliver.com, dfigge@berkowitzoliver.com, slibel@berkowitzoliver.com

Brandon J.B. Boulware    brandon@boulware−law.com, kim@boulware−law.com

Elizabeth A. Vasseur−Browne    lbrowne@coolinglaw.com

Christopher M. Harper    charper@fsmlawfirm.com, jburch@fsmlawfirm.com

Shazzie Naseem    snaseem@berkowitzoliver.com, SGoulden@BerkowitzOliver.com, agleason@berkowitzoliver.com, lparmenter@berkowitzoliver.com

Michael Judy    mjudy@dysarttaylor.com, aslayman@dysarttaylor.com

Michael T. Crabb    mcrabb@ktk−law.com, dcarr@ktk−law.com, dvandervoort@ktk−law.com

Jay N. Varon (Terminated)    jvaron@foley.com

Jeremy M. Suhr    jeremy@boulware−law.com, kim@boulware−law.com

Christopher Kaufman    ckaufman@shb.com, chris−kaufman−8327@ecf.pacerpro.com, mtyree@shb.com, vnesselhuf@shb.com

Steven M Berezney    sberezney@koreintillery.com, ldunn@koreintillery.com

Derick C. Albers     dalbers@lewisrice.com, derick–albers–3918@ecf.pacerpro.com, kstinson@lewisrice.com

Taylor Brooke Concannon Hausmann     taylor.hausmann@huschblackwell.com,
taylor–brooke–concannon–0433@ecf.pacerpro.com

Diedre A Peters     dpeters@blantonlaw.com, kcook@blantonlaw.com, mstarnes@blantonlaw.com

Alexander Barrett     alexander.barrett@stinson.com, hope.jeffrey@stinson.com,
marsha.presley@stinson.com, shelley.essary@stinson.com, susan.hogan@stinson.com

Daniel Patrick Johnson     daniel.johnson@ogletreedeakins.com, kcmdocketing@ogletreedeakins.com,
melissa.warner@ogletree.com

James M Brodzik     jbrodzik@hinshawlaw.com, courtfiling@hinshawlaw.com,
james–brodzik–7899@ecf.pacerpro.com, sbaumgart@hinshawlaw.com

Arsenio Lenell Mims     amims@dowdbennett.com, filings@dowdbennett.com, mguzy@dowdbennett.com,
skeating@dowdbennett.com, vwhite@dowdbennett.com

Emilee Hargis     emilee.hargis@bclplaw.com, emilee–hargis–7800@ecf.pacerpro.com

Daniel Meany     dmeany@ktk–law.com, dcarr@ktk–law.com

Nathan Emmons     nathane@hbsslaw.com, meganm@hbsslaw.com

Robert D MacGill     robert.macgill@macgilllaw.com

Matthew T Ciulla     matthew.ciulla@macgilllaw.com, 2595994420@filings.docketbird.com

Jennifer M. Keas     jkeas@foley.com

Mark D. Blanton     mblanton@blantonlaw.com, kcook@blantonlaw.com, mgolightly@blantonlaw.com

Carl S. Burkhalter     cburkhalter@maynardnexsen.com, amarler@maynardcooper.com

Hannah Smith     hsmith@shb.com, hannah–smith–9479@ecf.pacerpro.com, nkerr@shb.com

Ethan Glass     eglass@cooley.com, efiling–notice@ecf.pacerpro.com, efilingnotice@cooley.com,
ngirard@cooley.com

Samantha Strauss     sastrauss@cooley.com, efiling–notice@ecf.pacerpro.com, efilingnotice@cooley.com

Beatriz Mejia     MEJIAB@cooley.com

Sarah M. Topol     stopol@cooley.com

Georgina Inglis     ginglis@cooley.com

Ian T Hampton     ihampton@foley.com

Rio Pierce     riop@hbsslaw.com, meganm@hbsslaw.com, sf_filings@hbsslaw.com

Robert A Braun   rbraun@cohenmilstein.com, aguzman@cohenmilstein.com, enotices@cohenmilstein.com

Benjamin D Brown   bbrown@cohenmilstein.com

Karin Dryhurst   karin.dryhurst@wilmerhale.com, whdocketing@wilmerhale.com

David Gringer   david.gringer@wilmerhale.com, whdocketing@wilmerhale.com

Emily Barnet   emily.barnet@wilmerhale.com

Seth P. Waxman   seth.waxman@wilmerhale.com, whdocketing@wilmerhale.com

Timothy R. Beyer   tim.beyer@bclplaw.com

Lindsay Sklar Johnson   lindsay.johnson@bclplaw.com

Francis X Riley, III   Francis.Riley@saul.com, melissa.montes@saul.com, patricia.markey@saul.com

Chahira Solh   csolh@crowell.com

Eric Fanchiang   efanchiang@crowell.com

Dylan Ballard   dballard@velaw.com

Adam Hudes   ahudes@velaw.com

Stephen M. Medlock   smedlock@velaw.com

Michael Scarborough   mscarborough@velaw.com, jcampos@velaw.com, mike−scarborough−6741@ecf.pacerpro.com

Beatrice Franklin   bfranklin@susmangodfrey.com, apena@susmangodfrey.com

Alexander Aiken   aaiken@susmangodfrey.com, tdenio@susmangodfrey.com

Jeannie Evans   jeannie@hbsslaw.com

Daniel H Silverman   dsilverman@cohenmilstein.com

Floyd Short   fshort@susmangodfrey.com

Matthew Robert Berry   mberry@susmangodfrey.com, tdenio@susmangodfrey.com

Scott Eric Anderson   scott.anderson@fmglaw.com

Jacob Scott Madsen   jacob.madsen@fmglaw.com

Cameron N. Regnery   cameron.regnery@fmglaw.com

David Marroso   dmarroso@omm.com, david−marroso−6320@ecf.pacerpro.com

Stephen McIntyre     smcintyre@omm.com

Ann O'Brien     aobrien@sheppardmullin.com

Christopher M. Loveland     cloveland@sheppardmullin.com

Leo Caseria     lcaseria@sheppardmullin.com, 3487903420@filings.docketbird.com

Helen Cho Eckert     heckert@sheppardmullin.com, 8490461420@filings.docketbird.com, shikim@sheppardmullin.com

Craig P Bloom     cbloom@omm.com

Timothy G Parilla     tparilla@honigman.com

Molly K McGinley     MMcGinley@honigman.com, LitDocket@honigman.com, TWEININGER@HONIGMAN.COM

Robert J Palmersheim     Rpalmersheim@honigman.com

Jordan C Satterthwaite     cecelia.satterthwaite@MacGillLaw.com

Claire Murphy Bergeron     claire.bergeron@wilmerhale.com

Matthew W. Shealy     matt@knieshealy.com

Sam Mitchell Slade, Jr     mitch@mitchsladelaw.com

Patrick E. Knie     pat@knieshealy.com, melody@knieshealy.com

Sabrina Merold     smerold@cohenmilstein.com, hmcbride@cohenmilstein.com

Anna Rebecca Gressel     agressel@paulweiss.com

Andrew G. Gordon     agordon@paulweiss.com

Katherine Forrest     kforrest@paulweiss.com

Randall Paul Ewing, Jr     rewing@koreintillery.com, llucas@koreintillery.com

Yotam Barkai     ybarkai@paulweiss.com, atsalikis@paulweiss.com, mao_fednational@paulweiss.com, mmoore@paulweiss.com

Shaune D. Hanschen     shanschen@blantonlaw.com

Kenneth W. Taber     kenneth.taber@pillsburylaw.com

Marcus Angelo Manos     MManos@maynardnexsen.com, jrichardson@maynardnexsen.com, vmitchell@maynardnexsen.com

Howard B Iwrey     hiwrey@dykema.com, cstudebaker@dykema.com, docketbh@dykema.com

Cody D Rockey     crockey@dykema.com

Jonathan Vine     jonathan.vine@csklegal.com

Joshua Molina     joshua.molina@csklegal.com

John Doroghazi     jdoroghazi@wiggin.com, asierra@wiggin.com

Benjamin Diessel     bdiessel@wiggin.com, JPuterman@Wiggin.com, gbensur@wiggin.com,
mprete@wiggin.com

Michelle Ann Mantine     mmantine@reedsmith.com

M. Patrick Yingling     mpyingling@reedsmith.com

Alexandra Harrington Austin     aaustin@maynardnexsen.com

David H Bamberger     david.bamberger@us.dlapiper.com

Julie G Cooker     julie.cooker@us.dlapiper.com

Michael F Iasparro     miasparro@hinshawlaw.com, dkrusemeier@hinshawlaw.com

Michael L. Sibarium     michael.sibarium@pillsburylaw.com

Joby Celoza     jobyceloza@dwt.com

Yoni M Rosenzweig     yonirosenzweig@dwt.com

Edward C Duckers     ed.duckers@stoel.com

Timothy J McGinn     tmcginn@gunster.com

Becky N Saka     bsaka@gunster.com

Alyssa Chamberlin     achamberlin@gunster.com

MaryAnn T. Almeida     maryannalmeida@dwt.com, Lit–Docket@dwt.com, jeannecadley@dwt.com

Emily Parsons     emilyparsons@dwt.com, Lit–Docket@dwt.com, tammymiller@dwt.com

Robert J Maguire     robmaguire@dwt.com, Lit–Docket@dwt.com, jaimewolcott@dwt.com,
megangalloway@dwt.com, viluong@dwt.com

Gerald A. Stein     geraldstein@dwt.com

Todd Seaver     tseaver@bermantabacco.com, sfservice@bermantabacco.com

Steven J. Buttacavoli     sbuttacavoli@bermantabacco.com

Daniel Z. Goldman     dgoldman@bklwlaw.com, 1193516420@filings.docketbird.com,
docket@bklwlaw.com

Michael Morris Buchman    mbuchman@motleyrice.com

Matthew Van Tine    mvantine@millerlawllc.com

Edward M Spiro    espiro@maglaw.com

Robert J Anello    ranello@maglaw.com

**4:23−cv−00788−SRB It is the filer's responsibility for noticing the following parties by other means:**

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

DON GIBSON, LAUREN CRISS, and )
JOHN MEINERS, individually and on )
behalf of all others similarly situated, )    Case No. 4:23-cv-00788-SRB
 )
     Plaintiffs, )
 )
    v. )
 )
THE NATIONAL ASSOCIATION OF )
REALTORS, et al., )
 )
     Defendants. )

# NOTICE OF APPEAL
# TO THE U.S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT

March 21, 2025

Jeffrey J. Simon
Taylor Concannon Hausmann
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000

Katherine B. Forrest (*pro hac vice*)
Andrew G. Gordon (*pro hac vice*)
Anna R. Gressel (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

Notice is hereby given that Defendant Berkshire Hathaway Energy Company ("BHE") appeals to the U.S. Court of Appeals for the Eighth Circuit from the order denying BHE's Motion to Compel Arbitration (ECF No. 636), entered in this action on February 24, 2025 (ECF No. 684). This appeal is taken pursuant to 9 U.S.C. § 16 (a)(1).

Dated: March 21, 2025

*/s/ Taylor Concannon Hausmann*

**HUSCH BLACKWELL LLP**
Jeffrey J. Simon, MO #35558
Taylor Concannon Hausmann, MO #67056
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jeff.Simon@huschblackwell.com
Taylor.Hausmann@huschblackwell.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Katherine B. Forrest (*pro hac vice*)
Andrew G. Gordon (*pro hac vice*)
Anna R. Gressel (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kforrest@paulweiss.com
agordon@paulweiss.com
agressel@paulweiss.com
ybarkai@paulweiss.com

*Attorneys for Defendant Berkshire Hathaway Energy Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on March 21, 2025, on all counsel of record via the Court's CM/ECF system.

/s/ Taylor Concannon Hausmann

# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

---

Case Caption:  Gibson et al v. National Association of Realtors et al

Case No.   23-cv-00788-SRB

---

Appellant: **Berkshire Hathaway Energy Company ("BHE")**

Appellee:  **Gibson et al**

Appellant's Attorney(s):

**Jeffrey J. Simon**
Email: jeff.simon@huschblackwell.com

**Yotam Barkai**
Email: ybarkai@paulweiss.com

**Andrew G. Gordon**
Email: agordon@paulweiss.com

**Anna Rebecca Gressel**
Email: agressel@paulweiss.com

**Katherine Forrest**
Email: kforrest@paulweiss.com

**Taylor Brooke Concannon Hausmann**
Email: taylor.hausmann@huschblackwell.com

Appellee's Attorney(s):

See below

Court Reporter(s):

Gayle Wambolt

Please return files and documents to:
**United States District Court**
**400 East 9th Street, Room 1510**
**Kansas City, MO   64106**

Contact Person for Appeal:
Jason_Terry@mow.uscourts.gov

---

| Length of Trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | Paid | No | No |
| Counsel: | Pending Motions? | Local Interest? | Simultaneous Release? |
| Retained | Yes | No | No |

Appellee's Attorney(s):

**Alexander Aiken**
Email: aaiken@susmangodfrey.com

**Robert A Braun**
Email: rbraun@cohenmilstein.com

**Beatrice Franklin**
Email: bfranklin@susmangodfrey.com

**Brandon J.B. Boulware**
Email: brandon@boulware-law.com

**Eric L. Dirks**
Email: dirks@williamsdirks.com

**Jeremy M. Suhr**
Email: jeremy@boulware-law.com

**Michael S. Ketchmark**
Email: mike@ketchmclaw.com

**Michael Anthony Williams**
Email: mwilliams@williamsdirks.com

**Scott A McCreight**
Email: smccreight@ketchmclaw.com

**Steve W. Berman**
Email: steve@hbsslaw.com

**Benjamin D Brown**
Email: bbrown@cohenmilstein.com

**Daniel H Silverman**
Email: dsilverman@cohenmilstein.com

**Floyd Short**
Email: fshort@susmangodfrey.com

**Jeannie Evans**
Email: jeannie@hbsslaw.com

**Marc M. Seltzer**
Email: mseltzer@susmangodfrey.com

**Matthew Robert Berry**
Email: mberry@susmangodfrey.com

**Nathan Emmons**
Email: nathane@hbsslaw.com

**Rio Pierce**
Email: riop@hbsslaw.com

**Sabrina Merold**
Email: smerold@cohenmilstein.com