# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1573
_____

Don Gibson, individually and on behalf of all others similarly situated; Lauren Criss, individually and on behalf of all others similarly situated; John Meiners, individually and on behalf of all others similarly situated; Daniel Umpa

Plaintiffs - Appellees

v.

National Association of Realtors; Compass, Inc.; eXp World Holdings, Inc.; Redfin Corporation; Weichert Co.; United Real Estate; Douglas Elliman, Inc.

Defendants

Berkshire Hathaway Energy Company

Defendant - Appellant

HomeServices of America; BHH Affiliates, LLC; HSF Affiliates, LLC; The Long & Foster Companies, Inc.; Keller Williams Realty, Inc.; Five D I, LLC, doing business as United Real Estate; Premiere Plus Realty, Co.; Charles Rutenberg Realty - Orlando, LLC; Hanna Holdings, Inc.; Douglas Elliman Realty, LLC; At World Properties, LLC; The Real Brokerage, Inc.; Real Broker, LLC; Realty ONE Group, Inc.; HomeSmart International, LLC; Engel & Volkers GmbH; Engel & Volkers Americas, Inc.; NextHome, Inc.; EXIT Realty Corp. International; EXIT Realty Corp. USA; Windermere Real Estate Services Company, Inc.; William L Lyon & Associates, Inc.; William Raveis Real Estate, Inc.; John L. Scott Real Estate Affiliates, Inc.; The Keyes Company; Illustrated Properties, LLC; Parks Pilkerton Village Real Estate; Crye-Leike, Inc.; Baird & Warner Real Estate, Inc.; Real Estate One, Inc.; The K Company Realty, LLC, doing business as LoKation; eXp Realty, LLC; Weichert Real Estate Affiliates, Inc.; John L. Scott, Inc.; KNIE & SHEALY

Defendants

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:23-cv-00788-SRB)
_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

April 07, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler