# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1573

Don Gibson, individually and on behalf of all others similarly situated, et al.

Appellees

v.

National Association of Realtors, et al.

Berkshire Hathaway Energy Company

Appellant

HomeServices of America, et al.

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:23-cv-00788-SRB)

_____

**MANDATE**

In accordance with the judgment of April 7, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 07, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit